UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

Plaintiff,

v.

SURGICAL SOLUTIONS, INC.,

Defendant.

Civil Action No.: 03-12310 PBS

JURY TRIAL DEMANDED

MAGISTRATE JUDGE Cohen

AMOUNT $150
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK
11/19/03

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff Smith & Nephew, Inc. for its Complaint against defendant Surgical Solutions, Inc. alleges the following:

1. Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") is a Delaware corporation having its principal place of business at 1450 Brooks Road, Memphis, Tennessee and having a further place of business at 150 Minuteman Road, Andover, Massachusetts, in this judicial District.

2. Defendant Surgical Solutions, Inc. ("Surgical Solutions") is, upon information and belief, a California corporation having its principal place of business at 2975 E. Hillcrest Drive, Suite 403, Thousand Oaks, California 91362-3181.

3. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

5. Surgical Solutions resides in this judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b).

6. Plaintiff Smith & Nephew is the owner by assignment of United States Letters Patent No. 5,947,982 ("the '982 patent") entitled SUTURE-PASSING FORCEPS, which was duly and legally issued by the United States Patent and Trademark Office on September 7, 1999, a copy of which is attached as Exhibit A.

7. Surgical Solutions has been and is now infringing, actively inducing infringement of, and/or contributing to the infringement of, the '982 patent, in this judicial District and elsewhere.

8. On information and belief, Surgical Solutions has had actual knowledge of the '982 patent and its infringement is willful.

9. Surgical Solutions' past and continued acts of infringement have injured Smith & Nephew and thus Smith & Nephew is entitled to recover damages adequate to compensate for the infringement.

10. Surgical Solutions' acts of infringement have caused irreparable injury to Smith & Nephew and will continue to cause irreparable injury unless and until enjoined by this Court.

WHEREFORE, plaintiff Smith & Nephew prays as follows:

1. That this court preliminarily and permanently enjoin defendant Surgical Solutions, its officers, agents, employees, representatives, successors and assigns, and any others acting in concert with it, from infringing U.S. Patent No. 5,947,982;

2. That this court award plaintiff Smith & Nephew damages resulting from defendant Surgical Solutions' infringement;

3. That this court award plaintiff Smith & Nephew triple its actual damages due to defendant Surgical Solutions' willful infringement;

4. That this court declare this to be an exceptional case within the meaning of 35 U.S.C. § 285;

5. That this court award plaintiff Smith & Nephew its costs in this action, together with reasonable attorney's fees and pre-judgment and post-judgment interest; and

6. That this court grant plaintiff Smith & Nephew such other relief as is just and proper.

7. Plaintiff demands a trial by jury.

Dated: November 19, 2003

By its attorneys,

*/s/ Thomas M.*

Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No. 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Smith & Nephew, Inc.

Of Counsel:

Ruffin B. Cordell
Richard G. Green
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Tel: (202) 783-5070
Fax: (202) 783-2331