UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

SURGICAL SOLUTIONS, INC.,

    Defendant.

CIVIL ACTION NO.

**03 - 12310 PBS**

## STATEMENT OF PLAINTIFF PURSUANT TO LOCAL RULE 7.3

The parent corporations and publicly held companies that own 10% or more of the stock of Smith & Nephew, Inc. are:

    Smith & Nephew Holdings, Inc.

    Smith & Nephew (Overseas) Limited

    TP Limited

    Smith & Nephew plc

Dated: November 19, 2003

_____
Thomas M. Johnston
  BBO No. 644,689
Mark J. Hebert
  BBO No. 546,712
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone : (617) 542-5070
Facsimile:   (617) 542-8906

Attorneys for Plaintiff Smith & Nephew, Inc.

Of Counsel:

Ruffin B. Cordell
Richard G. Green
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone : (202) 783-5070
Facsimile:   (202) 783-2331