AO 120 (Rev. 6/90)

| TO: Commissioner of Patents and Trademarks Washington, D.C. 20231 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court of **Massachusetts** on the following   [X] Patents or   [ ] Trademarks:

| DOCKET NO. | DATE FILED 11/19/03 | U.S. DISTRICT COURT Massachusetts | |
|---|---|---|---|
| PLAINTIFF SMITH & NEPHEW, INC. | | DEFENDANT SURGICAL SOLUTIONS, INC. 03-12310 PBS | |
| PATENT OR TRADEMARK | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  5,947,982 | September 7, 1999 | Smith & Nephew, Inc. | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY  [ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|
| PATENT OR TRADEMARK | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |

| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

DECISION/JUDGMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1—Upon Initiation of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner
Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 4—Case file copy
ss pto report.doc