UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 12 P 3: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION NO.: 03 CV 12310 PBS |

### AMENDED STATEMENT OF PLAINTIFF PURSUANT TO LOCAL RULE 7.3

The parent corporations and publicly held companies that own 10% or more of the stock of Smith & Nephew, Inc. are:

Smith & Nephew Holdings, Inc.

Smith & Nephew (Overseas) Limited

TP Limited

Smith & Nephew plc

Dated: December 12, 2003

_____
Mark J. Hebert
  BBO No. 546,712
Thomas M. Johnston
  BBO No. 644,689
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone : (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Plaintiff Smith & Nephew, Inc.

Of Counsel:

Ruffin B. Cordell
Richard G. Green
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone : (202) 783-5070
Facsimile:   (202) 783-2331

20771315.doc