MARK J. HEBERT, ESQ.
FISH & RICHARDSON
225 FRANKLIN STREET, SUITE 31
BOSTON MA 02110
617-521-7061             Ref. No.      : 0907361-02 [ ]
Attorney for : PLAINTIFF  Atty. File No. : 0312310PBS

USDC, DISTRICT OF MASSACHUSETTS

PLAINTIFF    : SMITH & NEPHEW, INC.                Case No.: 0312310PBS
DEFENDANT    : SURGICAL SOLUTIONS, INC.            PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:
   SUMMONS IN A CIVIL ACTION; JURY TRIAL DEMANDED; REPORT ON THE FILING
   OR DETERMINATION OF ACTION REGARDING A PATENT OR TRADEMARK

2. a. Party served     : SURGICAL SOLUTIONS, LLC
   b. Person served    : BRETT BANNERMAN, (PRESIDENT)
   c. Place of Service : 25048 ANZA DRIVE
                         VALENCIA, CA  91355    (Business)

3. I served the party named in item 2
   a. by personally delivering the copies
      (1) on :    December 15, 2003
      (2) at:     04:30 PM

4. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   SURGICAL SOLUTIONS, LLC
      under [xx] CCP 416.10   (corporation)

5. Person serving:
   ROLAND BROWN                        a. Fee for service: $103.75
   KNOX ATTORNEY SERVICE, INC.         d. Registered California Process server
   2250 Fourth Avenue                     (1) Employee or independent contractor
   San Diego, California 92101            (2) Registration No.: 152
   619-233-9700                           (3) County: San Diego

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 18, 2003              Signature: _____
                                                ROLAND BROWN

Jud. Coun. form, rule 982(a)(23)        PROOF OF SERVICE

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

Smith & Nephew, Inc.

**AMENDED**

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 03 CV 12310 PBS

Surgical Solutions, LLC

TO: (Name and address of defendant)

Surgical Solutions, LLC
25048 Anza Drive
Valencia, CA  91355

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mark J. Hebert, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

DATE  12-12-03

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　Date

_____
Signature of Server

_____
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

BY HAND

January 20, 2004

Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02110

Re:  Smith & Nephew, Inc. v. Surgical Solutions, LLC
     Civil Action No. 03 CV 12310 PBS

Dear Sir or Madam:

Enclosed for filing in the above-captioned action is the following:

    Proof of Service showing that defendant Surgical Solutions, LLC
    was personally served in Valencia, CA on December 15, 2003
    with copies of the Summons and Complaint by a Registered
    California Process Server.

Please date stamp the enclosed copy of this document for our files, and return it to our waiting messenger. Thank you.

Very truly yours,

Mark J. Hebert
BBO No. 546,712

Enclosure

cc/enc.: Joseph C. Andras, Counsel for Surgical Solutions, LLC

20781758.doc