IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.                                      Civil Action No. 03CV 12310 PBS

SURGICAL SOLUTIONS, LLC,

    Defendant.

## DEFENDANT'S ANSWER TO AMENDED COMPLAINT

Defendant Surgical Solutions, LLC ("Surgical Solutions") answers the Amended Complaint and Demand for Jury Trial of Smith & Nephew, Inc. ("Plaintiff") as follows:

1.     Surgical Solutions is without knowledge or information sufficient to form a belief as to the truth of the allegation of this paragraph and on that basis denies them.

2.     Surgical Solutions admits that it is a California limited liability company having its principal place of business at 25048 Anza Drive, Valencia, CA 91355.

3.     Surgical Solution admits that the issues in the action filed by Plaintiff relate to an alleged infringement of a patent arising under the patent laws of the United States, Title 35 of the United States Code.

4.     Surgical Solutions admits that jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a).

5.     Surgical Solutions admits that it technically "resides" in the District of Massachusetts as that term is defined by 28 U.S.C. §§ 1391(c) and that pursuant to 28 U.S.C. §§ 1391 and 1400(b) venue is technically proper. However, Surgical Solutions denies that the

District of Massachusetts is the appropriate venue for this action, as it is not in the interest of justice as defined in 28 U.S.C. § 1404(a) for this action to be heard here, and resolving the dispute here rather than the Central District of California would frustrate rather than further judicial economy and achieving a just, speedy and inexpensive resolution of the case as required by the Federal Rules of Civil Procedure.

Surgical Solutions therefore is filing, together with this Answer, a motion to transfer Plaintiff's action to the Central District of California.

6. Surgical Solutions admits that the '982 patent is entitled SUTURE-PASSING FORCEPS. Surgical Solutions is without knowledge or information sufficient to form a belief as to the ownership of the '982 patent. Surgical Solutions denies all other allegations.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

## SURGICAL SOLUTIONS' AFFIRMATIVE DEFENSES

1. Surgical Solutions does not infringe and has not infringed any claim of U.S. Pat. No. 5,947,982, either literally or under the doctrine of equivalents.

2. Any asserted claim(s) of U.S. Pat. No. 5,947,982 is invalid for failure to comply with one or more requirements of patentability under 35 U.S.C. § 101 *et. seq.*, including without limitation, the requirements in §§ 102, 103 or 112.

3. Plaintiff is estopped, based on statements, representations, and admissions made during prosecution of the patent application resulting in U.S. Pat. No. 5,947,982 from asserting

an interpretation of the patent claims that would cover any feature of the accused Surgical Solutions product.

4.  Plaintiff's infringement Count is barred by the doctrine of laches or equitable estoppel.

### PRAYER FOR RELIEF

WHEREFORE, Surgical Solutions prays that this Court enter judgment:

1.  Surgical Solutions does not infringe and has not infringed any claim of U.S. Pat. No. 5,947,982, either literally or under the doctrine of equivalents;

2.  All claims of U.S. Pat. No. 5,947,982 are invalid;

3.  Surgical Solutions does not owe any monetary damages to Plaintiff;

4.  Plaintiff and all persons acting on Plaintiff's behalf or in concert with Plaintiff are permanently enjoined and restrained from charging orally or in writing or otherwise publishing that U.S. Pat. No. 5,947,982 is infringed by any Surgical Solutions product;

5.  Surgical Solutions is awarded its costs and expenses in this action including interest;

6.  This case is exceptional and Surgical Solutions is entitled to its attorney fees under 35 U.S.C. § 285;

7.  Judgment is entered against Plaintiff, and this action is dismissed with prejudice; and

8.  Surgical Solutions is awarded such other and further relief as the Court deems appropriate.

SURGICAL SOLUTIONS, LLC

Dated: January 20, 2004      By _____
Thomas O. Hoover (BBO No. 546,720)
Bowditch & Dewey, LLP
161 Worcester Rd.
Framingham, MA 01701-9320
Telephone: (508) 416-2475
Facsimile: (508) 872-1492

DEFENDANT'S ANSWER TO AMENDED COMPLAINT      4

Certificate of Service

I hereby certify that on the 20th day of January, 2004, a true and correct copy of the foregoing DEFENDANT'S ANSWER TO AMENDED COMPLAINT was served via first class U.S. Mail, postage prepaid, on:

>Mark J. Hebert, Esquire
>Thomas M. Johnston, Esquire
>Fish & Richardson P.C.
>225 Franklin Street
>Boston, MA  02110-2804

*[signature]*