IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.                                                      Civil Action No. 03CV 12310 PBS

SURGICAL SOLUTIONS, LLC,

    Defendant.

## MOTION TO TRANSFER
## PURSUANT TO 28 U.S.C. § 1404(a)

NOW COMES defendant Surgical Solutions, LLC, by counsel, and for the reasons stated more fully in the Brief in Support of Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) filed simultaneously herewith, and moves the Court pursuant to 28 U.S.C. § 1404(a) to transfer this matter to the United States District Court for the Central District of California.

Defendant requests that a hearing be scheduled for the present motion.

SURGICAL SOLUTIONS, LLC

By _____
Thomas O. Hoover (BBO No. 546,720)
Bowditch & Dewey, LLP
161 Worcester Rd.
Framingham, MA 01701-9320
Telephone: (508) 416-2475
Facsimile: (508) 372-1492

{J:\CLIENTS\ip\241548\0999\F0257571.DOC;1}

## Certificate of Service

I hereby certify that on the 20th day of January, 2004, a true and correct copy of the foregoing MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(A) was served via first class U.S. Mail, postage prepaid, on:

>Mark J. Hebert, Esquire
>Thomas M. Johnston, Esquire
>Fish & Richardson P.C.
>225 Franklin Street
>Boston, MA  02110-2804

*/s/ Thomas Hoover*