1  Joseph C. Andras, CBN 138181
   Vic Y. Lin, CBN 192292
2  Myers, Dawes & Andras
   650 Town Center Drive, Suite 650
3  Costa Mesa, CA  92626
   Tel: (714) 444-1199
4  Fax: (714) 444-1198
5
   Attorneys for Defendant
6  Surgical Solutions, LLC
7
                    UNITED STATES DISTRICT COURT
8
                  FOR THE DISTRICT OF MASSACHUSETTS
9
   SMITH & NEPHEW, INC., a              )  Case No. 03 CV 12310 PBS
10                                      )
   Delaware Corporation,                )
11                                      )  **DECLARATION OF BRETT**
              Plaintiff,                )  **BANNERMAN IN SUPPORT OF**
12                                      )  **DEFENDANT'S MOTION TO**
       vs.                              )  **TRANSFER PURSUANT TO 28**
13                                      )  **U.S.C. 1404(a)**
   SURGICAL SOLUTIONS, LLC., a          )
14                                      )
   California limited liability         )
15                                      )
   company,                             )
16                                      )
              Defendant                 )
17  _____)
                                        )
18  _____)
19
20
21
22
23
24
25
26
27
28

-1-

DECLARATION OF BRETT BANNERMAN

I, BRETT BANNERMAN, hereby declare the following:

1. I am the President of Surgical Solutions, LLC, the defendant in the case entitled <u>Smith & Nephew, Inc. vs. Surgical Solutions, LLC.</u>, filed in the United States District Court for the District of Massachusetts as case no. 03 CV 12310 PBS.

2. The Plaintiff's Amended Complaint and Demand for Jury Trial alleges that we are infringing on U.S. Patent No. 5,947,982 for a "Suture-Passing Forceps."

3. The Complaint does not clearly say so, but it appears that the accused product is our so-called "ExpressSew Suture Passer":



4. I am a California resident residing in Canyon Country, California. I founded and am now responsible for overseeing the day-to-day business of Surgical Solutions, LLC.

-2-

5. Surgical Solutions is a limited liability company formed under the laws of the State of California on or about October 14, 1999.

6. Surgical Solutions does not have any administrative offices or manufacturing facilities in Massachusetts.

7. Surgical Solutions does not own any real property or other assetts in Massachusetts.

8. Surgical Solutions does not maintain any phone lines in Massachusetts.

9. Surgical Solutions does not have any in-house sales personnel in Massachusetts.

10. Surgical Solution is not registered to do business in Massachusetts.

11. Surgical Solutions does not have any employees in Massachusetts.

12. The ExpresSew™ Suture Passer was designed in California and is manufactured in California. The majority of its components are manufactured by Classic Wire Cut Company, Inc., in California.

13. All of Surgical Solutions' employees with information relevant to this matter, as well as almost all other potential non-employee witnesses for Surgical Solutions reside in California.

14. A list of such witnesses who are known by me to have knowledge of facts or circumstances likely to be relevant to the issues involved in this matter is attached as Exhibit A. The four designers of the ExpresSew™ Suture Passer are named as inventors in a pending patent application. The ExpresSew™

Suture Passer is the subject of a pending Patent Application that was filed in the United States Patent and Trademark Office on September 25, 2002. The application was assigned serial No. 10/255,523 and was published on April 3, 2003 as Pub. No. US 2003/0065337 A1. Each of the four inventors in the ExpresSew™ Patent Application is a resident of California.

15. All of the documents related to the design and production of the allegedly infringing product as well as all of the documents related to Surgical Solutions' sales are located in California.

16. On September 11, 2003, an attorney named Mr. Peter J. Daylin Inc. wrote to our VP of Sales, Brad Fricke, and accused our ExpresSew™ Suture Passer of infringing on the claims of Smith & Nephew's patent. We subsequently obtained a written opinion of counsel from Mr. Richard L. Myers, a California attorney with offices in Irvine, California. Mr. Myers provided us with a written opinion of non-infringement and, on November 3, 2003, Mr. Myers wrote to Mr. Daylin and informed him of his conclusion that the ExpresSew™ Suture Passer does not infringe any valid claim of the Smith & Nephew patent.

17. Surgical Solutions only has seven (7) employees, five (5) full-time employees and two (2) part-time employees. All of Surgical Solutions' employees reside in California.

18. Surgical Solutions total revenues for 2003 were less than 2.4 million dollars.

19. In its entire existence, Surgical Solution has only delivered eleven (11) units of its ExpresSew™ Suture Passer to customers in Massachusetts.

20. Plaintiff Smith & Nephew is a very large company relative to Surgical Solutions. As evidenced by the printout from the Smith & Nephew website attached hereto as Exhibit B, Plaintiff Smith & Nephew is part of a United Kingdom conglomerate that has been operating for nearly one hundred fifty years (since 1856), operates worldwide in 32 countries, and employs over 7,500 people. As shown by the printout from Hoovers Online, a business data service, Smith & Nephew PLC had 2002 revenues of about two billion dollars ($1.78 billion), and it currently trades on both the New York and London stock exchanges.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: JANUARY 20th, 2004    _____
                              Brett Bannerman