UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Smith & Nephew, Inc.
        Plaintiff,                        CIVIL ACTION
                                                    NO.  03-12310-PBS
    v.

Surgical Solutions, Inc.
        Defendant.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                January 26, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Transfer on **February 23, 2004**, at **2:30 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                               By the Court,

                                                                               /s/ Robert C. Alba
                                                                              Deputy Clerk

Copies to:  All Counsel