UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 PBS |

## DECLARATION OF JOHN KONSIN IN SUPPORT OF SMITH & NEPHEW'S OPPOSITION TO SURGICAL SOLUTIONS' MOTION TO TRANSFER

I, John Konsin, hereby declare as follows:

1. I am over 18 years of age and competent to execute this declaration.

2. I have been employed by plaintiff Smith & Nephew, Inc. for approximately the past five (5) years. My current position is Vice President, Marketing, Endoscopy Division of Smith & Nephew, Inc.

3. Smith & Nephew, Inc. ("Smith & Nephew") is a Delaware corporation which is organized into three separate and distinct operating divisions. Each division has its own headquarters, facilities, officers, and employees. My division is the Endoscopy Division, which has its headquarters at 150 Minuteman Road, Andover, MA.

4. The Endoscopy Division of Smith & Nephew operates two facilities in Andover, MA, as well as facilities in Mansfield, MA, and Oklahoma City, OK.

5. Attached hereto as Exhibit A is a copy of an article from the January 18, 2004 edition of the Boston Sunday Globe, which describes some of Smith & Nephew's activities in Massachusetts. Although it has a typographical error regarding the number of Smith & Nephew employees in Massachusetts (Smith & Nephew has approximately

1,000 employees, not 100 as reported in the article), this article otherwise describes Smith & Nephew's presence and activities in Massachusetts.

6. As part of my job responsibility, I am aware of the following facts and circumstances relating to the present litigation, including the underlying activities leading to United States Patent No. 5,947,982 ("the '982 patent"), as well as Smith & Nephew's development, manufacturing, sales, and marketing of its products that are relevant to this lawsuit.

7. The '982 patent was invented by John S. Duran, who at the time was an employee of the Endoscopy Division of Smith & Nephew, working at its facility in Mansfield MA. Documents relevant to Mr. Duran's work leading to the '982 patent are stored at Smith & Nephew's facilities in Massachusetts. Mr. Duran is no longer employed by Smith & Nephew, and now resides at 26 Linn Avenue, Brewer, Maine 04412.

8. Mr. Duran's work on the Smith & Nephew "Acufex Suture Punch" was related to the development of the '982 patent. The Acufex Suture Punch was developed at Smith & Nephew's facility in Mansfield, MA, and documents relating to the development of the Acufex Suture Punch are located in Massachusetts. Smith & Nephew employees knowledgeable about the development of the Acufex Suture Punch work at Smith & Nephew's facilities in Massachusetts. In addition, there are several former employees who were involved in the development who still reside in Massachusetts.

9. I understand that the accused infringing product in this case is the "ExpressSew" product sold by Surgical Solutions.

10. Surgical Solutions' accused infringing ExpressSew product competes with Smith & Nephew's Acufex Suture Punch product, as well as with Smith & Nephew's "Arthro-

Pierce" and "Arthro-Pierce Premium" products and Smith & Nephew's "Elite Cuff Stitch Suture Relay" products. A copy of relevant pages from the 2003 catalog of the Smith & Nephew Endoscopy Division depicting the Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products is attached hereto as Exhibit B.

11. Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products are all manufactured in Mansfield, Massachusetts. Certain portions of these products are fabricated by subcontractors in Massachusetts for Smith & Nephew. Documents relating to the manufacture of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products are located in Massachusetts. Smith & Nephew employees knowledgeable about the manufacture of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products work at Smith & Nephew's facilities in Massachusetts.

12. Sales and marketing activities for Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products are directed from Smith & Nephew's facilities in Andover and Mansfield, Massachusetts. Documents relating to the sales and marketing of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products are located in Massachusetts. Smith & Nephew employees knowledgeable about the sales and marketing of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products work at Smith & Nephew's facilities in Massachusetts.

13. Appendix A to this Declaration presents a listing of the witnesses Smith & Nephew expects to have relevant factual knowledge or information about this matter, who are located within this judicial District.

14. Smith & Nephew does not own any land, or have any offices located in the Central District of California.

15. Smith & Nephew does not have any employees located or residing in the Central District of California.

16. I understand that Brett Bannerman, president of Surgical Solutions, has submitted a declaration in which he stated that Surgical Solutions' sales in 2003 "were less than 2.4 million dollars." I further understand that all, or virtually all of this revenue came from sales of the accused infringing ExpressSew product. In comparison, Smith & Nephew's commercial sales for all of its products which compete with the ExpressSew totaled less than $900,000 in 2003. Thus, in this market, Surgical Solutions is a far larger competitor than Smith & Nephew.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2004

John Konsin

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand-on and fax on 2-4-03

4

# APPENDIX A

Smith & Nephew Officers and Employees Having Relevant Factual Knowledge

1. **John Konsin**
   Vice President, Marketing
   Endoscopy Division of Smith & Nephew, Inc.
   Andover, Massachusetts

   Mr. Konsin is knowledgeable about the organization and structure of plaintiff Smith & Nephew. Mr. Konsin is also knowledgeable about the development of the invention in United States Patent No. 5,947,982 ("the '982 patent"), as well as ownership of the '982 patent. Mr. Konsin is also knowledgeable regarding Smith & Nephew's development, manufacturing, sales, and marketing of its products that are relevant to this lawsuit.

2. **John Bojanowski**
   Vice President, U.S. Arthroscopy Sales
   Endoscopy Division of Smith & Nephew, Inc.
   Andover, Massachusetts

   Mr. Bojanowski is knowledgeable regarding Smith & Nephew's sales and marketing of the Acufex Suture Punch, Arthro-Pierce, Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products, which compete with, and have lost sales to, the accused Surgical Solutions' product.

3. **Stefan Gabriel**
   Principal Engineer
   Endoscopy Division of Smith & Nephew, Inc.
   Mansfield, Massachusetts

   Mr. Gabriel is knowledgeable regarding the research and development of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

4. **Paul O'Connor**
   Group Director, Research & Development
   Endoscopy Division of Smith & Nephew, Inc.
   Mansfield, Massachusetts

   Mr. O'Connor is knowledgeable regarding the research and development of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

5. **Mike Hassman**
   Vice President, Mansfield Manufacturing Facility
   Endoscopy Division of Smith & Nephew, Inc.
   Mansfield, Massachusetts

   Mr. Hassman is knowledgeable regarding the design and manufacturing of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

6. **Jerry Goodman**
   Vice President, U.S. Sales
   Endoscopy Division of Smith & Nephew, Inc.
   Andover, Massachusetts

   Mr. Goodman is knowledgeable regarding Smith & Nephew's sales and marketing of its Acufex Suture Punch, Arthro-Pierce, Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

7. **Mark Cole**
   Senior Product Manager, Shoulder Repair
   Endoscopy Division of Smith & Nephew, Inc.
   Andover, Massachusetts

   Mr. Cole is knowledgeable regarding Smith & Nephew's sales and marketing of its Acufex Suture Punch, Arthro-Pierce, Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

8. **Brian Spies**
   Director of Marketing
   Endoscopy Division of Smith & Nephew, Inc.
   Andover, Massachusetts

   Mr. Spies is knowledgeable regarding Smith & Nephew's sales and marketing of its Acufex Suture Punch, Arthro-Pierce, Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

9. **John Kettleson**
   Senior Financial Analyst
   Endoscopy Division of Smith & Nephew, Inc.
   Andover, Massachusetts

   Mr. Kettleson is knowledgeable regarding financial information relating to Smith & Nephew's sales of its Acufex Suture Punch, Arthro-Pierce, Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

Third Parties Having Relevant Factual Knowledge

**10. John S. Duran**
Inventor, United States Patent No. 5,947,982
26 Linn Avenue
Brewer, Maine 04412

Mr. Duran is knowledgeable regarding the invention disclosed and claimed in the '982 patent. Mr. Duran is also knowledgeable regarding the research and development of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

**11. Michael Nordling**
12 Woodbridge Road
Milford, Massachusetts 01757

Mr. Nordling is knowledgeable regarding the sales and marketing of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

**12. Steven Ek**
49 Powderhill Road
Bolton, Massachusetts 01740

Mr. Ek is knowledgeable regarding the research and development of Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.

**13. Jon P. Warner, M.D.**
Chief, Harvard Shoulder Service
Massachusetts General Hospital
275 Cambridge Street, Suite 403A
Boston, Massachusetts 02114

Dr. Warner is knowledgeable regarding the uses of arthroscopic medical devices, including the accused ExpresSew™ product and Smith & Nephew's Acufex Suture Punch, Arthro-Pierce and Arthro-Pierce Premium, and Elite Cuff Stitch Suture Relay products.