UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

SURGICAL SOLUTIONS, LLC,

    Defendant.

Civil Action No.: 03 CV 12310 PBS

# DECLARATION OF AHMED J. DAVIS PURSUANT TO LOCAL RULE 83.5.3

I, Ahmed J. Davis, declare and state as follows:

1. I am an associate in the firm of Fish & Richardson P.C. My office address is 1425 K Street N.W., Suite 1100, Washington, D.C. 20005. I am counsel for Plaintiff Smith & Nephew, Inc. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Smith & Nephew in the above-captioned action.

2. I am a member of the Bars of the Commonwealth of Virginia and District of Columbia, the United States District Court for the Eastern District of Virginia, the United States Courts of Appeals for the Federal Circuit, and the United States Court of Federal Claims.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4.	There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5.	I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.	I designate Mark J. Hebert, Esq. and Thomas M. Johnston, Esq., both of the law firm of Fish & Richardson P.C., having offices at 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who are both members of the bar of this Court and who maintain their office in this District for the practice of law, as attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of his case, and upon whom papers may be served.

7.	I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February ___, 2004                          _____
                                                                            Ahmed J. Davis

prohacvice.doc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.: 03 CV 12310 PBS <br><br> FILING FEE PAID: <br> RECEIPT # _____ <br> AMOUNT $ _____ <br> BY DPTY CLK _____ <br> DATE _____ |

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE
AND RULE 7.1 CERTIFICATION**

The undersigned attorney hereby moves for the admissions of Ruffin B. Cordell and Ahmed J. Davis to appear on behalf of plaintiff Smith & Nephew, Inc. in this case. Messrs. Cordell and Davis meet the requirements for admission to this Court under Local Rule 83.5.3, as set forth in their declarations, which are submitted herewith.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned certifies that Thomas Hoover, Esq., counsel for defendant Surgical Solutions, LLC, assented to this motion by telephone conference on February 9, 2004.

Dated: February 9, 2004

/s/ Thomas M. Johnston
Thomas M. Johnston
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone:    (617) 542-5070
Facsimile:    (617) 542-8906

*Attorneys for Plaintiff*
Smith & Nephew, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document, together with the supporting declarations, was served upon counsel for defendant, Thomas Hoover, Esq., Bowditch & Dewey, LLP, 161 Worcester Road, Framingham, MA 01701-9320, by facsimile and by first class mail, postage prepaid, this 9th day of February, 2004.

/s/ Thomas M. Johnston
Thomas M. Johnston

20800129.doc

2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.: 03 CV 12310 PBS |

# DECLARATION OF RUFFIN B. CORDELL PURSUANT TO LOCAL RULE 83.5.3

I, Ruffin B. Cordell, declare and state as follows:

1. I am a principal in the firm of Fish & Richardson P.C. My office address is 1425 K Street N.W., Suite 1100, Washington, D.C. 20005. I am counsel for Plaintiff Smith & Nephew, Inc. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Smith & Nephew in the above-captioned action.

2. I am a member of the Bars of the Commonwealth of Virginia, the State of Texas and the District of Columbia, the District of Columbia Court of Appeals, the United States District Courts for the District of Columbia and the Eastern District of Virginia, the United States Court of Appeals for the Federal Circuit, and the Supreme Courts of Texas and Virginia.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I designate Mark J. Hebert, Esq. and Thomas M. Johnston, Esq., both of the law firm of Fish & Richardson P.C., having offices at 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who are both members of the bar of this Court and who maintain their office in this District for the practice of law, as attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of his case, and upon whom papers may be served.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 5, 2004

_____
Ruffin B. Cordell

20796512.doc