UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.: 03 CV 12310 PBS |

## DECLARATION OF RUFFIN B. CORDELL PURSUANT TO LOCAL RULE 83.5.3

I, Ruffin B. Cordell, declare and state as follows:

1. I am a principal in the firm of Fish & Richardson P.C. My office address is 1425 K Street N.W., Suite 1100, Washington, D.C. 20005. I am counsel for Plaintiff Smith & Nephew, Inc. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Smith & Nephew in the above-captioned action.

2. I am a member of the Bars of the Commonwealth of Virginia, the State of Texas and the District of Columbia, the District of Columbia Court of Appeals, the United States District Courts for the District of Columbia and the Eastern District of Virginia, the United States Court of Appeals for the Federal Circuit, and the Supreme Courts of Texas and Virginia.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I designate Mark J. Hebert, Esq. and Thomas M. Johnston, Esq., both of the law firm of Fish & Richardson P.C., having offices at 225 Franklin Street, Boston, Massachusetts 02110-2804, telephone number (617) 542-5070, who are both members of the bar of this Court and who maintain their office in this District for the practice of law, as attorneys with whom the Court and opposing counsel may readily communicate regarding the conduct of his case, and upon whom papers may be served.

7. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 5, 2004

Ruffin B. Cordell

20796512.doc