UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

SURGICAL SOLUTIONS, LLC,

    Defendant.

Civil Action No.: 03 CV 12310 PBS

## CORRECTED CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following was served upon counsel for defendant, Thomas Hoover, Esq., Bowditch & Dewey, LLP, 161 Worcester Road, Framingham, MA 01701-9320, by facsimile and by first class mail, postage prepaid, this 10th day of February, 2004:

1)    Assented to Motion for Admission Pro Hac Vice and Rule 7.1 Certification

2)    Declaration of Ruffin B. Cordell, Esq. Pursuant to Local Rule 83.5.3

3)    Declaration of Ahmed J. Davis, Esq. Pursuant to Local Rule 83.5.3

                                                   _____
                                                   Thomas M. Johnston

20803721.doc