**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  03CV 12310 PBS |
| | ) | |
| SURGICAL SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTIFICATION OF CORRECTION OF ADDRESS FOR DEFENDANT SURGICAL SOLUTION LLC'S COUNSEL

Defendant requests that the mailing address for Defendant's counsel, Thomas O. Hoover, be corrected, since the address currently on record with the court is incorrect.  Defendant counsel's correct address and contact information should read as follows:

Thomas O. Hoover
Bowditch & Dewey, LLP
161 Worcester Road
Framingham, MA 01701-9320

Direct telephone:  508-416-2475
Facsimile number:  508-929-3073

Email:  thoover@bowditch.com

Respectfully submitted,

Thomas O. Hoover (BBO No. 546,720)
Bowditch & Dewey, LLP
161 Worcester Rd.
Framingham, MA 01701-9320
Telephone:  (508) 416-2475
Facsimile:  (508) 929-3073

{J:\CLIENTS\ip\303669\0002\F0259042.DOC;1}

<u>Certificate of Service</u>

I hereby certify that on the _11th_ day of February, 2004, a true and correct copy of the foregoing Notification of Correction of Address for Defendant Surgical Solution LLC's Counsel was served via first class U.S. Mail, postage prepaid, on:

Mark J. Hebert, Esquire
Thomas M. Johnston, Esquire
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

_____
Thomas O. Hoover, Esq.

{J:\CLIENTS\ip\303669\0002\F0259042.DOC;1}

2