# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

BY HAND

February 5, 2004

Clerk
United States District Court
  for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA 02110

Re:   Smith & Nephew, Inc. v. Surgical Solutions, LLC
      Civil Action No. 03 CV 12310 PBS

Dear Sir or Madam:

Enclosed for filing in the above-captioned action is the following:

> Original signature page for the Konsin Declaration that was filed on February 3, 2004, with a faxed signature page.

Please date stamp the enclosed copy of this document for our files, and return it to our waiting messenger. Thank you.

Very truly yours,

Mark J. Hebert
BBO No. 546,712

Enclosure

cc/enc. (by fax and mail):   Thomas O. Hoover, Esq.
                             Counsel for Surgical Solutions, LLC

20799899.doc

13. Appendix A to this Declaration presents a listing of the witnesses Smith & Nephew expects to have relevant factual knowledge or information about this matter, who are located within this judicial District.

14. Smith & Nephew does not own any land, or have any offices located in the Central District of California.

15. Smith & Nephew does not have any employees located or residing in the Central District of California.

16. I understand that Brett Bannerman, president of Surgical Solutions, has submitted a declaration in which he stated that Surgical Solutions' sales in 2003 "were less than 2.4 million dollars." I further understand that all, or virtually all of this revenue came from sales of the accused infringing ExpressSew product. In comparison, Smith & Nephew's commercial sales for all of its products which compete with the ExpressSew totaled less than $900,000 in 2003. Thus, in this market, Surgical Solutions is a far larger competitor than Smith & Nephew.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 3, 2004

John Kohsin

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/_____ and fax on 2-5-03