UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Smith & Nephew, Inc.
        Plaintiff,　　　　　　　　　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　NO. 03-12310-PBS
    v.

Surgical Solutions, Inc.
        Defendant.

### NOTICE OF RESCHEDULED MOTION HEARING AND CONFERENCE

SARIS, U.S.D.J.　　　　　　　　　　　　　　　　　　　　February 20, 2004

    The Motion Hearing Re: Motion to Transfer and the Scheduling Conference previously scheduled for February 23, 2004, has been **rescheduled** to **March 18, 2004, at 11:30 a.m.**

　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　  /s/ Robert C. Alba
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Copies to:  All Counsel

resched.ntc