**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

SMITH & NEPHEW, INC.,

              Plaintiff,

    v.                                     Civil Action No.:  03 CV 12310 PBS

SURGICAL SOLUTIONS, LLC,

              Defendant.

---

**ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE**
**AND RULE 7.1 CERTIFICATION**

---

The undersigned attorney hereby moves for the admissions of Joseph C. Andras, Kenneth L. Sherman and Vic Y. Lin to appear on behalf of defendant Surgical Solutions, LLC in this case.

Messrs. Andras, Sherman and Lin meet the requirements for admission to this Court under Local Rule 83.5.3, as set forth in their declarations, which are submitted herewith.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned certifies that Mark Hebert, Esq., counsel for plaintiff Smith & Nephew, Inc., assented to this motion by telephone conference on March 8, 2004..

Dated:     March _11_ , 2004

Louis M. Ciaverra
Bowditch & Dewey, LLP
311 Main Street
Worcester, MA 01615-0156
Telephone:     (508) 791-3511
Facsimile:     (508) 929-3011

*Attorneys for Defendant*
Surgical Solutions, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document, together with the supporting declarations, was served upon counsel for plaintiff, Mark Hebert, Esq., Fish & Richardson P.C., 225 Franklin Street, Boston, MA 02110-2804, by facsimile and by first class mail, postage prepaid, this __12__ day of March, 2004.

Louis M. Ciaverra