UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.: 03 CV 12310 PBS |

## DECLARATION OF KENNETH L. SHERMAN PURSUANT TO LOCAL RULE 83.5.3

I, Kenneth L. Sherman, declare and state as follows:

1.  I am a principal in the firm of Myers Dawes Andras & Sherman LLP. My office address is 19900 MacArthur Blvd., 11th Floor, Irvine, California 92612. I am counsel for defendant Surgical Solutions, LLC. I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Surgical Solutions in the above-captioned action.

2.  I am a member of the Bars of the State of California, the State of New York, the U.S. Court of Appeals for the Federal Circuit, the U.S. District Courts for the Southern and Eastern Districts of New York, and the U.S. District Courts for the Central, Eastern and Southern Districts of California.

3.  I am a member in good standing in every jurisdiction where I have been admitted to practice.

4.　　There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5.　　I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.　　I designate Louis M. Ciaverra, Esq. of the law firm of Bowditch & Dewey, LLP, having offices at 311 Main Street, Worcester, Massachusetts 01615-0156, telephone number (508) 791-3511, who is a member of the Bar of this Court and who maintains his office in this District for the practice of law, as attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

7.　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:　　March 10, 2004

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth L. Sherman

2