IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03CV 12310 PBS |
| ) | |
| SURGICAL SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Louis M. Ciavarra of Bowditch & Dewey, LLP on behalf of Defendant Surgical Solutions, LLC.

SURGICAL SOLUTIONS, LLC

By_____
Louis M. Ciavarra (BBO # 546481)
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 791-3511
Facsimile: (508) 756-7636

{J:\CLIENTS\lit\303669\0001\00419085.DOC;1}

## CERTIFICATE OF SERVICE

I hereby certify that on the \_\_16\_\_ day of March, 2004, I served a copy of my Notice of Appearance as counsel for Defendant Surgical Solutions, LLC pursuant to D. Mass. L.R. 83.5.2 as served via first class U.S. Mail, postage prepaid, on:

>Mark J. Hebert, Esquire
>Thomas M. Johnston, Esquire
>Fish & Richardson P.C.
>225 Franklin Street
>Boston, MA 02110-2804

_____
LOUIS M. CIAVARRA

{J:\CLIENTS\lit\303669\0001\00419085.DOC;1}