UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Smith & Nephew, Inc.
Plaintiff,

V.   Civil Action Number
03-12310-PBS

Surgical Solutions, Inc.
Defendant.   March 18, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 10/29/04

Plaintiff's expert designation deadline: 12/10/04

Defendant's expert designation deadline: 1/7/05

Expert discovery deadline: 2/15/05

Summary Judgment and Markman Motion filing deadline: 3/15/05

Opposition to Summary Judgment and Markman Motions: 3/29/05,
Reply: 4/12/05,   Sur-Reply: 4/26/05

Hearing on Summary Judgment and Markman or Pretrial Conference: 5/17/05 at 2:00 p.m.

Case to be referred to Mediation program: Late Spring, 2004

By the Court,

s/ Robert C. Alba
Deputy Clerk