UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br>   Plaintiff, | |
| v. | CIVIL ACTION <br> 03-CV-12310-PBS |
| SURGICAL SOLUTIONS, INC., <br>   Defendant. | |

NOTICE OF MEDIATION

TAKE NOTICE that the above-entitled case has been scheduled for a MEDIATION with principals present at 2:00 p.m. on Tuesday, June 15, 2004 before the Honorable Walter Jay Skinner in Courtroom 5 on the third floor of the United States District Courthouse, 1 Courthouse Way, Boston, MA  02201.

By:  s/ Barbara Clarke
Barbara Clarke (617) 748-9275
(Available Only Tuesday, Wednesday
and Thursday) or call
George Howarth (617) 748-9127

To:  ALL COUNSEL OF RECORD
April 28, 2004