IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SURGICAL SOLUTIONS, LLC, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 03CV 12310 PBS |

## NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Monica Grewal of Bowditch & Dewey, LLP on behalf of Defendant, Surgical Solutions, LLC.

SURGICAL SOLUTIONS, LLC

By: _____
Monica Grewal (BBO # 659449)
Bowditch & Dewey, LLP
161 Worcester Road
Framingham, MA 01701
Telephone: (508) 879-5700
Facsimile: (508) 929-3185

Dated: May 21, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2004, I served a copy of my Notice of Appearance as counsel for Defendant Surgical Solutions, LLC pursuant to D. Mass. L.R. 83.5.2 as served via first class U.S. Mail, postage prepaid, on:

> Mark J. Hebert, Esquire
> Thomas M. Johnston, Esquire
> Fish & Richardson P.C.
> 225 Franklin Street
> Boston, MA 02110-2804

*/s/ Monica Grewal*
Monica Grewal

{J:\CLIENTS\ip\303669\0002\F0266169.DOC;1}