IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>　　　Defendant. | Civil Action No. 03CV 12310 PBS |

## STATEMENT OF DEFENDANT PURSUANT TO LOCAL RULE 7.3

In compliance with Local Rule 7.3, Surgical Solutions, LLC identifies the following entities as a parent corporation or publicly held company that owns 10% or more of the stock of Surgical Solutions, LLC:

- None -

_____
Louis M. Ciavarra (BBO# 546481)
Monica Grewal (BBO# 659449)
BOWDITCH & DEWEY, LLP
161 Worcester Road
Framingham, MA 01701-9320
Telephone:　(508) 879-5700
Facsimile:　(508) 929-3185

Joseph C. Andras
Vic Y. Lin
MYERS DAWES ANDRAS & SHERMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612
Telephone:　(949) 223-9600
Facsimile:　(949) 223-9610

Attorneys for Defendant SURGICAL SOLUTIONS, LLC

Dated: May 21, 2004

## Certificate of Service

I hereby certify that on the 21st day of May, 2004, a true and correct copy of the foregoing STATEMENT OF DEFENDANT PURSUANT TO LOCAL RULE 7.3 was served via facsimile and first class U.S. Mail, postage prepaid, to:

>Mark J. Hebert, Esquire
>Thomas M. Johnston, Esquire
>Fish & Richardson P.C.
>225 Franklin Street
>Boston, MA 02110-2804

*Monica Grewal*
Monica Grewal