# United States District Court
# District of Massachusetts

SMITH & NEPHEW, INC.,

    V.                    CIVIL ACTION NO. 03-12310-PBS

SURGICAL SOLUTIONS, INC.

## *PROCEDURAL ORDER RE: MEDIATION*

COLLINGS, U.S.M.J.

    The above-styled case was received by the undersigned on June 25, 2004 for the purpose of mediation.

    Counsel are ORDERED to confer, *on or before the close of business on Friday, July 9, 2004,* in a good-faith attempt to reach agreement as to whether or not the case is ready for mediation at this point in time, or whether the mediation session should be held at a later date (for example, after further discovery is completed). If counsel agree that a later date is indicated, counsel should attempt to agree on various dates after September 15, 2004 which are convenient to all.

Counsel are FURTHER ORDERED to file and serve a joint report on these issues *on or before the close of business on Thursday, June 15, 2004.*

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

June 28, 2004.