UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 23  P 5: 30

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 PBS |

### JOINT MOTION TO APPOINT THIRD PARTY MEDIATOR AND AMEND PROTECTIVE ORDER FOR MEDIATION

Following the cancellation of the mediation scheduled before Senior Judge Skinner for June 15, 2004, the parties have consulted and have selected a third party mediator, David Plant, Esq., of 1451 Little Sunapee Road, New London, N.H. Mr. Plant is a former patent litigation partner of Fish & Neave, and a well-qualified mediator. Mediation before Mr. Plant is currently scheduled for July 1, 2004 in Boston.

Accordingly, the parties jointly move this Court as follows:

(1) to appoint Mr. Plant as mediator pursuant to Local Rule 16.4(C)(4); and

(2) to amend the Stipulated Protective Order in this action to permit disclosure of Confidential Information to Mr. Plant as follows:

"Paragraph 8 is hereby amended by adding the following subparagraph (h) following subparagraph (g):

(h) third party mediator David Plant."

Respectfully submitted,

Dated: June 23rd, 2004

By: _/s/ Mark J. Hebert_
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No. 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for SMITH & NEPHEW, INC.

Dated: June 23rd, 2004

By: _Joseph C. Andras by MJH w/authorization_
Thomas O. Hoover (BBO No. 546,720)
Bowditch & Dewey LLP
161 Worcester Road
Framingham, MA 02110-2804
Telephone: (508) 416-2475
Facsimile: (508) 872-1492

Joseph C. Andras
Vic Y. Lin
Myers Dawes Andras & Sherman, LLP
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
Telephone: (949) 223-9600
Facsimile: (949) 223-9610

Attorneys for SURGICAL SOLUTIONS, LLC

SO ORDERED this _____ day of _____, 2004.

_____
United States District Judge

20886674.doc                           2