UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:  /s/  Robert Alba
Deputy Clerk

Date:  July 12, 2004

Copies to:   Counsel

```
07/12/04      U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM        Page   1
              Boston Civil Cases to be Reassigned to Judge Gorton
_____

   DOCKET        DATE FILED      CASE TITLE
_____

  Judge :  Saris

  1:02cv12370    12/10/2002    Cipes v. Mikasa, Inc.

  1:03cv10633    04/07/2003    Robinson v. Budoff

  1:03cv10704    04/15/2003    McVay Pawlick, et al v. New York Times Co.

  1:03cv10926    05/16/2003    Gadbois v. Hyatt Regency DFW

  1:03cv11010    05/27/2003    D'Amico v. D'Amico et al

  1:03cv11483    07/24/2003    MacLeod v. Kern et al

  1:03cv12010    10/16/2003    Papadopoulos v. Hartford Life Insurance Compa

  1:03cv12310    11/19/2003    Smith & Nephew, Inc. v. Surgical Solutions, I

  1:03cv12494    12/10/2003    Solas v. Kikukawa Iron Workers, Inc. et al

  1:03cv40225    10/02/2003    Johnson v. Winn

  1:04cv10581    03/24/2004    Lockhart-Bembery v. Town of Wayland Police De

  1:04cv10688    04/01/2004    Jordan v. Boston Public Schools, et al

  1:04cv10777    04/16/2004    Abbott v. Rabe et al

  1:04cv10895    05/05/2004    United States of America v. Richardson

  1:04cv10902    05/06/2004    Johnson v. Continental Airlines, Inc.

  1:04cv10907    05/07/2004    Brookstone Company, Inc. v. Sharper Image Cor

  1:04cv10939    05/11/2004    Comcast of Massachusetts I, Inc. v. Sarian


  Total Cases for Judge
  --------------------
              17
```