UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 PBS |

## JOINT REPORT RE MEDIATION

In response to this Court's Amended Procedural Order Re: Mediation, issued on June 29, 2004, the parties hereby submit this joint report.

A mediation was held in Boston on July 1, 2004, utilizing the services of third party mediator, David W. Plant, Esq. This mediation was described in the Joint Motion to Appoint Third Party Mediator and Amend Protective Order for Mediation filed by the parties on June 23, 2004. A follow-up phone conference was held between the parties and the mediator on July 7, 2004.

Despite these efforts, the parties have not agreed to settle this case and do not believe that a further mediation session would be fruitful.

Respectfully submitted,

Dated: July 16, 2004          By: _____
                                  Mark J. Hebert (BBO No. 546,712)
                                  Thomas M. Johnston (BBO No. 644,689)
                                  FISH & RICHARDSON P.C.
                                  225 Franklin Street
                                  Boston, MA 02110-2804
                                  Telephone: (617) 542-5070
                                  Facsimile: (617) 542-8906

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for SMITH & NEPHEW, INC.

Dated: July __, 2004          By: _____
                              Thomas O. Hoover (BBO No. 546,720)
                              Bowditch & Dewey LLP
                              161 Worcester Road
                              Framingham, MA 02110-2804
                              Telephone: (508) 416-2475
                              Facsimile: (508) 872-1492

Joseph C. Andras
Vic Y. Lin
Myers Dawes Andras & Sherman, LLP
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
Telephone: (949) 223-9600
Facsimile: (949) 223-9610

Attorneys for SURGICAL SOLUTIONS, LLC

20893201.doc