UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

SURGICAL SOLUTIONS, LLC,

    Defendant.

Civ. Act. No. 03 CV 12310 NMG

**PLAINTIFF SMITH & NEPHEW, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE A SURREPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANT SURGICAL SOLUTIONS, LLC'S MOTION FOR LEAVE TO FILE COUNTERCLAIMS**

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves for leave to file the accompanying Surreply in Support of its Opposition to Defendant Surgical Solutions, LLC's ("Surgical Solutions") Motion for Leave to File Counterclaims. Surgical Solutions has assented to this Motion for Leave.

This Surreply is necessary in order to respond to the several new arguments that were raised for the very first time in Surgical Solutions' Reply to Plaintiff's Response to Defendant's Motion for Leave to File Counterclaims ("Reply"). Surgical Solutions does not deny that it has raised several new arguments in such Reply. In fact, in its Motion for Leave to File a Response to Plaintiff's Opposition to Defendant's Motion for Leave to File Counterclaims which accompanied its Reply, Surgical Solutions states that the reason it was making these new arguments in its Reply was because "it did not anticipate nor address the arguments raised in Plaintiff's Opposition." But that is not a valid reason for raising new arguments in its Reply. The arguments raised in Plaintiff's Opposition were that some portions of Surgical Solutions' purported counterclaim were futile, and other portions were contrary to the discovery responses

that Surgical Solutions had provided. Thus, Smith & Nephew contends that Surgical Solutions could have and should have anticipated such arguments at the outset. However, since Surgical Solutions has admittedly raised new arguments in its Reply, Smith & Nephew should be given an opportunity to respond to those new arguments.

Moreover, although Surgical Solutions does not mention this in its Motion for Leave to File a Response to Plaintiff's Opposition to Defendant's Motion for Leave to File Counterclaims, attached to its Reply it presented an amended counterclaim, which includes new paragraphs 25 and 26. Apparently, Surgical Solutions has added these new paragraphs in an attempt to overcome some of the problems with its prior proposed counterclaim. However, Smith & Nephew should be given an opportunity to respond to the new paragraphs in Surgical Solutions' revised counterclaim, and show why the counterclaim is still defective.

WHEREFORE, Smith & Nephew respectfully requests that it be given leave to file the accompanying Surreply in Support of its Opposition to Defendant Surgical Solutions, LLC's Motion for Leave to File Counterclaims.

Respectfully submitted,

Dated: August 11, 2004          By: _____
                                Mark J. Hebert (BBO No. 546,712)
                                Thomas M. Johnston (BBO No. 546,712)
                                FISH & RICHARDSON P.C.
                                225 Franklin Street
                                Boston, MA 02110-2804
                                Telephone: (617) 542-5070
                                Facsimile: (617) 542-8906

                                Attorneys for Plaintiff SMITH & NEPHEW, INC.

## Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred, and in a telephone conference on July 21, 2004 between Vic Y. Lin, counsel for Surgical Solutions, and Ahmed J. Davis, counsel for Smith & Nephew, Mr. Lin consented to the present Motion for Leave.

_____
Mark J. Hebert

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Hoover) by mail and Federal Express on August 11th, 2004.

_____

20917282.doc