IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SURGICAL SOLUTIONS, LLC, )<br>)<br>Defendant. ) | Civil Action No. 03CV 12310 NMG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel for the Defendant in the above-entitled matter.

Date: August 19, 2004

Thomas O. Hoover (BBO No. 546720)
BOWDITCH & DEWEY, LLP
161 Worcester Road
Framingham, MA 01701
Tel: (508) 416-2475
Fax: (508) 929-3073

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing will be served on the following counsel on the date indicated below via Federal Express to:

Ahmed J. Davis, Esq.
FISH & RICHARDSON
1425 K Street N.W., Suite 1100
Washington, DC 20005

Date: August 19, 2004

Thomas O. Hoover

{J:\CLIENTS\lit\303669\0001\00458483.DOC;1}