UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 NMG |

## PLAINTIFF SMITH & NEPHEW, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves for leave to file a Second Amended Complaint naming Classic Wire Cut Company, Inc. ("Classic Wire") as an additional defendant.[1] Smith & Nephew has alleged in this action that Surgical Solutions' marketing and sale of its ExpresSew Suture Passer infringes United States Patent No. 5,947,982. The evidence adduced thus far in discovery demonstrates that Classic Wire manufactures all, or substantially all, components that make up the ExpresSew Suture Passer, and thus that Classic Wire is liable for at least contributory infringement under 35 U.S.C. § 271(c). These acts of contributory infringement constitute separate and independent instances of patent infringement under 35 U.S.C. § 271, for which Smith & Nephew is entitled to relief.

Neither Surgical Solutions nor Classic Wire will be unduly prejudiced if Classic Wire is named as an additional defendant in this action. Classic Wire is a sister corporation of Surgical Solutions, and both entities are effectively controlled by the same person, Brett Bannerman. Thus, Classic Wire has been fully aware of this lawsuit since its inception, and in fact has

---

[1] Attached as Exhibit A hereto is a clean version of the proposed Second Amended Complaint. Attached as Exhibit B hereto is a blacklined version of the Amended Complaint, showing all changes and alterations made by the Second Amended Complaint.

participated or been involved in discovery. Further, because Classic Wire's interests closely align with, if not mirror, the interests of Surgical Solutions, its entry into this case during discovery will not hinder Surgical Solutions' efforts at conducting discovery and need not delay the trial in this matter.

WHEREFORE, for the reasons stated above and in its accompanying Memorandum in Support of this Motion, Smith & Nephew respectfully requests that it be given leave to file the attached Second Amended Complaint.

Dated: August 26th, 2004

Respectfully submitted,

By: _____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331
Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred, both by telephone and by e-mail, on August 25 and 25, 2004, regarding the subject of this motion. Vic Y. Lin, Esq., counsel for Surgical Solutions, has advised that Surgical Solutions would not consent to this motion.

_____
Mark J. Hebert

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on August 26th, 2004.

_____

20926824.doc