IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.  03CV 12310 NMG |

### DEFENDANT SURGICAL SOLUTIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT

Defendant Surgical Solutions, LLC ("Surgical Solutions") hereby moves, pursuant to Local Rules 7.1 and 56.1 and Fed. R. Civ. P. 56(b), for summary judgment in favor of Surgical Solutions and against plaintiff Smith & Nephew, Inc. ("S&N") on the issue of patent infringement of Claims 1, 3, 5, 19, 20, 22, 24 and 25 of U.S. Patent No. 5,947,982 ("the '982 patent").  In particular, Surgical Solutions seeks summary judgment because:

Claims 1, 3, 5, 19, 20, 22, 24 and 25 require "a suture needle with suture <u>attached</u> thereto" which, when properly construed in light of the '982 patent's specification, in light of the '982 patent's prosecution history, and so as to be valid over Schweizer '840 (cited during the prosecution of the '982 patent), is not found in Surgical Solutions' ExpresSew® suture passer.

- 2 -

The detailed support for this motion is set forth in the Memorandum in Support of Defendant's Motion for Summary Judgment of Non-Infringement; the Statement of Material Facts in Support of Defendant's Motion for Summary Judgment of Non-Infringement; the Declarations of Tom Weisel and Joseph C. Andras; and the Exhibits, all submitted herewith.

### REQUEST FOR ORAL ARGUMENT

Surgical Solutions believes that oral argument may assist the Court and, pursuant to Local Rule 7.1(d), respectfully requests that the Court receive oral argument in this matter.

SURGICAL SOLUTIONS, LLC

Date: August 27, 2004     By:     /S/: Joseph C. Andras
Joseph C. Andras (CA Bar No. 138,181)
Vic Y. Lin (CA Bar No. 192,292)
Myers Dawes Andras & Sherman, LLP
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
Tel: (949) 223-9600
Fax: (949) 223-9610

/S/: Louis M. Ciavarra
Louis M. Ciavarra (546,481)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 926-3408
Fax: (508) 929-3011