IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.  03CV 12310 NMG |

**DEFENDANT SURGICAL SOLUTIONS, LLC'S MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY**

Defendant Surgical Solutions, LLC ("Surgical Solutions") hereby moves, pursuant to Local Rules 7.1 and 56.1 and Fed. R. Civ. P. 56(b), for summary judgment in favor of Surgical Solutions and against plaintiff Smith & Nephew, Inc. ("S&N") on the issue of invalidity of Claims 1, 3, 5, 19, 20, 22, 24 and 25 of U.S. Patent No. 5,947,982 ("the '982 patent").  In particular, Surgical Solutions seeks summary judgment because:

Claims 1, 3, 5, 19, 20, 22, 24 and 25 are invalid for being anticipated by:

(1) Plaintiff's own Acufex® Suture Punch;

(2) Fukuda's U.S. Patent; and/or

(3) the German Sevinc Application.

The detailed support for this motion is set forth in the Memorandum in Support of Defendant's Motion for Summary Judgment of Patent Invalidity; the Statement of Material Facts in Support of Defendant's Motion for Summary Judgment of Patent Invalidity; the Declarations of Tom Weisel and Joseph C. Andras; and the Exhibits, all submitted herewith.

**REQUEST FOR ORAL ARGUMENT**

Surgical Solutions believes that oral argument may assist the Court and, pursuant to Local Rule 7.1(d), respectfully requests that the Court receive oral argument in this matter.

SURGICAL SOLUTIONS, LLC

Date: August 27, 2004        By:    /S/: Joseph C. Andras
                                    Joseph C. Andras (CA Bar No. 138,181)
                                    Vic Y. Lin (CA Bar No. 192,292)
                                    Myers Dawes Andras & Sherman, LLP
                                    19900 MacArthur Boulevard, 11th Floor
                                    Irvine, CA 92612
                                    Tel: (949) 223-9600
                                    Fax: (949) 223-9610

                                    /S/: Louis M. Ciavarra
                                    Louis M. Ciavarra (546,481)
                                    Bowditch & Dewey, LLP
                                    311 Main Street, P.O. Box 15156
                                    Worcester, MA 01615-0156
                                    Tel: (508) 926-3408
                                    Fax: (508) 929-3011