IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | Civil Action No.  03CV 12310 NMG |
| Plaintiff, | |
| v. | |
| SURGICAL SOLUTIONS, LLC, | |
| Defendant. | |

---

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY**

---

In connection with its MOTION FOR SUMMARY JUDGMENT OF PATENT INVALIDITY, and in compliance with Fed. R. Civ. P. § 56 and Rule 56.1 of Local Rules of the United States District Court for the District of Massachusetts ("LR"), defendant Surgical Solutions, LLC ("Surgical Solutions") hereby provides its concise statement of the material facts of record as to which Surgical Solutions contends there is no genuine issue to be tried, with page references to affidavits, depositions and other documentation:

**The Parties**

1.      Plaintiff Smith & Nephew, Inc. ("Plaintiff") is a Delaware corporation having its principal place of business at 1450 Brooks Road, Memphis, Tennessee and having a further place of business at 150 Minuteman

- 1 -

Road, Andover, Massachusetts. (*See* Amended Complaint attached to Andras Decl. as Exh. B, ¶ 1; *and see* Andras Decl. ¶ 4)

2.    Defendant Surgical Solutions is a California limited liability company having its principal place of business at 25048 Anza Drive, Valencia, California 91355. (*See* Andras Decl. ¶5; *and* Defendant's Answer to Amended Complaint attached to Andras Decl. as Exh. C, ¶ 2)

## The '982 Patent

3.    Plaintiff alleges it owns United States Patent No. 5,947,982 entitled SUTURE-PASSING FORCEPS (hereafter "the '982 patent"). (*See* Andras Decl. ¶¶3-4; '982 patent attached to Andras Decl. as Exh. A, p.1; and Amended Complaint attached to Andras Decl. as Exh. B, ¶ 6)

## The Plaintiff's Patent Infringement Allegations

4.    The Plaintiff alleges that Surgical Solutions has been and is now infringing, actively inducing infringement of, and/or contributing to the infringement of, the '982 patent. (*See* Andras Decl. ¶4; *and* Amended Complaint attached to Andras Decl. as Exh. B, ¶ 7)

5. The '982 patent issued with twenty-six (26) claims, including some apparatus claims and some method claims (*See* Andras Decl. ¶¶ 4 and 8; and '982 patent attached to Andras Decl. as Exh. A, pp.9-10):

| Claim(s) | Subject |
|----------|---------|
| 1-9 | A suture-passing forceps |
| 10-18 | A method of delivering a suture needle |
| 19 | A surgical apparatus |
| 20-26 | A suture-passing apparatus |

6. The Plaintiff alleges that apparatus Claims 1, 3, 5, 19, 20, 22, 24, and 25 of the '982 patent are infringed by Surgical Solutions' ExpresSew® Suture Passer. (*See* Andras Decl. ¶¶ 100-101; *and see* excerpts from Plaintiff's original and supplemental responses to Interrogatory No. 3 attached to Andras Decl. as Exh. Y, pp.6-8 and Exh. Z, pp.3-10)

7. Three of the asserted claims are in independent form, i.e. claims 1, 19 and 20, and five of the asserted claims are dependent form, i.e. claims 3, 5, 22, 24, and 25. (*See* Andras Decl. ¶ 4; and '982 patent attached to Andras Decl. as Exh. A., pp.9-10)

8. Claim 1 of the '982 patent reads as follows (with formatting and alphabetic clause designations added for ease of reference)( *See* Andras Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.9; *see also Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 1):

a    1. A suture-passing forceps

b    for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing forceps comprising:

c    a support shaft elongated along a longitudinal axis; and

d    a suturing assembly disposed at a distal end of the support shaft and including:

e    a member configured as a first jaw and supported by the support shaft,

f    the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member

g    and for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position.

9.    Claim 3 of the '982 patent of the '982 patent reads as follows (with formatting and alphabetic clause designations added for ease of reference) (*See* Andras Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.9; *see also Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 3):

    3. The suture-passing forceps of claim 1 wherein

a    the passage

b    includes a wall inclined relative to the passage,

c    the wall extending from a first opening having a diameter approximately that of the needle

d    to a second opening, larger than the first opening.

10.    Claim 5 of the '982 patent reads as follows (with formatting and alphabetic clause designations added for ease of reference) (*See* Andras Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.9; *see also Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 5):

    5. The suture-passing forceps of claim 1 wherein

a    the suturing assembly

b    further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw.

11.    Claim 19 of the '982 patent reads as follows (with formatting and alphabetic clause designations added for ease of reference) (*See* Andras Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.10; *see also Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 19):

| | |
|---|---|
| a | 19. A surgical apparatus comprising: |
| b | a suture needle having suture attached thereto; |
| c | a suture-passing forceps for passing the suture needle through tissue at a surgical site, |
| | the suture-passing forceps including: |
| d | a support shaft elongated along a longitudinal axis; and |
| e | a suturing assembly disposed at a distal end of the support shaft and including: |
| f | first and second jaw members, each supported by the support shaft, |
| g | the first jaw member having a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, |
| h | the first jaw member configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. |

12.    Claim 20 of the '982 patent reads as follows (with formatting and alphabetic clause designations added for ease of reference) (*See* Andras Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.10; *see also Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 20):

| | |
|---|---|
| a | 20. A suture-passing apparatus |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, |
| | the suture-passing apparatus comprising: |
| c | a support shaft elongated along a longitudinal axis; and |
| d | a suturing assembly disposed at a distal end of the support shaft and including: |
| e | a member configured to be immovably supported by the support shaft, |

f       the member having a passage transverse to the
        length of the member for supporting the suture needle
        in a suturing position at a selected angular orientation
        relative to the length of the member,

g       the member configured to support the needle in a
        stowed position at an angle less than the selected
        angle of the suture needle in the suturing position.

13.    Claim 22 of the '982 patent reads as follows (with formatting
and alphabetic clause designations added for ease of reference) (*See* Andras
Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.10; *see also
Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 22):

            22. The suture-passing forceps of claim 20 wherein
a       the passage
b       includes a wall inclined relative to the passage,
c       the wall extending from a first opening having a
        diameter approximately that of the needle
d       to a second opening, larger than the first opening.

14.    Claim 24 of the '982 patent reads as follows (with formatting
and alphabetic clause designations added for ease of reference) (*See* Andras
Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.10; *see also
Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 24):

            24. The suture-passing forceps of claim 20 wherein
a       the member is a first jaw
b       configured to support the suture needle in an inclined
        position.

15.    Claim 25 of the '982 patent reads as follows (with formatting
and alphabetic clause designations added for ease of reference) (*See* Andras
Decl. ¶ 4; and '982 patent attached to Andras Decl., Exh. A, p.10; *see also
Weisel Decl. ¶¶ 57-58 and the '982 Claims Table, Claim* 25):

25. The suture-passing forceps of claim 24 wherein

a      the suturing assembly

b      further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw.

**The Claims are Invalid as Anticipated by the Acufex® Suture Punch**

16.    The Plaintiff produced a physical sample of its old "Acufex®
Suture Punch" suture-passing forceps under Bates No. SNE 14794.  (hereafter
"Acufex® Suture Punch").  The following image fairly and accurately depicts the
Acufex® Suture Punch produced by the Plaintiff under Bates No. SNE 14794,
along with a "Smith & Nephew Suture Needle" produced by the Plaintiff in a
packaged marked with Bates No. SNE 14789 (*See* Andras Decl. ¶50):



17.    The Acufex® Suture Punch is prior art to the '982 patent
(*See* Andras Decl. ¶¶ 51-54; *and also*  ¶¶ 55-57 and 58-76)

*Claim 1 is invalid as anticipated by the Acufex® Suture Punch*

18.    Claim 1 is invalid as anticipated by the Acufex® Suture
Punch because:

a.      In the Acufex® Suture Punch, the disclosed device is a "suture-passing forceps."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause a).

b.      In the Acufex® Suture Punch, the suture-passing forceps are used "for passing a suture needle, having suture attached thereto, through tissue at a surgical site."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause b).

c.      In the Acufex® Suture Punch, the suture-passing forceps include "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause c).

d.      In the Acufex® Suture Punch, the suture-passing forceps include "a suturing assembly disposed at a distal end of the support shaft."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause d).

e.      In the Acufex® Suture Punch, the suturing assembly disposed at the distal end of the support shaft includes "a member configured as a first jaw and supported by the support shaft."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause e).

f.      In the Acufex® Suture Punch, the suturing assembly's member has "a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause f).

g.      In the Acufex® Suture Punch, the suturing assembly's member has "a passage transverse to the length of the member… for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 1, clause g).

*Claim 3 is invalid as anticipated by the Acufex® Suture Punch*

19.      Claim 3 is invalid as anticipated by the Acufex® Suture Punch because:

a.      In the Acufex® Suture Punch, the suture-passing forceps include a "passage."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 3, clause a).

b.      In the Acufex® Suture Punch, the passage "includes a wall inclined relative to the passage."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 3, clause b).

c.      In the Acufex® Suture Punch, the wall that is inclined relative to the passage is "extending from a first opening having a diameter approximately that of the needle."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 3, clause c).

d.      In the Acufex® Suture Punch, the wall that is inclined relative to the passage is "extending … to a second opening, larger than the first opening."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 3, clause d).

*Claim 5 is invalid as anticipated by the Acufex® Suture Punch*

20.    Claim 5 is invalid as anticipated by the Acufex® Suture Punch because:

a.    In the Acufex® Suture Punch, the suture-passing forceps include a "suturing assembly."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 5, clause a).

b.    In the Acufex® Suture Punch, the suturing assembly "includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 5, clause b).

*Claim 19 is invalid as anticipated by the Acufex® Suture Punch*

21.    Claim 19 is invalid as anticipated by the Acufex® Suture Punch because:

a.    In the Acufex® Suture Punch, the disclosed device is a "surgical apparatus."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause a).

b.    In the Acufex® Suture Punch, the surgical apparatus includes "a suture needle having suture attached thereto."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause b).

c.    In the Acufex® Suture Punch, the surgical apparatus includes "a suture-passing forceps for passing the suture needle through tissue at a surgical site."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause c).

- 11 -

d.      In the Acufex® Suture Punch, the suture-passing forceps includes "a support shaft elongated along a longitudinal axis." (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause d).

e.      In the Acufex® Suture Punch, the suture-passing forceps includes "a suturing assembly disposed at a distal end of the support shaft."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause e).

f.      In the Acufex® Suture Punch, the suture-passing forceps includes "first and second jaw members, each supported by the support shaft."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause f).

g.      In the Acufex® Suture Punch, the first jaw member has "a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause g).

h.      In the Acufex® Suture Punch, the first jaw member is "configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position." (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 19, clause h).

*Claim 20 is invalid as anticipated by the Acufex® Suture Punch*

22.      Claim 20 is invalid as anticipated by the Acufex® Suture Punch because:

a.      In the Acufex® Suture Punch, the disclosed device is a "suture-passing apparatus."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause a).

b.      In the Acufex® Suture Punch, the suture-passing apparatus is used "for passing a suture needle, having suture attached thereto, through tissue at a surgical site."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause b).

c.      In the Acufex® Suture Punch, the suture-passing forceps include "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause c).

d.      In the Acufex® Suture Punch, the suture-passing forceps include "a suturing assembly disposed at a distal end of the support shaft."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause d).

e.      In the Acufex® Suture Punch, the suturing assembly includes "a member configured to be immovably supported by the support shaft,."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause e).

f.      In the Acufex® Suture Punch, the suturing assembly's member has "a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member"  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause f).

g.      In the Acufex® Suture Punch, the suturing assembly's member is "configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 20, clause g).

*Claim 22 is invalid as anticipated by the Acufex® Suture Punch*

23.      Claim 22 is invalid as anticipated by the Acufex® Suture Punch because:

a.      In the Acufex® Suture Punch, the suture-passing forceps include a "passage."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 22, clause a).

b.      In the Acufex® Suture Punch, the passage "includes a wall inclined relative to the passage."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 22, clause b).

c.      In the Acufex® Suture Punch, the wall that is inclined relative to the passage is "extending from a first opening having a diameter approximately that of the needle."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 22, clause c).

d.      In the Acufex® Suture Punch, the wall that is inclined relative to the passage is "extending … to a second opening, larger than the first opening."  (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 22, clause d).

*Claim 24 is invalid as anticipated by the Acufex® Suture Punch*

24.    Claim 24 is invalid as anticipated by the Acufex® Suture Punch because:

a.    In the Acufex® Suture Punch, the member is "a first jaw." (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 24, clause a).

b.    In the Acufex® Suture Punch, the first jaw is "configured to support the suture needle in an inclined position." (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 24, clause b).

*Claim 25 is invalid as anticipated by the Acufex® Suture Punch*

25.    Claim 25 is invalid as anticipated by the Acufex® Suture Punch because:

a.    In the Acufex® Suture Punch, the suture-passing forceps include a "suturing assembly." (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 25, clause a).

b.    In the Acufex® Suture Punch, the suturing assembly "includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw." (See Weisel Decl. ¶¶ 59-63 and the Acufex Table, Claim 25, clause b).

26.    The asserted claims 1, 3, 5, 19, 20, 22, 24, and 25 are invalid as anticipated by Fukuda's U.S. Patent, the German Sevinc Application, and/or the Acufex® Suture Punch.

- 15 -

## The Claims are Invalid as Anticipated by Fukuda's U.S. Patent

27.    In 1995, inventors Masatoshi Fukuda and Tadashi Ohtsuka filed a patent application in the United States Patent Office that resulted in U.S. Patent No. 5,824,009 (hereafter "Fukuda's U.S. Patent")  (*See* Andras Decl. ¶77; *and see* Fukuda's U.S. Patent, Exh. L).

28.    Fukuda's U.S. Patent is prior art to the '982 patent.  (*See* Andras Decl. ¶¶  87-92; *see also* ¶¶  78-86)

*Claim 1 is invalid as anticipated by Fukuda's U.S. Patent*

29.    Claim 1 is invalid as anticipated by Fukuda's U.S. Patent because:

a.    In Fukuda's U.S. Patent, the disclosed device is a "suture-passing forceps."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause a).

b.    In Fukuda's U.S. Patent, the suture-passing forceps are used "for passing a suture needle, having suture attached thereto, through tissue at a surgical site."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause b).

c.    In Fukuda's U.S. Patent, the suture-passing forceps include "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause c).

d.    In Fukuda's U.S. Patent, the suture-passing forceps include "a suturing assembly disposed at a distal end of the support shaft." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause d).

e.    In Fukuda's U.S. Patent, the suturing assembly disposed at the distal end of the support shaft includes "a member configured as a first jaw and supported by the support shaft."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause e).

f.    In Fukuda's U.S. Patent, the suturing assembly's member has "a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause f).

g.    In Fukuda's U.S. Patent, the suturing assembly's member has "a passage transverse to the length of the member… for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 1, clause g).

_Claim 3 is invalid as anticipated by Fukuda's U.S. Patent_

30.    Claim 3 is invalid as anticipated by Fukuda's U.S. Patent because:

a.    In Fukuda's U.S. Patent, the suture-passing forceps include a "passage."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 3, clause a).

b.    In Fukuda's U.S. Patent, the passage "includes a wall inclined relative to the passage."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 3, clause b).

- 17 -

c.    In Fukuda's U.S. Patent, the wall that is inclined relative to the passage is "extending from a first opening having a diameter approximately that of the needle."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 3, clause c).

d.    In Fukuda's U.S. Patent, the wall that is inclined relative to the passage is "extending … to a second opening, larger than the first opening."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 3, clause d).

*Claim 5 is invalid as anticipated by Fukuda's U.S. Patent*

31.    Claim 5 is invalid as anticipated by Fukuda's U.S. Patent because:

a.    In Fukuda's U.S. Patent, the suture-passing forceps include a "suturing assembly."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 5, clause a).

b.    In Fukuda's U.S. Patent, the suturing assembly "includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 5, clause b).

*Claim 19 is invalid as anticipated by Fukuda's U.S. Patent*

32.    Claim 19 is invalid as anticipated by Fukuda's U.S. Patent because:

a.      In Fukuda's U.S. Patent, the disclosed device is a "surgical apparatus."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause a).

b.      In Fukuda's U.S. Patent, the surgical apparatus includes "a suture needle having suture attached thereto."   (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause b).

c.      In Fukuda's U.S. Patent, the surgical apparatus includes "a suture-passing forceps for passing the suture needle through tissue at a surgical site."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause c).

d.      In Fukuda's U.S. Patent, the suture-passing forceps includes "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause d).

e.      In Fukuda's U.S. Patent, the suture-passing forceps includes "a suturing assembly disposed at a distal end of the support shaft."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause e).

f.      In Fukuda's U.S. Patent, the suture-passing forceps includes "first and second jaw members, each supported by the support shaft."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause f).

g.      In Fukuda's U.S. Patent, the first jaw member has "a passage transverse to the length of the first jaw member for supporting the

suture needle in a suturing position at a selected angular orientation relative to the length of the member."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause g).

        h.     In Fukuda's U.S. Patent, the first jaw member is "configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 19, clause h).

*Claim 20 is invalid as anticipated by Fukuda's U.S. Patent*

        33.     Claim 20 is invalid as anticipated by Fukuda's U.S. Patent because:

        a.     In Fukuda's U.S. Patent, the disclosed device is a "suture-passing apparatus."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause a).

        b.     In Fukuda's U.S. Patent, the suture-passing apparatus is used "for passing a suture needle, having suture attached thereto, through tissue at a surgical site."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause b).

        c.     In Fukuda's U.S. Patent, the suture-passing forceps include "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause c).

        d.     In Fukuda's U.S. Patent, the suture-passing forceps include "a suturing assembly disposed at a distal end of the support shaft." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause d).

e.      In Fukuda's U.S. Patent, the suturing assembly includes "a member configured to be immovably supported by the support shaft,." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause e).

f.      In Fukuda's U.S. Patent, the suturing assembly's member has "a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member" (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause f).

g.      In Fukuda's U.S. Patent, the suturing assembly's member is "configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 20, clause g).

*Claim 22 is invalid as anticipated by Fukuda's U.S. Patent*

34.     Claim 22 is invalid as anticipated by Fukuda's U.S. Patent because:

a.      In Fukuda's U.S. Patent, the suture-passing forceps include a "passage." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 22, clause a).

b.      In Fukuda's U.S. Patent, the passage "includes a wall inclined relative to the passage." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 22, clause b).

c.      In Fukuda's U.S. Patent, the wall that is inclined relative to the passage is "extending from a first opening having a diameter approximately that of the needle."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 22, clause c).

d.      In Fukuda's U.S. Patent, the wall that is inclined relative to the passage is "extending … to a second opening, larger than the first opening."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 22, clause d).

*Claim 24 is invalid as anticipated by Fukuda's U.S. Patent*

35.      Claim 24 is invalid as anticipated by Fukuda's U.S. Patent because:

a.      In Fukuda's U.S. Patent, the member is "a first jaw." (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 24, clause a).

b.      In Fukuda's U.S. Patent, the first jaw is "configured to support the suture needle in an inclined position."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 24, clause b).

*Claim 25 is invalid as anticipated by Fukuda's U.S. Patent*

36.      Claim 25 is invalid as anticipated by Fukuda's U.S. Patent because:

a.      In Fukuda's U.S. Patent, the suture-passing forceps include a "suturing assembly."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 25, clause a).

        b.      In Fukuda's U.S. Patent, the suturing assembly "includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw."  (See Weisel Decl. ¶¶64-66 and the Fukuda Table, Claim 25, clause b).

**The Claims are Invalid as Anticipated by the German Sevinc Application**

37.    German Patent Application NO. DE 42 35 602 A1 to Sevinc was published on April 28, 1994.  (hereafter "the German Sevinc Application") (*See* Andras Decl. ¶ 95; *and* German Sevinc Application, Exh. N; and the English translation of the German Sevinc Application, Exh. O)

38.    The German Sevinc Application is prior art to the '982 patent. (*See* Andras Decl. ¶¶ 96-100).

*Claim 1 is invalid as anticipated by The German Sevinc Application*

39.    Claim 1 is invalid as anticipated by The German Sevinc Application because:

a.    In the German Sevinc Application, the disclosed device is a "suture-passing forceps."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause a).

b.    In the German Sevinc Application, the suture-passing forceps are used "for passing a suture needle, having suture attached thereto, through tissue at a surgical site."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause b).

c.    In the German Sevinc Application, the suture-passing forceps include "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause c).

d.    In the German Sevinc Application, the suture-passing forceps include "a suturing assembly disposed at a distal end of the

support shaft."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause d).

> e.    In the German Sevinc Application, the suturing assembly disposed at the distal end of the support shaft includes "a member configured as a first jaw and supported by the support shaft." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause e).

> f.    In the German Sevinc Application, the suturing assembly's member has "a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause f).

> g.    In the German Sevinc Application, the suturing assembly's member has "a passage transverse to the length of the member… for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 1, clause g).

*Claim 3 is invalid as anticipated by The German Sevinc Application*

> 40.    Claim 3 is invalid as anticipated by The German Sevinc Application because:

> a.    In the German Sevinc Application, the suture-passing forceps include a "passage."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 3, clause a).

b.      In the German Sevinc Application, the passage "includes a wall inclined relative to the passage."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 3, clause b).

c.      In the German Sevinc Application, the wall that is inclined relative to the passage is "extending from a first opening having a diameter approximately that of the needle."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 3, clause c).

d.      In the German Sevinc Application, the wall that is inclined relative to the passage is "extending … to a second opening, larger than the first opening."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 3, clause d).

*Claim 5 is invalid as anticipated by The German Sevinc Application*

41.     Claim 5 is invalid as anticipated by The German Sevinc Application because:

a.      In the German Sevinc Application, the suture-passing forceps include a "suturing assembly."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 5, clause a).

b.      In the German Sevinc Application, the suturing assembly "includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 5, clause b).

_Claim 19 is invalid as anticipated by The German Sevinc Application_

42.    Claim 19 is invalid as anticipated by The German Sevinc Application because:

a.    In the German Sevinc Application, the disclosed device is a "surgical apparatus."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause a).

b.    In the German Sevinc Application, the surgical apparatus includes "a suture needle having suture attached thereto." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause b).

c.    In the German Sevinc Application, the surgical apparatus includes "a suture-passing forceps for passing the suture needle through tissue at a surgical site."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause c).

d.    In the German Sevinc Application, the suture-passing forceps includes "a support shaft elongated along a longitudinal axis." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause d).

e.    In the German Sevinc Application, the suture-passing forceps includes "a suturing assembly disposed at a distal end of the support shaft."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause e).

f.    In the German Sevinc Application, the suture-passing forceps includes "first and second jaw members, each supported by the support shaft."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause f).

g.    In the German Sevinc Application, the first jaw member has "a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause g).

h.    In the German Sevinc Application, the first jaw member is "configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 19, clause h).

*Claim 20 is invalid as anticipated by The German Sevinc Application*

43.    Claim 20 is invalid as anticipated by The German Sevinc Application because:

a.    In the German Sevinc Application, the disclosed device is a "suture-passing apparatus."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause a).

b.    In the German Sevinc Application, the suture-passing apparatus is used "for passing a suture needle, having suture attached thereto, through tissue at a surgical site."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause b).

c.    In the German Sevinc Application, the suture-passing forceps include "a support shaft elongated along a longitudinal axis."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause c).

d.      In the German Sevinc Application, the suture-passing forceps include "a suturing assembly disposed at a distal end of the support shaft."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause d).

e.      In the German Sevinc Application, the suturing assembly includes "a member configured to be immovably supported by the support shaft,."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause e).

f.      In the German Sevinc Application, the suturing assembly's member has "a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member"  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause f).

g.      In the German Sevinc Application, the suturing assembly's member is "configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 20, clause g).

*Claim 22 is invalid as anticipated by The German Sevinc Application*

44.     Claim 22 is invalid as anticipated by The German Sevinc Application because:

   a.  In the German Sevinc Application, the suture-passing forceps include a "passage." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 22, clause a).

   b.  In the German Sevinc Application, the passage "includes a wall inclined relative to the passage." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 22, clause b).

   c.  In the German Sevinc Application, the wall that is inclined relative to the passage is "extending from a first opening having a diameter approximately that of the needle." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 22, clause c).

   d.  In the German Sevinc Application, the wall that is inclined relative to the passage is "extending … to a second opening, larger than the first opening." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 22, clause d).

*Claim 24 is invalid as anticipated by The German Sevinc Application*

   45.  Claim 24 is invalid as anticipated by The German Sevinc Application because:

   a.  In the German Sevinc Application, the member is "a first jaw." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 24, clause a).

   b.  In the German Sevinc Application, the first jaw is "configured to support the suture needle in an inclined position." (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 24, clause b).

*Claim 25 is invalid as anticipated by The German Sevinc Application*

      46.     Claim 25 is invalid as anticipated by The German Sevinc Application because:

      a.     In the German Sevinc Application, the suture-passing forceps include a "suturing assembly."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 25, clause a).

      b.     In the German Sevinc Application, the suturing assembly "includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw."  (See Weisel Decl. ¶¶67-69 and the Sevinc Table, Claim 25, clause b).

## Summary

47.    Surgical Solutions respectfully requests an order granting Surgical Solutions' Motion for Summary Judgment of Non-Infringement, Surgical Solutions' Motion for Summary Judgment of Invalidity, or both.


SURGICAL SOLUTIONS, LLC


Date: August  27, 2004          By:    /S/: Joseph C. Andras
                                       Joseph C. Andras (CA Bar No. 138,181)
                                       Vic Y. Lin (CA Bar No. 192,292)
                                       Myers Dawes Andras & Sherman, LLP
                                       19900 MacArthur Boulevard, 11th Floor
                                       Irvine, CA 92612
                                       Tel: (949) 223-9600
                                       Fax: (949) 223-9610

                                       /S/: Louis M. Ciavarra
                                       Louis M. Ciavarra (546,481)
                                       Bowditch & Dewey, LLP
                                       311 Main Street, P.O. Box 15156
                                       Worcester, MA 01615-0156
                                       Tel:  (508) 926-3408
                                       Fax: (508) 929-3011