IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | Civil Action No.  03CV 12310 NMG |
| Plaintiff, | |
| v. | |
| SURGICAL SOLUTIONS, LLC, | |
| Defendant. | |

**DECLARATION OF TOM WEISEL IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

I, Tom Weisel, declare and state as follows:

1.      I am the Vice President of Engineering of defendant Surgical

Solutions, LLC (hereafter "Surgical Solutions"), and am fully familiar with the facts

and circumstances set forth herein.

2.      I understand that the Plaintiff Smith & Nephew, Inc.

("Plaintiff") has filed a complaint asserting that Surgical Solutions' ExpresSew®

Suture Passer infringes Plaintiff's U.S. Patent No. 5,947,982 (hereafter "the '982

patent).

3.      I am making this declaration in support of Surgical Solutions'

motion for summary judgment that its ExpresSew® Suture Passer does not

infringe the '982 patent ("Motion for Summary Judgment of Non-Infringement"),

and in support of Surgical Solutions' motion for summary judgment that the '982

patent is invalid over: (1) the old Acufex® Suture Punch; (2) Fukuda's U.S. Patent; and (3) the German Sevinc Application ("Motion for Summary Judgment of Invalidity").

4.    S&N and Surgical Solutions are competitors in the market for surgical instruments called suture-passing forceps.

5.    Suture-passing forceps are used to pass suture through soft tissue during arthroscopic of open surgery.

6.    Plaintiff and defendant Surgical Solutions market competing suture-passing forceps, or suture passers.

7.    The Plaintiff's suture-passer is called the Acufex® Suture Punch.

8.    Defendant Surgical Solutions' suture passer is called the ExpresSew® Suture Passer.

9.    I have over twenty years of engineering experience. I earned a Bachelor of Science in Mechanical Engineering from the University of California at Irvine in 1983; and a Masters of Science in thermal science from the University of California at Irvine in 1987. I also did postgraduate work at the Von Karman Institute for Fluid Dynamics in Brussels. I have been involved with R&D engineering at various medical device companies including Baxter International in Irvine, California, Innerspace in Irvine, California (a spin-off of Baxter International), Shutt in San Dimas, California (a division of Linvatec, which is a division of Bristol-Myers Squibb), Dental View in Lake Forest, California, and Micro Motors in Santa Ana, California.

10.    Surgical Solutions was formed in 1999, and it began doing business in 2001.

11.    I joined Surgical Solutions in mid 2001, as its Vice President of Engineering.

12.    Through my education and work experience, I have become very familiar with the technical aspects of suture-passers and forceps in general.

13.    As the VP of Engineering for Surgical Solutions, I have been heavily involved with the development of Surgical Solutions' ExpressSew® Suture Passer, the product that is accused of infringing the '982 patent.

14.    I am one of the inventors in Surgical Solutions' United States patent application publication no. US 2003/0065337 A1, which discloses the content of patent application no. 10/255,523 filed September 25, 2002, and which relates to the ExpresSew® Suture Passer and bendable needle. (hereafter "the ExpresSew® patent application").  A copy of the ExpresSew® patent application is attached hereto as **Exhibit "A"**.

15.    Surgical Solutions previously prepared printed "Instructions for Use" that illustrate the structure and functionality of the ExpresSew® System, and distributed these instructions to customers and/or prospective customers in the ordinary course of business.  Our "Instructions for Use" are attached hereto as **Exhibit "B"**.

16.    Surgical Solutions also previously prepared a laminated information card that describes the functionality and use of the ExpresSew® System, entitled "EVALUATION TIPS" on one side and "PROCEDURAL TIPS"

on the other side, and distributed the information card to salesmen who shared

the information with customer and/or prospective customers, in the ordinary

course of business.  Copies of the information card are attached hereto as

**Exhibit "C"**.

## Structure and Operation of the ExpresSew® Suture Passer

17.     Surgical Solutions makes and sells a suture-passing system

known as the ExpresSew® System.

18.     The ExpresSew® System has two parts: (1) a hand-

operated suture passer (hereafter "the ExpresSew® Suture Passer"); and (2) a

long, bendable needle.

19.     The following image fairly and accurately depicts the

ExpresSew® Suture Passer and the bendable needle. (see "Instructions for

Use", Exh. B, p.1, Figure 1):



20.     The suture passer is re-usable, but each bendable needle is

used in just one patient procedure and then discarded.

21.     The ExpresSew® Suture Passer is used to pass suture

through soft tissue in arthroscopic or open surgery.

- 4 -

22.     The ExpresSew® Suture Passer is particularly suitable for arthroscopic shoulder repair surgery, as shown by the following sequence of computer-generated images that fairly and accurately depict the ExpresSew® Suture Passer and its bendable needle being used to pass suture through the main shoulder tendon known as the "rotator cuff":



1.  The tip of the ExpresSew® Suture Passer is positioned as desired by the surgeon.



2.  The bendable needle is extended up and out of the ExpresSew®'s lower jaw with a loop of suture carried through the tissue within the needle's notch



3.  The bendable needle is retracted back into the lower jaw, the <u>unattached</u> suture loop slides out of the needle's notch and remains on the opposite side of the tissue



4.  The ExpresSew® Suture Passer is pulled back from the suture loop, and then used to either hook or grab the loop to pull the short end of the suture completely through the tissue.

23.    The following still images extracted from the video on Surgical Solutions' website also fairly and accurately show that after the ExpresSew® Suture Passer is clamped on the tissue, the bendable needle is extended up and out of the ExpresSew®'s lower jaw with a loop of suture carried through the tissue within the needle's notch:



And then, when the bendable needle is retracted back into the lower jaw, the <u>unattached</u> suture loop slides out of the needle's notch and remains on the opposite side of the tissue:



24.    The following image fairly and accurately shows the ExpresSew® Suture Passer without the long bendable needle.  In order to assist the Court with its review of this motion, Surgical Solutions will lodge an actual sample of the ExpresSew® Suture Passer with the Court:



    25.    The following image fairly and accurately shows the bendable needle used with the ExpresSew® Suture Passer, including a close-up view of its flat, bendable tip and the needle notch that carries the suture through the tissue as explained further below:



    26.    The ExpresSew® System works with conventional braided or monofilament suture.

    27.    The following image fairly and accurately shows some braided suture that may be used with the ExpresSew® System:



    28.    Surgical Solutions does <u>not</u> sell suture.

29.    The surgeon may choose and separately purchase any suture that is suitable for use in the ExpresSew® system.

30.    The ExpresSew® Suture Passer has two mechanisms: (1) a needle actuation lever that is designed as a thumb rocker, and (2) a handle that moves back and forth to open and close the jaws.

31.    The following image fairly and accurately depicts ExpresSew®'s thumb rocker and handle:



32.    The ExpresSew® System is prepared for use by inserting the bendable needle into the suture passer's shaft by inserting the sharp bendable end of the needle into the hole at the back end of the handle.

33.     The following image fairly and accurately depicts the bendable needle being inserted into the shaft via the hole at the back end of the handle of the ExpresSew® Suture Passer (see "Instructions For Use", p1., Figure 2):



Figure 2

34.     After the bendable needle has been inserted into the shaft of the ExpresSew® Suture Passer, the L-shaped bend at the back of the bendable needle is secured in a hole at the top of the Needle Actuation Lever, or thumb rocker (see "Instructions For Use", p2., Figure 3):



35.    The top of the thumb rocker is labeled "DEPLOY NEEDLE" and the bottom of the thumb rocker is labeled "LOAD SUTURE."

36.    The following image fairly and accurately depicts the ExpresSew® Suture Passer's thumb rocker and its labels:



37.    Once the bendable needle is loaded into the ExpresSew® Suture Passer, pressing on the upper "DEPLOY NEEDLE" portion of the thumb rocker pushes the needle forward and ultimately deploys the needle's bendable tip forward, against a curved ramp, upward, and then out of the lower jaw, through and beyond the aperture in the upper jaw.  The following illustrations fairly and accurately depict the needle deployment (see "Instructions for Use", Exh. A, p.2, Figures 4a and 4b):



Figure 4a                Figure 4b

38.    The ExpresSew®' Suture Passer has a side slot on the right side of its lower jaw for loading suture into the system, the side slot leading to an axial slot.

39.    The following top view of the ExpresSew® Suture Passer's lower jaw, without the bendable needle contained therein, fairly and accurately depicts the side slot (item 228) that leads to the axial slot (item 231).  (see the ExpresSew® patent application, Exh. A, p.15, Fig. 22):



40.     After the bendable needle is loaded into the ExpresSew®
Suture Passer and the needle's L-shaped bend is inserted into the thumb rocker,
and while the thumb rocker is not pressed one way or the other, then the
bendable needle's notch is located just a few millimeters <u>beyond</u> the lower jaw's
side slot.

41.     The following top view of the lower jaw, with the needle in
the lower jaw and partially visible through the axial slot, fairly and accurately
depicts the relationship between the needle's notch and lower jaw's side slot
(item 228) when the thumb rocker is not pressed one way or the other.  (see the
ExpresSew® patent application, Exh. A, p.15, Fig. 22, modified to include the
needle):



42.    To load the suture, the surgeon presses on the thumb rocker's bottom (labeled "LOAD SUTURE") to momentarily pull the needle back a few millimeters and temporarily align its notch with the lower jaw's opening.

43.    The following top view of the lower jaw, with the needle in the lower jaw and partially visible through the axial slot, fairly and accurately depicts the relationship between the needle's notch and lower jaw's side slot (item 228) when the "LOAD SUTURE" side of the thumb rocker is pressed. (see the ExpresSew® patent application, Exh. A, p.15, Fig. 22, modified to include the needle):



44.    Then, with the jaws open and with a loop of suture formed in one hand and with the short tail on the bottom, the surgeon passes the loop over the lower jaw and pulls the loop into the lower jaw's side slot and into both the lower jaw's axial slot and the needle's notch.

45.    The following illustrations fairly and accurately depicts the loading of suture into the ExpresSew® Suture Passer. (see the ExpresSew® patent application, Exh. A, p.15, Fig. 22, modified to include the needle and the suture; and see "Instructions for Use", Exh. B, p.2, Fig. 5):





Figure 5

Tension

Slot

Short Tail of Suture Loop
Below Bottom Jaw.

46.    After the surgeon has pulled the loop of suture through the lower jaw's side opening and thence into both the lower jaw's axial slot and the needle's notch, the surgeon releases the thumb rocker and the needle springs forward a few millimeters such that the needle's notch and the suture carried in the needle's notch move forward within the lower jaw's axial slot.

47.    The following illustrations fairly and accurately depicts the suture's position after being loaded into the ExpresSew® System (see "Instructions For Use", Exh. B, p.2, Fig. 7):





48.    The following illustration also fairly and accurately depicts the position of the needle (yellow) and suture (blue) after the suture has been loaded into the ExpresSew® System and it is in a "ready-to-punch" suturing position:



49.    When the ExpresSew® System is in the "ready-to-punch" suturing position, as emphasized in Surgical Solutions' written literature, the doctor must make sure that the suture slides freely and is literally <u>not</u> attached to any part of the ExpresSew® System.

50.    When properly loaded, the suture will slide up and down within the ExpresSew® Suture Passer.  See the "Instructions for Use" provided to medical professionals, Exh. B, p.2, bottom paragraph ("The suture will slide freely if properly loaded") and the "Evaluation Tips" provided to salesmen, Exh. C, p.1, ¶2 ("Demonstrate loading of suture and the 'suture sliding' test.").

51.     The following image fairly and accurately depicts the "suture sliding" test (see "Instructions For Use", Exh. B, p.2, Fig. 7; and the "Evaluation Tips" provided to salesmen, Exh. C, p.1, ¶2):



Figure 7

52.     With the suture loaded and the jaws closed, the tip of the Suture Passer is delivered to the surgical site via a so-called cannula.  Next, the jaws are opened and the Suture Passer is positioned at the desired location to pass suture.  Next, the jaws are closed to gently grasp the tissue through which the suture will be passed.  Finally, the thumb rocker is pressed forward at the top ("DEPLOY NEEDLE") to push the needle forward and then upward.

53.    The following illustrations fairly and accurately depict the

ExpresSew® Suture Passer inserted through a cannula so that its distal end is

located at the surgical site, the jaws being closed about some tissue to be

sutured, and the thumb rocker being pressed forward to move the needle forward

and ultimately up and out of the lower jaw (see "Instructions For Use", Exh. B,

p.3, Figs. 8a and 8b):



54.    The following illustration fairly and accurately depict the

position of the needle (yellow) and suture (blue) as the needle is pushed partially

forward and partially deployed up and out of the lower jaw with the suture (blue)

carried in the needle's notch:



55.    The following illustration fairly and accurately depict the position of the needle (yellow) and suture (blue) as the needle is pushed fully forward and fully deployed up and out of the lower jaw with the suture (blue) carried in the needle's notch:



56.    The following illustration fairly and accurately depicts the position of the needle (yellow) and suture (blue) <u>after</u> the needle has been retracted into the ExpresSew® Suture Passer, the suture now having been passed through the tissue and ultimately retained by the tissue so that the suture pulled out of the needle's notch as the needle was retracted:



## The Plaintiff's '982 Patent

57.     I have reviewed the Plaintiff's '982 patent, including its specification, prosecution history, and claims.

58.     Attached hereto as the **"'982 Claims Table"** are tables that show a clause designation in the first column ("a", "b", etc…"), the associated language of the asserted claims in the second column, and relevant excerpts from the disclosure of the '982 patent in the third column.  The included drawings and/or photographs were selected, created and/or annotated under my guidance and they fairly and accurately represent the relevant disclosures.

## The Plaintiff's Acufex® Suture Punch

59.     I am familiar with the Plaintiff's Acufex® Suture Punch and the needled suture used with the Acufex® Suture Punch.  In particular, I have reviewed the Acufex® Suture Punch that was produced by the Plaintiff under Bates No. SNE 14794 and, I understand, marked as Exhibit 6 at the deposition of '982 inventor John Duran, and I have reviewed the "Smith & Nephew Suture Needle" produced by the Plaintiff in a packaged marked with Bates No. SNE 14789 and, I understand, marked as Exhibit 7 at the deposition of '982 inventor John Duran.

60.     I have viewed the videotaped deposition of inventor John Duran in which he physically demonstrated that the Exhibit 6 - Acufex® Suture Punch is already structured to support the suture needle in both a low-profile stowed position and in an upright suturing position during his videotaped deposition.

61.     I have reviewed the photographs attached to the Andras Decl. as Exhibit "Q" and hereby confirm that they fairly and accurately depict what Mr. Duran is demonstrating in his videotaped deposition, in close-up detail:

Without the "Needled Suture"



Plaintiff's Prior Art Acufex® Suture Punch
Closed



Plaintiff's Prior Art Acufex® Suture Punch
Open

With the "Needled Suture"



Needle Tilted Back in the "Stowed Position"
as Demonstrated by John Duran



Needle Pulled into the "Suturing Position"
as Demonstrated by John Duran

62.    Attached hereto as the **"Acufex Table"** is a table that shows, for each asserted claim, a clause designation in the first column ("a", "b", etc…"), the associated language of the asserted claims in the second column, relevant excerpts from the disclosure of the '982 patent in the third column, and photographs of the Exhibit 6 - Acufex® Suture Punch.  The included drawings and/or photographs were selected, created and/or annotated under my guidance and they fairly and accurately represent the relevant disclosures.

63.    Each of the asserted claims is invalid as anticipated by Exhibit 6 - Acufex® Suture Punch, as clearly shown in the **Acufex Table**.

## Fukuda's U.S. Patent

64.    I have reviewed U.S. Patent No. 5,824,009 that issued to (hereafter "Fukuda's U.S. Patent"), a copy of which is attached to the accompanying Andras Decl. as Exhibit "L."

65.    Attached hereto as the **"Fukuda Table"** are tables that show a clause designation in the first column ("a", "b", etc…"), the associated language of the asserted claims in the second column, and relevant excerpts from the disclosure of the Fukuda patent in the third column.  The included drawings and/or photographs were selected, created and/or annotated under my guidance and they fairly and accurately represent the relevant disclosures.

66.    Each of the asserted claims is invalid as anticipated by Fukuda's U.S. Patent, as clearly shown in the **Fukuda Table**.

## The German Sevinc Application

67.    I have reviewed German Patent Application NO. DE 42 35 602 A1 to Sevinc was published on April 28, 1994.  (hereafter "the German Sevinc Application"), a copy of which is attached to the accompanying Andras Decl. as **Exhibit "N".**  I have also reviewed the certified English translation which is attached to the Andras Decl. as **Exhibit "O"**.

68.    Attached hereto as the **"Sevinc Table"** are tables that show a clause designation in the first column ("a", "b", etc…"), the associated language of the asserted claims in the second column, and relevant excerpts from the disclosure of the German Sevinc Application in the third column.  The included drawings and/or photographs were selected, created and/or annotated under my guidance and they fairly and accurately represent the relevant disclosures.

69.    Each of the asserted claims is invalid as anticipated by the German Sevinc Application, as clearly shown in the **Sevinc Table**.

## The Schweizer Patent

70.    I have reviewed U.S. Pat. No. 3,946,840  to Schweizer ("the Schweizer '840 patent"), a copy of which is attached to the accompanying Andras Decl. as **Exhibit "G"**.

71.    Attached hereto as the **"Schweizer Table"** are tables that show a clause designation in the first column ("a", "b", etc…"), the associated language of the asserted claims 1, 19, and 20, in the second column, and relevant excerpts from the disclosure of the Schweizer '84 patent in the third column which show that a "needle with suture attached thereto" must be

- 24 -

construed to require a needle with suture permanently affixed thereto, or else the claims cover the prior art Schweizer '840 patent. The included drawings and/or photographs were selected, created and/or annotated under my guidance and they fairly and accurately represent the relevant disclosures.

## The Similarities Between the ExpresSew® Suture Passer and the Prior Art Schweizer Patent

72.    The Schweizer needle and ExpresSew needle are so similar that one can conceptually morph the Schweizer needle into the ExpresSew needle as follows:



Prior Art
Schweizer Needle

ExpresSew®
Needle

73.    Attached hereto as the **"Schweizer Versus ExpresSew Table"** is a table that shows that:

- Both devices use a needle with a notch.

- Both devices start with the needle (yellow) and the suture (blue) in one jaw.

- Both devices push the needle forward so that it emerges from a passageway with the suture carried within the needle's notch.

- Both devices carry the suture within a notch in the needle.

- Both devices retract the needle back into the jaw, without passing the needle to the other jaw, thereby leaving a loop of suture on the other side of the tissue after it slips out of the notch.

The included drawings and/or photographs were selected, created and/or annotated under my guidance and they fairly and accurately represent the relevant disclosures.

## Summary

74.    Surgical Solutions respectfully requests an order granting Surgical Solutions' Motion for Summary Judgment of Non-Infringement, Surgical Solutions' Motion for Summary Judgment of Invalidity, or both.

75.    I declare under penalty of perjury that the foregoing is true and correct.

Date: August 27, 2004            By:    /S/: Tom Weisel_____
                                            Tom Weisel