# SURGICAL SOLUTIONS

ExpresSew™ Suture Passer (Model No. SP1001) and
and ExpresSew Suture Passer Needle (Model No. N2001-SP)

## INSTRUCTIONS FOR USE

**DESCRIPTION**
The ExpresSew Suture Passer, when utilized with an ExpresSew Suture Passer Needle, is an orthopedic manual surgical instrument designed to pass 2-0 to #2 braided Surgical Suture through tissue in either arthroscopic or open surgery. The Suture Passer has a diameter of less than 5mm. The needle is retractable.
The ExpresSew Suture Passer is to be used exclusively with the ExpresSew Suture Passer Needle.



Figure 1

**INDICATION FOR USE**
The Surgical Solutions ExpresSew Suture Passer is indicated for passing suture through tissue in orthopedic surgery.

**CONTRAINDICATIONS**
Device not to be used on bone or similar hard tissue.

**WARNINGS**
Whether used arthroscopically or in open surgery, the ExpresSew Suture Passer must be used under direct visualization.

**PRECAUTIONS**
CAUTION: Federal law (USA) restricts these devices to use by, or on the order of, a physician.

- This device should be used only by physicians with a thorough understanding of orthopedic procedures

- The ExpresSew Suture Passer Needle is for SINGLE USE ONLY. DO NOT RESTERILIZE OR REUSE the suture needle. Reuse of the needle may cause the needle to fatigue and break, which could cause patient injury.

- Do not use the ExpresSew Suture Passer through a cannula less than 5mm in diameter.

**PREPARATION FOR USE**
Read the Instructions For Use in its entirety prior to use of the devices.

1. Inspect for damage to product or sterile barrier in the case of the disposable needle. Do not use if product is damaged or sterile barrier is compromised.
2. Inspect the Suture Passer prior to use to ensure proper mechanical function.
3. Steam sterilize the Suture Passer according to the instructions in the **STERILIZATION OF THE REUSABLE ExpresSew SUTURE PASSER** section in this Instructions For Use.
4. To load the Suture Needle into the Suture Passer, insert the sharp end of the needle into the rear of the instrument (near handle), directing the short "L"-shaped bend at end of needle shaft to the right side of the device for locking. (Figure 2)



Figure 2

Page 1

5. Lock the needle in place by inserting the short "L-shaped" bend at the end of the needle into the hole on the Needle Actuation Lever as shown. (Figure 3)

   Note: If the L-shaped bend end is facing in the opposite direction from the hole in the Actuation Lever, withdraw the needle slightly and reposition the needle so that the L-shaped bend can be inserted into the Needle Actuation Lever.



Figure 3

6  With the jaw closed, advance the needle ONCE to check for proper function prior to use by pressing on the Actuation Lever in the area marked 'DEPLOY NEEDLE'. (Figures 4a and 4b) Press on the opposite side of the Actuation Lever to fully retract the needle into the shaft of the Suture Passer.


Figure 4a


Figure 4b

**DIRECTIONS FOR USE**

1. When ready to load the suture, remove the waxed end or any frayed end of the suture for best performance.

   CAUTION: Use only 2-0 to #2 braided Surgical Suture with the ExpresSew Suture Passer and Suture Needle.

2. Form a 10mm diameter (.5 in) loop at one end of the suture strand. With the needle fully retracted, open the jaws of the Suture Passer and slide the loop over the bottom jaw so that the short tail of the suture is below the bottom jaw. Pull the loop into the slot on the right side of the bottom jaw, holding the suture in place with light tension. (Figure 5) Note: This tension is very important to insure the needle properly picks up the suture.



Figure 5  
Slot  
Tension  
Short Tail of Suture Loop Below Bottom Jaw.

3. Load needle by pressing the Actuation Lever at the area marked 'LOAD SUTURE', then release. The needle will pick up the suture in the slot as the needle and Actuator Lever spring forward. (Figure 6)


Figure 6


Figure 7

Verify that the suture has moved distally in the slot a few millimeters with approximately **10mm (.5 in) of suture** extending below the jaw. Slide the suture, if required, to obtain this length (Figure 7) The suture will slide freely if properly loaded. Note: The long suture strand should lay between the jaws as shown NOT through the top jaw.

Page 2

If using the device in open surgery wet the distal end of the forcep with sterile water. Also, if being used in an open procedure, omit the following references to the arthroscopic cannula.

5. With the suture loaded and the jaws of the Suture Passer closed and the needle retracted (not showing), pass the Suture Passer through the cannula into the surgical site under direct visualization. Hold the long suture slightly taut to ensure that the suture does not become entangled on itself or in the Suture Passer as it is passed through the cannula.

   Note: The ExpresSew Suture Passer should be used with a 5mm or larger cannula.

6. When ready to pass the suture, open and position the jaws of the Suture Passer at the desired location to pass the suture. Close the jaws with a secure but **GENTLE GRASP**. If too much force is used to grasp tissue, passage of the needle and suture will be impeded. Note: If more room is required to open the jaws pull the cannula proximally once the device is inside the bursa.

7. To deploy the needle, press the Actuation Lever forward by pressing on the area marked 'DEPLOY NEEDLE'. This will advance the needle/suture through the tissue. (Figures 8a and 8b) If significant force is required to pass the needle, loosen the grip on the tissue by one click of the handle and try again.
   Note: If a false start occurs and the needle is partially deployed, the device may need to be removed and the suture reloaded.


Figure 8a


Figure 8b

8. After passing the suture, fully retract the needle by pressing on 'LOAD SUTURE' **before** opening the jaws to release the Suture Passer from the tissue. (Figure 9).


Figure 9

CAUTION: If the needle is not fully retracted, the passer will be difficult to remove from the tissue.

9. Open the Jaw slightly and slide the top jaw hook of the Suture Passer through the exposed loop and pull the loop through the tissue.

   With the Suture Passer, grasp the suture that has already passed through the tissue and pull the Suture Passer and suture through the cannula. Alternatively, grasp the loop of suture that has already passed through tissue with a hook or grasper from another portal.

   Note: Before grasping, insure that the suture is removed from the bottom slot and the long end of the suture is not between the two jaws during removal where it can get tangled.

10. Immediately remove and discard the disposable Suture Needle after completion of the surgery. The needle is easier to remove if it is in a partially deployed position.

**CLEANING OF THE REUSABLE ExpresSew SUTURE PASSER**
1. Soak the instrument in an enzymatic detergent solution, as recommended by the solution manufacturer, to reduce blood, protein and mucous from the instrument.
2. After soaking, rinse thoroughly under running water.
3. Clean the instrument with a neutral pH cleaning solution and a non-abrasive brush. Thoroughly clean all passages of the instrument.
4. Flush the instrument thoroughly with water and dry with a lint-free towel.
5. Lubricate with a commercial water-based lubricant in the handle and on the tip according to standard hospital procedures.

**STERILIZATION OF THE REUSABLE ExpresSew SUTURE PASSER**
1. Prepare instrument so all surfaces will have direct contact with steam. The jaws should be in the open position. For sterilization of instruments in a tray, consult guidelines provided with the specific sterilization tray.
2. Sterilize using the Guidelines below.

Note: The Guidelines provided do not guarantee sterility. Your institution is responsible for the sterility assurance validation.

| Method | Cycle | Temperature (min.) | Full Cycle Time |
|---|---|---|---|
| Steam, wrapped | Gravity | 132°C | 10 minutes |
| Steam, wrapped | Prevacuum | 132°C | 4 minutes |

**Guidelines for Steam Sterilization**

**INSPECTION**
Inspect instrument on a regular basis. If a problem is observed or suspected, immediately set the instrument aside for evaluation and/or repair.

**HOW SUPPLIED**
The ExpresSew Suture Passer is supplied *non-sterile* in an individual package and must be sterilized prior to use. The ExpresSew Suture Passer Needle is supplied *sterile* in individual packages and is for **single use only. Do not resterilize.**

**STORAGE AND HANDLING**
Store in a cool, dry place and in a manner that protects the integrity of the package and sterile barrier (where applicable).

**WARRANTY**
Surgical Solutions warrants against defects in both materials and workmanship to the registered owner at the time of purchase. All components are covered by the warranty for a period of one year from date of purchase.

Disclaimer of Warranty and Limitation of Remedy
There is no express or implied warranty, including without limitation and implied warranty of merchantability or fitness for a particular purpose, on the Surgical Solutions product(s) described in this publication. Under no circumstances shall Surgical Solutions be liable for any direct, incidental, or consequential damages other than as expressly provided by specific law. No person has the authority to bind Surgical Solutions to any representation or warranty except as specifically set forth herein.

Description or specification in Surgical Solutions printed matter, including this publication, are meant solely to generally describe the product at the time of manufacture and do not constitute any express warranties.

Surgical Solutions will not be responsible for any direct, incidental, or consequential damages resulting from reuse of the product(s), where not directed to do so.

Manufactured for:

$\mathcal{G}$™

Surgical Solutions

Surgical Solutions LLC
25048 Anza Drive, Valencia, CA   USA
TEL: 800-613-0003, FAX: 661-257-2449

SS1040 Rev E  4/03                                Page 4                                Patents Pending