CONFIDENTIAL: FOR INTERNAL USE ONLY



## Surgical Solutions
## ExpresSew Suture Passer
## EVALUATION TIPS

Suture Passer Model SP1001
Suture Passer Needle N2001-SP

Note: This document is not intended to replace the Instructions For Use. See Instructions for Use for complete instructions.

**DEMONSTRATION PRIOR TO STERILIZATION:**

1. Demonstrate loading of needle with one confirming actuation.
2. Demonstrate loading of suture and the "suture sliding" test. It is important to firmly pull the suture loop perpendicular to the loading slot.
3. Demonstrate grasping tissue (discuss a gentle grasp, position of needle and depth of reach). Note: Over-grasping the tissue can inhibit needle passage.
4. Demonstrate how the locking mechanism works and releases. Show release and removal from tissue (needle retracted).
5. Have surgeon pass suture using a piece of rubber or demo model.
6. Discuss suture retrieval options (hook, grasper, 3rd portal).
7. Discuss suture management (visualize jaws before removal).
8. Discuss the ExpresSew's versatility for mini-open rotator cuff repairs.

SURGICAL SOLUTIONS
Valencia, California USA
TEL: 800-613-0003  FAX: 661-257-2449

CONFIDENTIAL: FOR INTERNAL USE ONLY

# PROCEDURAL TIPS

Note: This document is not intended to replace the Instructions For Use. See Instructions for Use for complete instructions.

- A 5.5mm (or larger) cannula reduces tension of suture passing through cannula.
- If disposable needle is loaded in wrong direction, pull needle back, turn and reload.
- Cut off waxed or frayed ends of suture.
- Load suture so that the short tail is passing through bottom of instrument 10-15 mm.
- Excessive grasping pressure on tissue will make suture passing difficult. A warning sign is a curved deployed needle.

  Note: If passing suture is difficult, reduce grasping pressure one click. **Do not** force needle through tissue.

- Side tension of suture is key during suture loading
- Retract needle before opening instrument.
- During the learning curve, retrieve suture through third portal to reduce suture pull back and tangling potential.
- While grasping suture for retrieval, make sure the "unpassed" suture is not caught between the jaws.

Patents pending
© Surgical Solutions 2002                              SS1046, Rev A, Nov 02