| Clause | Claim 1 | Support in the '982 Patent Specification |
|---|---|---|
| a | A suture-passing forceps | (Fig. 1) |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing forceps comprising: | ("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." ('982 patent, Exh. A, col.3, lines 43-46) [hereafter (column:lines), e.g. (3:43-46)] |
| c | a support shaft elongated along a longitudinal axis; and | (support shaft 18, from Fig. 1) |
| d | a suturing assembly disposed at a distal end of the support shaft and including | (From Fig. 1) |

| Clause | Claim 1 | Support in the '982 Patent Specification |
|---|---|---|
| e | a member configured to be immovably supported by the support shaft, | (lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 ... supported by a support shaft 18." (3:1-4) |
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member | (Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56)<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured."  (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) |

| Clause | Claim 1 | Support in the '982 Patent Specification |
|---|---|---|
| g | and for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | (From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61)<br><br>NB: Unlike Claims 19 and 20 discussed below, Claim 1 speaks to the member's "transverse passage" being configured "for supporting the needle in a stowed position," as opposed to the member on the whole being so configured. |

| Clause | Claim 3 | Support in the '982 Patent Specification |
|---|---|---|
|  | The suture-passing forceps of Claim 1 wherein | (Fig. 1) |
| a | the passage | (Based on Fig. 3) |
| b | includes a wall inclined relative to the passage, | (Based on Fig. 3) |
| c | the wall extending from a first opening having a diameter approximately that of the needle | (Based on Fig. 3) |
| d | to a second opening, larger than the first opening. | (Based on Fig. 3) |

| Clause | Claim 5 | Support in the '982 Patent Specification |
|---|---|---|
|  | The suture-passing forceps of Claim 1 wherein | (Fig. 1) |
| a | the suturing assembly | (From Fig. 1) |
| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | (From Fig. 1) |

| Clause | Claim 19 | Support in the '982 Patent Specification |
|---|---|---|
| a | A surgical apparatus comprising: | |
| b | a suture needle having suture attached thereto; | ("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) |
| c | a suture-passing forceps for passing the suture needle through tissue at a surgical site, the suture-passing forceps including: | (Fig. 1) |
| d | a support shaft elongated along a longitudinal axis; and | (support shaft 18, from Fig. 1) |
| e | a suturing assembly disposed at a distal end of the support shaft and including | (From Fig. 1) |

| Clause | Claim 19 | Support in the '982 Patent Specification |
|---|---|---|
| f | first and second jaw members, each supported by the support shaft, | (lower jaw 14 and upper jaw 16, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 (orange) and an upper moveable jaw 16 (purple), both of which are pivotally supported by a support shaft 18." (3:1-4) |
| g | the first jaw member having a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | (Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56)<br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) |

| Clause | Claim 19 | Support in the '982 Patent Specification |
|---|---|---|
| h | the first jaw member configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | (From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) |

| Clause | Claim 20 | Support in the '982 Patent Specification |
|---|---|---|
| a | A suture-passing apparatus | (Fig. 1) |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, comprising: | **FIG. 2**<br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34."  (3:43-46) |
| c | a support shaft elongated along a longitudinal axis; and | (support shaft 18, from Fig. 1) |
| d | a suturing assembly disposed at a distal end of the support shaft and including | (From Fig. 1) |

| Clause | Claim 20 | Support in the '982 Patent Specification |
|---|---|---|
| e | a member configured to be immovably supported by the support shaft, | (lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 … supported by a support shaft 18." (3:1-4) |
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | (Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56)<br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position."  (4:46-49) |

| Clause | Claim 20 | Support in the '982 Patent Specification |
|---|---|---|
| g | the member configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | (From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) |

| Clause | Claim 22 | Support in the '982 Patent Specification |
|---|---|---|
|  | The suture-passing forceps of Claim 20 wherein | (Fig. 1) |
| a | the passage | (Based on Fig. 3) |
| b | includes a wall inclined relative to the passage, | (Based on Fig. 3) |
| c | the wall extending from a first opening having a diameter approximately that of the needle | (Based on Fig. 3) |
| d | to a second opening, larger than the first opening. | (Based on Fig. 3) |

| Clause | Claim 24 | Support in the '982 Patent Specification |
|---|---|---|
|  | The suture-passing forceps of Claim 20 wherein | (Fig. 1) |
| a | the member is a first jaw | (lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 … supported by a support shaft 18." (3:1-4) |
| b | configured to support the suture needle in an inclined position. | The first jaw 14 contains a suture passage 42 as shown here in pink:<br><br>(Based on Fig. 3)<br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward, or inclined:<br><br>(Based on Fig. 3) |

| Clause | Claim 25 | Support in the '982 Patent Specification |
|---|---|---|
|  | The suture-passing forceps of Claim 24 wherein | (Fig. 1) |
| a | the suturing assembly | (lower jaw 14, from Fig. 1 |
| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | (lower jaw 14 and upper jaw 16, from Fig. 1<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 (orange) and an upper moveable jaw 16 (purple), both of which are pivotally supported by a support shaft 18." (3:1-4) |