| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|----------------------------------|
| a | 1. A suture-passing forceps | <br><br>(Fig. 1) | <br><br>Photo of Ex. 6 from Duran Depo |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing forceps comprising: | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br><br><br>FIG. 2<br><br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | The Acufex® Suture Punch uses a suture needle (yellow) having suture (blue) attached thereto:<br><br><br><br>(See Exh. Q) |
| c | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br><br><br>(support shaft 18, from Fig. 1) | The Acufex® Suture Punch also includes an elongated support shaft (green):<br><br> |
| d | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) | The Acufex® Suture Punch also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| e | a member configured to be immovably supported by the support shaft, | The '982 patent discloses a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The Acufex® Suture Punch also includes a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member | The '982 patent discloses a member, a lower jaw, having a passage transverse to its length:<br><br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured."  (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | The Acufex® Suture Punch also includes a lower jaw having a passage transverse to its length:<br><br><br><br><br><br>The member supports the suture needle at a selected angular orientation that is inclined relative to the length of the member:<br><br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|--------------------------------|
| g | and for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the member supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The Acufex® Suture Punch also includes a member that is confiigurd for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(See also  Duran Depo. Tr., Exh. P, p.89, lines 2-10) |

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
|  | 3. The suture-passing forceps of Claim 1 wherein | <br>(Fig. 1) | <br>Photo of Ex. 6 from Duran Depo |
| a | the passage | The '982 patent discloses a passage as identified by the arrow from number 42 and shown in pink.<br><br><br>(Based on Fig. 3) | The Acufex® Suture Punch also includes a passage as identified by the arrow and shown in pink.<br><br> |
| b | includes a wall inclined relative to the passage, | The '982 patent discloses a wall (dark pink) inclined relative to the passage:<br><br><br>(Based on Fig. 3) | The Acufex® Suture Punch also includes a wall (dark pink) inclined relative to the passage:<br><br><br><br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| c | the wall extending from a first opening having a diameter approximately that of the needle | The '982 patent discloses an inclined wall (dark pink) extending upward from a first opening (little red circle) that has a diameter approximately that of the needle: | The Acufex® Suture Punch also includes an inclined wall (dark pink) extending from a first opening (little red circle) that has a diameter approximately that of the needle: |
| d | to a second opening, larger than the first opening. | The '982 patent discloses that the inclined extends from a first opening to a second opening (big red circle) that is larger than the first opening: | The Acufex® Suture Punch also shows the inclined wall (not visible here, but see above) extending from the first opening to a second opening (big red circle) that is larger than the first opening: |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|--------------------------------|
| | 5. The suture-passing forceps of Claim 1 wherein | <br>(Fig. 1) | <br>Photo of Ex. 6 from Duran Depo |
| a | the suturing assembly | <br>(From Fig. 1) | |
| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | The '982 patent discloses a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br><br>(From Fig. 1) | The Acufex® Suture Punch also includes a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|----------------------------------|
| a | 19. A surgical apparatus comprising: | (Fig. 1) | Photo of Ex. 6 from Duran Depo |
| b | a suture needle having suture attached thereto; | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br>FIG. 2<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | The Acufex® Suture Punch uses a suture needle (yellow) having suture (blue) attached thereto:<br> |
| c | a suture-passing forceps for passing the suture needle through tissue at a surgical site, the suture-passing forceps including: | FIG. 1<br>(Fig. 1) | Photo of Ex. 6 from Duran Depo |
| d | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br>(support shaft 18, from Fig. 1) | The Acufex® Suture Punch also includes an elongated support shaft (green):<br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|--------------------------------|
| e | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br>(From Fig. 1) | The Acufex® Suture Punch also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br> |
| f | first and second jaw members, each supported by the support shaft, | The '982 patent discloses first and second jaw members (orange and purple) that are each supported by the support shaft (green):<br><br>(From Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The Acufex® Suture Punch also includes first and second jaw members (orange and purple) supported by the support shaft (green):<br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| g | the first jaw member having a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | The '982 patent discloses a first jaw member, the lower jaw member, having a passage transverse to its length:<br><br><br><br>(Based on Fig. 3)<br><br>"…suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position."  (4:46-49) | The Acufex® Suture Punch also includes a first jaw member, its lower jaw, having a passage transverse to its length:<br><br><br><br><br><br>The first jaw member supports the suture needle at a selected angular orientation that is inclined relative to the length of the member:<br><br> |

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| h | the first jaw member configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the first jaw member is configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The Acufex® Suture Punch also includes a first jaw member that is configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>*(See also* Duran Depo. Tr., Exh. P, p.89, lines 2-10) |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| a | 20. A suture-passing apparatus | <br>(Fig. 1) | <br>Photo of Ex. 6 from Duran Depo |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing apparatus comprising: | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br>*FIG. 2*<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | The Acufex® Suture Punch uses a suture needle (yellow) having suture (blue) attached thereto:<br> |
| c | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br>(support shaft 18, from Fig. 1) | The Acufex® Suture Punch also includes an elongated support shaft (green):<br> |
| d | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br>(From Fig. 1) | The Acufex® Suture Punch also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|--------------------------------|
| e | a member configured to be immovably supported by the support shaft, | The '982 patent discloses a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The Acufex® Suture Punch also includes a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|-------------------------------|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | The '982 patent discloses a member, a lower jaw, having a passage transverse to its length:<br><br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is tilted forward so that the needle (shown below) is also tilted forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | The Acufex® Suture Punch also includes a lower jaw having a passage transverse to its length:<br><br><br><br><br><br>The member supports the suture needle at a selected angular orientation that is inclined relative to the length of the member:<br><br> |

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| g | the member configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the member supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The member of the Acufex® Suture Punch also supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>*(See also* Duran Depo. Tr., Exh. P, p.89, lines 2-10) |

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|--------------------------------|
|  | 22. The suture-passing forceps of Claim 20 wherein | <br>(Fig. 1) | <br>Photo of Ex. 6 from Duran Depo |
| a | the passage | The '982 patent discloses a passage as identified by the arrow from number 42 and shown in pink.<br><br>(Based on Fig. 3) | The Acufex® Suture Punch also includes a passage as identified by the arrow and shown in pink.<br> |

**The Claims are Invalid over the Acufex® Suture Punch**

| b | includes a wall inclined relative to the passage, | The '982 patent discloses a wall (dark pink) inclined relative to the passage: (Based on Fig. 3) | The Acufex® Suture Punch also includes a wall (dark pink) inclined relative to the passage: |
| c | the wall extending from a first opening having a diameter approximately that of the needle | The '982 patent discloses an inclined wall (dark pink) extending upward from a first opening (little red circle) that has a diameter approximately that of the needle: | The Acufex® Suture Punch also includes an inclined wall (dark pink) extending from a first opening (little red circle) that has a diameter approximately that of the needle: |

**The Claims are Invalid over the Acufex® Suture Punch**

| d | to a second opening, larger than the first opening. | The '982 patent discloses that the inclined extends from a first opening to a second opening (big red circle) that is larger than the first opening:<br> | The Acufex® Suture Punch also shows the inclined wall (not visible here, but see above) extending from the first opening to a second opening (big red circle) that is larger than the first opening:<br> |

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|---|---|---|---|
| | 24. The suture-passing forceps of Claim 20 wherein | (Fig. 1) | Photo of Ex. 6 from Duran Depo |
| a | the member is a first jaw | The '982 patent discloses a member that is a first jaw (orange: (lower jaw 14, from Fig. 1)  "Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The Acufex® Suture Punch also includes a member that is a first jaw (orange): |

**The Claims are Invalid over the Acufex® Suture Punch**

| b | configured to support the suture needle in an inclined position. | The '982 patent discloses that the first jaw 14 has a passage 42 transverse to its length: | The Acufex® Suture Punch also includes a first jaw configured to support the needle in an inclined position: |
|---|---|---|---|
| | | <br><br>(Based on Fig. 3)<br><br>"… suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is inclined forward so that the needle (shown below) is also inclined forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | <br><br><br><br>The member supports the suture needle at a selected angular orientation that is inclined relative to the length of the member:<br><br> |

| Clause | '982 Claim | '982 Patent | Acufex® Suture Punch - Exh. "Q" |
|--------|-----------|-------------|--------------------------------|
| | 25. The suture-passing forceps of Claim 24 wherein | <br>(Fig. 1) | <br>Photo of Ex. 6 from Duran Depo |
| a | the suturing assembly | <br>(From Fig. 1) | |
| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | The '982 patent discloses a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br><br><br>(From Fig. 1) | The Acufex® Suture Punch also includes a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br><br> |

**The Claims are Invalid over the Acufex® Suture Punch**