| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| a | 1.  A suture-passing forceps | <br>(Fig. 1) | <br>FIG. 12 |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing forceps comprising: | In the '982 patent, the suture-passing forceps are used for passing a suture needle (yellow), having suture (blue) attached thereto:<br><br>**FIG. 2**<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34."  (3:43-46) | In Fukuda's U.S. Patent, the disclosed suture-passing forceps are used for passing a suture needle (yellow), having suture (blue) attached thereto:<br><br>**FIG. 7D**<br>"The needle with thread 3 is constituted of a needle body 3a … and of a thread 3b attached to one end…" (5:37-43)<br><br>"When the thread 3b is <u>attached</u> to the needle body 3a, a part of the needle body 3a on a side of the proximal end surface 3a3 may be caulked to reduce its diameter, as shown in Fig. … 7(d)" (6:28-31) |
| c | a support shaft elongated along a longitudinal axis; and | In the '982 patent, the suture-passing forceps include an elongated support shaft (green):<br><br>(support shaft 18, from Fig. 1) | In Fukuda's U.S. Patent, the suture-passing forceps include an elongated support shaft (green):<br><br>(Fig. 12)<br><br>Casing 14. |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| d | a suturing assembly disposed at a distal end of the support shaft and including | In the '982 patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br><br><br>(From Fig. 1) | In Fukuda's U.S. Patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br><br><br>(From Fig. 12) |
| e | a member configured to be immovably supported by the support shaft, | In the '982 patent, the suturing assembly includes a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | In Fukuda's U.S. Patent, the suturing assembly includes a member (purple), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(From Fig. 12)<br><br>"In Fig. 12, the shafts 1, 2 are disposed on a tip of a casing 14…" (12:66-67).<br><br>As to moveability, the roles may be reversed.  Fig. 12 shows the upper member ("shaft 1") as movable, but the inventors explicitly note that the roles may be reversed:  "[O]ne shaft, for example, the second shaft 2, formed with the needle receiver 5 and the container 6, is fixedly connected to the casing 14; the other shaft, for example, the first shaft 1 formed with the needle stand 4, is pivotally mounted to the casing 14."  (13:2-6, emphasis added). |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-----------------------------------|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member | In the '982 patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member:<br><br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | In Fukuda's U.S. Patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member:<br><br>Fukuda discloses several embodiments. In one embodiment, Fukuda discloses a so-called "needle stand 4" and a hole 1b (6:52-53).:<br><br><br><br>(Based on Fig. 2)<br><br><br><br>(From Fig. 6a)<br><br>"[T]he shafts 1, 2 are made open as shown in FIG. 5(a). At the same time, tension is given to the thread 3b … and this power is transmitted to the needle body 3a through the thread 3b, thereby pulling the needle body 3a down to the hole 1b, thereby rotating the needle body 3a around the corner of the proximal end surface 3a3 in contact with the needle stand 4 formed inclusively with the hole 1b, and thereby rendering the needle body 3a stand up as shown in Fig. 7(a)." (10:13-22).<br><br>In another embodiment, the hole 1b opens into a "stepwise stage 4a" that further opens into a groove 6a (11: 40-41):<br><br><br><br>(Based on Fig. 9A)<br><br>Fukuda explains that the needle may be inclined at a selected angular orientation where it states that "[i]t is preferable for the needle with thread 3 that stands up at the needle stand 4 to permit more or less **inclination** and positional deviation." (7:6-8). |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| g | and for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | In the '982 patent, the suturing assembly's member has a passage transverse to the length of the member … for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position.  Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | In Fukuda's U.S. Patent, the suturing assembly's member has a passage transverse to the length of the member … for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Fig. 9A - Container 6 in Both Jaws)<br><br>"The needle body 3a is … contained so that … the needle body 3a is placed to a side of the hole 1b formed on the shaft 1, and a part of the thread 3b remains out toward the tip of the second shaft 2.  The handle 7 is controlled to make the shafts 1, 2 close, and the container 6 is covered by the first shaft 1."  (9:52-58)<br>-OR-<br><br><br>(Fig. 8 - Container 6 in Jaw 1)<br>-OR-<br><br><br><br>(Fig. 2 - Container 6 in Jaw 2) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| | 3. The suture-passing forceps of Claim 1 wherein | <br>(Fig. 1) | <br>FIG. 12 |
| a | the passage | In the '982 patent, the suture-passing forceps includes a passage (pink) as identified by the arrow from number 42.<br><br><br>(Based on Fig. 3) | In Fukuda's U.S. Patent, the suture-passing forceps includes a passage (pink) as identified by the arrow.<br><br><br>(Based on Fig. 9A) |
| b | includes a wall inclined relative to the passage, | In the '982 patent, the passage (pink) includes a wall (dark pink) inclined relative to the passage:<br><br><br>(Based on Fig. 3) | In Fukuda's U.S. Patent, the passage (pink) includes a wall (dark pink) inclined relative to the passage:<br><br><br>(Based on Fig. 9A) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-----------------------------------|
| c | the wall extending from a first opening having a diameter approximately that of the needle | In the '982 patent, the wall that is inclined (dark pink) is extending upward from a first opening (little red circle) that has a diameter approximately that of the needle:  | In Fukuda's U.S. Patent, the wall that is inclined (dark pink) is extending upward from a first opening (little red circle) that has a diameter approximately that of the needle::  |
| d | to a second opening, larger than the first opening. | In the '982 patent, the wall that is inclined (dark pink) is extending to a second opening (big red circle) that is larger than the first opening:  | In Fukuda's U.S. Patent, the wall that is inclined (dark pink) is extending to a second opening (big red circle) that is larger than the first opening:  In the Fukuda device, the hole (pink) opens into grooves "having width and depth sharing size equal to or larger than the diameter of the needle body 3a…"  (11:61-63) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-------------------------------------|
|        | 5. The suture-passing forceps of Claim 1 wherein |  (Fig. 1) |  FIG. 12 |
| a | the suturing assembly | In the '982 patent, the suture-passing forceps includes a suturing assembly (circled in red):  (From Fig. 1) | In Fukuda's U.S. Patent, the suture-passing forceps includes a suturing assembly (circled in red):  (From Fig. 12) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | In the '982 patent, the suturing-assembly includes a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br><br><br><br>(From Fig. 1) | In Fukuda's U.S. Patent, the suturing-assembly includes a jaw (orange) that is pivotally attached to the support shaft (green) for movement toward and away from another jaw (purple):<br><br><br><br>(From Fig. 12)<br><br>However, the roles may be reversed.  Fig. 12 shows the upper member (orange "shaft 1") as movable, but the inventors explicitly note that the roles may be reversed:  "[O]ne shaft, for example, the second shaft 2, formed with the needle receiver 5 and the container 6, is fixedly connected to the casing 14; the other shaft, for example, the first shaft 1 formed with the needle stand 4, is pivotally mounted to the casing 14." (13:2-6, emphasis added). |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| a | 19. A surgical apparatus comprising: | <br>(Fig. 1) |  |
| b | a suture needle having suture attached thereto; | In the '982 patent, the suture-passing forceps are used for passing a suture needle (yellow), having suture (blue) attached thereto:<br><br><br><br>*FIG. 2*<br><br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | In Fukuda's U.S. Patent, the disclosed suture-passing forceps are used for passing a suture needle (yellow), having suture (blue) attached thereto:<br><br><br><br>FIG.7D<br><br>"The needle with thread 3 is constituted of a needle body 3a … and of a thread 3b attached to one end…" (5:37-43)<br><br>"When the thread 3b is <u>attached</u> to the needle body 3a, a part of the needle body 3a on a side of the proximal end surface 3a3 may be caulked to reduce its diameter, as shown in Fig. … 7(d)" (6:28-31) |
| c | a suture-passing forceps for passing the suture needle through tissue at a surgical site, the suture-passing forceps including: | <br>(Fig. 1) | <br>(Fig. 12) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-------------------------------------|
| d | a support shaft elongated along a longitudinal axis; and | In the '982 patent, the suture-passing forceps include an elongated support shaft (green):<br><br><br><br>(support shaft 18, from Fig. 1) | In Fukuda's U.S. Patent, the suture-passing forceps include an elongated support shaft (green):<br><br><br>(Fig. 12)<br><br>Casing 14. |
| e | a suturing assembly disposed at a distal end of the support shaft and including | In the '982 patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br><br><br>(From Fig. 1) | In Fukuda's U.S. Patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br><br><br>(From Fig. 12) |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| f | first and second jaw members, each supported by the support shaft, | In the '982 patent, the suturing assembly includes first and second jaw members (orange and purple), each supported by the support shaft (green):<br><br><br><br>(From Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | In Fukuda's U.S. Patent, the suturing assembly includes first and second jaw members (orange and purple), each supported by the support shaft (green):<br><br><br><br>(From Fig. 12)<br><br>"In Fig. 12, the shafts 1, 2 are disposed on a tip of a casing 14…" (12:66-67).<br><br>As to moveability, the roles may be reversed. Fig. 12 shows the upper member ("shaft 1") as movable, but the inventors explicitly note that the roles may be reversed:  "[O]ne shaft, for example, the second shaft 2, formed with the needle receiver 5 and the container 6, is fixedly connected to the casing 14; the other shaft, for example, the first shaft 1 formed with the needle stand 4, is pivotally mounted to the casing 14."  (13:2-6, emphasis added) |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-----------------------------------|
| g | the first jaw member having a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | In the '982 patent, the first jaw member has a passage (pink) transverse to the length of the first jaw member for supporting the suture needle (yellow) in a suturing position at a selected angular orientation relative to the length of the member:<br><br><br><br>(Based on Fig. 3)<br><br>"…suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position."  (4:46-49) | In Fukuda's U.S. Patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member:<br><br>Fukuda discloses several embodiments.  In one embodiment, Fukuda discloses a so-called "needle stand 4" and a hole 1b (6:52-53).:<br><br><br><br>(Based on Fig. 2)<br><br><br><br>(From Fig. 6a)<br><br>"[T]he shafts 1, 2 are made open as shown in FIG. 5(a).  At the same time, tension is given to the thread 3b … and this power is transmitted to the needle body 3a through the thread 3d, thereby pulling the needle body 3a down to the hole 1b, thereby rotating the needle body 3a around the corner of the proximal end surface 3a3 in contact with the needle stand 4 formed inclusively with the hole 1b, and thereby rendering the needle body 3a stand up as shown in Fig. 7(a)." (10:13-22).<br><br>In another embodiment, the hole 1b opens into a "stepwise stage 4a" that further opens into a groove 6a (11: 40-41):<br><br><br><br>(Based on Fig. 9A) |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| h | the first jaw member configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | In the '982 patent, the jaw member is configured to support the suture needle (yellow) in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | In Fukuda's U.S. Patent, the jaw member is configured to support the suture needle (yellow) in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Fig. 9A - Container 6 in Both Jaws)<br><br>"The needle body 3a is … contained so that … the needle body 3a is placed to a side of the hole 1b formed on the shaft 1, and a part of the thread 3b remains out toward the tip of the second shaft 2.  The handle 7 is controlled to make the shafts 1, 2 close, and the container 6 is covered by the first shaft 1."  (9:52-58)<br>**-OR-**<br><br>(Fig. 8 - Container 6 in Jaw 1)<br>**-OR-**<br><br>(Fig. 2 - Container 6 in Jaw 2) |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-------------------------------------|
| a | 20. A suture-passing apparatus | <br>(Fig. 1) | <br>FIG. 12 |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing apparatus comprising: | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br><br>*FIG. 2*<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | The Fukuda Device also includes a suture needle (yellow) having suture (blue) attached thereto:<br><br><br>FIG. 7D<br>"The needle with thread 3 is constituted of a needle body 3a … and of a thread 3b attached to one end…" (5:37-43)<br><br>"When the thread 3b is <u>attached</u> to the needle body 3a, a part of the needle body 3a on a side of the proximal end surface 3a3 may be caulked to reduce its diameter, as shown in Fig. … 7(d)" (6:28-31) |
| c | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br><br>(support shaft 18, from Fig. 1) | The Fukuda device also includes an elongated support shaft (green):<br><br><br>(Fig. 12)<br><br>Casing 14. |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| d | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) | The Fukuda device also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 12) |
| e | a member configured to be immovably supported by the support shaft, | The '982 patent discloses a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The Fukuda device also includes a member (purple), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(From Fig. 12)<br><br>"In Fig. 12, the shafts 1, 2 are disposed on a tip of a casing 14…" (12:66-67).<br><br>As to moveability, the roles may be reversed. Fig. 12 shows the upper member ("shaft 1") as movable, but the inventors explicitly note that the roles may be reversed:  "[O]ne shaft, for example, the second shaft 2, formed with the needle receiver 5 and the container 6, is fixedly connected to the casing 14; the other shaft, for example, the first shaft 1 formed with the needle stand 4, is pivotally mounted to the casing 14."  (13:2-6, emphasis added). |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | The '982 patent discloses a member, a lower jaw, having a passage transverse to its length:<br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position."  (4:46-49) | The Fukuda device also includes a member, shaft 1, having a passage transverse to its length:<br><br><br>(Based on Fig. 9A)<br><br>"A stepwise stage 4a extending annularly is formed around the hole 1b …" (11:40-41)<br><br>Fukuda discloses other embodiments:<br><br><br>(Based on Fig. 6a)<br>"A hole 1b penetrating the shaft 1 in a thickness direction of the shaft 1 is formed…" (5:52-53).<br><br>- OR -<br><br><br>(From Fig. 6a)<br>"[T]he shafts 1, 2 are made open as show in FIG. 5(a).  At the same time, tension is given to the thread 3b … and this power is transmitted to the needle body 3a through the thread 3d, thereby pulling the needle body 3a down to the hole 1b, thereby rotating the needle body 3a around the corner of the proximal end surface 3a3 in contact with the needle stand 4 formed inclusively with the hole 1b, and thereby rendering the needle body 3a stand up as shown in Fig. 7(a)." (10:13-22). |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| g | the member configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the member supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The member of the Fukuda device also supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Fig. 9A - Container 6 in Both Jaws)<br><br>"The needle body 3a is … contained so that … the needle body 3a is placed to a side of the hole 1b formed on the shaft 1, and a part of the thread 3b remains out toward the tip of the second shaft 2.  The handle 7 is controlled to make the shafts 1, 2 close, and the container 6 is covered by the first shaft 1." (9:52-58)<br>-OR-<br><br><br><br>(Fig. 8 - Container 6 in Jaw 1)<br>-OR-<br><br><br><br>(Fig. 2 - Container 6 in Jaw 2) |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|------------------------------------|
| | 22. The suture-passing forceps of Claim 20 wherein | <br>(Fig. 1) | <br>FIG. I2 |
| a | the passage | The '982 patent discloses a passage as identified by the arrow from number 42 and shown in pink:<br><br><br>(Based on Fig. 3) | The Fukuda device also includes a passage as identified by the arrow and shown in pink.<br><br><br><br><br>(Based on Fig. 9A) |
| b | includes a wall inclined relative to the passage, | The '982 patent discloses a wall (dark pink) inclined relative to the passage:<br><br><br>(Based on Fig. 3) | The Fukuda device also includes a wall (dark pink) inclined relative to the passage:<br><br><br>(Based on Fig. 9A) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| c | the wall extending from a first opening having a diameter approximately that of the needle | The '982 patent discloses an inclined wall (dark pink) extending upward from a first opening (little red circle) that has a diameter approximately that of the needle: (Based on Fig. 3) | The Fukuda device also shows the inclined wall (dark pink) extending from a first opening (red) that has a diameter approximately that of the needle: (Based on Fig. 9A) |
|---|---|---|---|
| d | to a second opening, larger than the first opening. | The '982 patent discloses that the inclined extends from a first opening to a second opening (big red circle) that is larger than the first opening: (Based on Fig. 3) | The Fukuda device also shows the inclined wall (dark pink) extending from the first opening to a second opening (red) that is larger than the first opening: (Based on Fig. 9A)<br><br>In the Fukuda device, the hole (pink) opens into grooves "having width and depth sharing size equal to or larger than the diameter of the needle body 3a…"  (11:61-63) |

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|---|---|---|---|
| | 24. The suture-passing forceps of Claim 20 wherein |  (Fig. 1) |  FIG. 12 |
| a | the member is a first jaw | The '982 patent discloses a member that is a first jaw (orange):  (lower jaw 14, from Fig. 1) "Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The Fukuda device also includes a member that is a first jaw (orange):  (From Fig. 12) "In Fig. 12, the shafts 1, 2 are disposed on a tip of a casing 14…" (12:66-67). As to moveability, the roles may be reversed. Fig. 12 shows the upper member ("shaft 1") as movable, but the inventors explicitly note that the roles may be reversed: "[O]ne shaft, for example, the second shaft 2, formed with the needle receiver 5 and the container 6, is fixedly connected to the casing 14; the other shaft, for example, the first shaft 1 formed with the needle stand 4, is pivotally mounted to the casing 14." (13:2-6, emphasis added). |

| b | configured to support the suture needle in an inclined position. | In the '982 patent, the first jaw has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member: | In Fukuda's U.S. Patent, the jaw member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member: |
|---|---|---|---|

In the '982 patent, the first jaw has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member:



(Based on Fig. 3)

"… suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).

"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)

In other words, the suture passage 42 (shown above) is inclined forward so that the needle (shown below) is also inclined forward:



(Based on Fig. 3)

"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49)

---

In Fukuda's U.S. Patent, the jaw member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member:

Fukuda discloses several embodiments. In one embodiment, Fukuda discloses a so-called "needle stand 4" and a hole 1b (6:52-53).:



(Based on Fig. 2)

(From Fig. 6a)

"[T]he shafts 1, 2 are made open as shown in FIG. 5(a). At the same time, tension is given to the thread 3b … and this power is transmitted to the needle body 3a through the thread 3d, thereby pulling the needle body 3a down to the hole 1b, thereby rotating the needle body 3a around the corner of the proximal end surface 3a3 in contact with the needle stand 4 formed inclusively with the hole 1b, and thereby rendering the needle body 3a stand up as shown in Fig. 7(a)." (10:13-22).

In another embodiment, the hole 1b opens into a "stepwise stage 4a" that further opens into a groove 6a (11: 40-41):



(Based on Fig. 9A)

Fukuda explains that the needle may be inclined at a selected angular orientation where it states that "[i]t is preferable for the needle with thread 3 that stands up at the needle stand 4 to permit more or less **inclination** and positional deviation." (7:6-8).

| Clause | '982 Claim | '982 Patent | Fukuda's U.S. Patent - Exhibit "L" |
|--------|-----------|-------------|-----------------------------------|
| | 25. The suture-passing forceps of Claim 24 wherein | <br>(Fig. 1) | <br>FIG. 12 |
| a | the suturing assembly | <br>(From Fig. 1) | <br>(From Fig. 12) |

**The Claims are Invalid over Fukuda's U.S. Patent**

| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | The '982 patent discloses a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):  (From Fig. 1) | The Fukuda device also includes a second jaw (purple). The drawings show the first jaw (orange) pivotally attached to the support shaft (green) for movement toward and away from the second jaw (purple):  (From Fig. 12) However, the roles may be reversed.  Fig. 12 shows the upper member (orange "shaft 1") as movable, but the inventors explicitly note that the roles may be reversed:  "[O]ne shaft, for example, the second shaft 2, formed with the needle receiver 5 and the container 6, is fixedly connected to the casing 14; the other shaft, for example, the first shaft 1 formed with the needle stand 4, is pivotally mounted to the casing 14." (13:2-6, emphasis added). |
|---|---|---|---|