| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| a | 1.  A suture-passing forceps | <br>(Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (Exh. O, p.1, line 1-3)<br><br>[hereafter (page:lines), e.g. (1:1-3)] |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing forceps comprising: | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br><br><br>***FIG. 2***<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34."  (3:43-46) | The German Sevinc Device also includes a suture needle (yellow) having suture (blue) attached thereto:<br><br><br><br>(From Fig. 1)<br><br>"[A] surgical needle [10] with a thread [12] which is joined in one piece to the head [11] of the same…" (3:5-6) |
| c | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br><br><br>(support shaft 18, from Fig. 1) | The German Sevinc device also includes an elongated support shaft (green):<br><br><br><br>(Fig. 1)<br><br>Shaft 6. |

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| d | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) | The German Sevinc device also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) |
| e | a member configured to be immovably supported by the support shaft, | The '982 patent discloses a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The German Sevinc device also includes a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(From Fig. 1)<br><br>As shown above, the jaw parts 2, 3 are supported by shaft 6. |

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|--------|-----------|-------------|---------------------------------------------|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member | The '982 patent discloses a member having a passage transverse to its length:<br><br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | The German Sevinc device also includes member having a passage transverse to its length:<br><br><br><br>(Based on Fig. 1)<br><br>"The bore 8 is used for taking up a surgical needle 10, at the head 11 of which is joined a thread 12…" (6:10-11)<br><br><br><br>(From Fig. 1)<br><br>"In the present case, this bore 8 runs at an angle of approximately 60° relative to the inner surface of the rigid jaw part 2. If it is necessary, the bore 8 may also run at another angle between 45° and 90"…" (6:1-3).<br><br>"[T]he needle 10 can be pulled by [thread 12] into the bore 8 and thus into position, which is shown in Fig. 1…" (6:20-21). |

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|--------|-----------|-------------|---------------------------------------------|
| g | and for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the member supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position.  Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The German Sevinc device also includes a member that is confiigurd for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br>(Based on Fig. 1)<br><br>"In the rigid jaw part 2, in the side which is turned toward the moveable jaw part 3, a groove-like hollow part 16 is incorporated, the length and cross section of which are selected in such a way that they can take up the needle 10…  The needle 10 is secured in its position in the hollow part 16 by means of the closed or folded-together jaw part 3." (7:18 to 8:1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
|  | 3. The suture-passing forceps of Claim 1 wherein | <br>(Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device.  (1:1-3). |
| a | the passage | The '982 patent discloses a passage as identified by the arrow from number 42 and shown in pink.<br><br><br>(Based on Fig. 3) | The German Sevinc device also includes a passage as identified by the arrow and shown in pink.<br><br><br>(Based on Fig. 1) |
| b | includes a wall inclined relative to the passage, | The '982 patent discloses a wall (dark pink) inclined relative to the passage (pink):<br><br><br>(Based on Fig. 3) | The German Sevinc device also includes a wall (dark pink) inclined relative to the passage (pink):<br><br><br>(Based on Fig. 1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| c | the wall extending from a first opening having a diameter approximately that of the needle | The '982 patent discloses an inclined wall (dark pink) extending upward from a first opening (little red circle) that has a diameter approximately that of the needle:<br><br> | The German Sevinc device also includes an inclined wall (dark pink) extending from a first opening (little red circle) that has a diameter approximately that of the needle:<br><br><br><br>(Based on Fig. 1)<br><br>"At the inner end of the bore 8, there is adjoined a channel 9, which, in an advantageous manner, is shaped in its cross section slightly smaller than the bore 8.  This channel 9 at first runs centrally relative to the bore 8 and is then <u>inclined</u> at an angle of approximately 90°, as can be well recognized in Fig. 1 of the drawing. " (Exh. O, p.6, lines 6-9, emphasis added). |

**The Claims are Invalid over the German Sevinc Application**          **Claim 3, continued**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| d | to a second opening, larger than the first opening. | The '982 patent discloses that the inclined extends from a first opening to a second opening (big red circle) that is larger than the first opening: | The German Sevinc device also shows the inclined wall (dark pink) extending from the first opening to a second opening (big red circle) that is larger than the first opening:<br><br><br><br>(Based on Fig. 1) |

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
|  | 5. The suture-passing forceps of Claim 1 wherein |   (Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (1:1-3). |
| a | the suturing assembly |   (From Fig. 1) |   (From Fig. 1) |
| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | The '982 patent discloses a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):   (From Fig. 1) | The German Sevinc device also includes a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):   (From Fig. 1) |

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| a | 19. A surgical apparatus comprising: | <br>(Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (1:1-3). |
| b | a suture needle having suture attached thereto; | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br><br>FIG. 2<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34."  (3:43-46) | The German Sevinc Device also includes a suture needle (yellow) having suture (blue) attached thereto:<br><br><br>(From Fig. 1)<br><br>"[A] surgical needle [10] with a thread [12] which is joined in one piece to the head [11] of the same…" (3:5-6) |
| c | a suture-passing forceps for passing the suture needle through tissue at a surgical site, the suture-passing forceps including: | <br>FIG. I<br>(Fig. 1) | <br>(Fig. 1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| d | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br><br><br>(support shaft 18, from Fig. 1) | The German Sevinc device also includes an elongated support shaft (green):<br><br><br><br>(Fig. 1)<br><br>Shaft 6. |
| e | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) | The German Sevinc device also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|--------|-----------|-------------|---------------------------------------------|
| f | first and second jaw members, each supported by the support shaft, | The '982 patent discloses first and second jaw members (orange and purple) that are each supported by the support shaft (green):<br><br><br><br>(From Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The German Sevinc device also includes first and second jaw members (orange and purple) that are each supported by the support shaft (green):<br><br><br><br>(From Fig. 1)<br><br>As shown above, the jaw parts 2, 3 are supported by shaft 6. |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| g | the first jaw member having a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | The '982 patent discloses a first jaw member, the lower jaw member, having a passage transverse to its length:<br><br><br><br>(Based on Fig. 3)<br><br>"…suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | The German Sevinc device also includes a first jaw member, its lower jaw, having a passage transverse to its length:<br><br>(Based on Fig. 1)<br><br>"The bore 8 is used for taking up a surgical needle 10, at the head 11 of which is joined a thread 12…" (6:10-11)<br><br>(From Fig. 1)<br><br>"In the present case, this bore 8 runs at an angle of approximately 60° relative to the inner surface of the rigid jaw part 2. If it is necessary, the bore 8 may also run at another angle between 45° and 90°"…" (6:1-3).<br><br>"[T]he needle 10 can be pulled by [thread 12] into the bore 8 and thus into position, which is shown in Fig. 1…" (6:20-21). |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| h | the first jaw member configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the first jaw member is configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site." (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The German Sevinc device also includes a first jaw member that is cofigured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Based on Fig. 1)<br><br>"In the rigid jaw part 2, in the side which is turned toward the moveable jaw part 3, a groove-like hollow part 16 is incorporated, the length and cross section of which are selected in such a way that they can take up the needle 10… The needle 10 is secured in its position in the hollow part 16 by means of the closed or folded-together jaw part 3." (7:18 to 8:1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| a | 20. A suture-passing apparatus | <br><br>(Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (1:1-3). |
| b | for passing a suture needle, having suture attached thereto, through tissue at a surgical site, the suture-passing apparatus comprising: | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br><br><br>**FIG. 2**<br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | The German Sevinc Device also includes a suture needle (yellow) having suture (blue) attached thereto:<br><br><br><br>(From Fig. 1)<br><br>"[A] surgical needle [10] with a thread [12] which is joined in one piece to the head [11] of the same…" (3:5-6) |
| c | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br><br><br>(support shaft 18, from Fig. 1) | The German Sevinc device also includes an elongated support shaft (green):<br><br><br><br>(Fig. 1)<br><br>Shaft 6. |

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|--------|-----------|-------------|---------------------------------------------|
| d | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br>(From Fig. 1) | The German Sevinc device also includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br>(From Fig. 1) |
| e | a member configured to be immovably supported by the support shaft, | The '982 patent discloses a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The German Sevinc device also includes a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br>(From Fig. 1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|--------|-----------|-------------|----------------------------------------------|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | The '982 patent discloses a member, a lower jaw, having a passage transverse to its length:<br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | The German Sevinc device also includes a lower jaw having a passage transverse to its length:<br><br>(Based on Fig. 1)<br><br>"The bore 8 is used for taking up a surgical needle 10, at the head 11 of which is joined a thread 12…" (6:10-11)<br><br>(From Fig. 1)<br><br>"In the present case, this bore 8 runs at an angle of approximately 60° relative to the inner surface of the rigid jaw part 2. If it is necessary, the bore 8 may also run at another angle between 45° and 90"…" (6:1-3).<br><br>"[T]he needle 10 can be pulled by [thread 12] into the bore 8 and thus into position, which is shown in Fig. 1…" (6:20-21). |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|--------|-----------|-------------|---------------------------------------------|
| g | the member configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the member supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position.  Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | The member of the German Sevinc device also supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Based on Fig. 1)<br><br>"In the rigid jaw part 2, in the side which is turned toward the moveable jaw part 3, a groove-like hollow part 16 is incorporated, the length and cross section of which are selected in such a way that they can take up the needle 10…  The needle 10 is secured in its position in the hollow part 16 by means of the closed or folded-together jaw part 3." (7:18 to 8:1) |

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
|  | 22. The suture-passing forceps of Claim 20 wherein |  (Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (1:1-3). |
| a | the passage | The '982 patent discloses a passage as identified by the arrow from number 42 and shown in pink:  (Based on Fig. 3) | The German Sevinc device also includes a passage as identified by the arrow and shown in pink.  |
| b | includes a wall inclined relative to the passage, | The '982 patent discloses a wall (dark pink) inclined relative to the passage:  (Based on Fig. 3) | The German Sevinc device also includes a wall (dark pink) inclined relative to the passage:  (Based on Fig. 1) |

| c | the wall extending from a first opening having a diameter approximately that of the needle | The '982 patent discloses an inclined wall (dark pink) extending upward from a first opening (little red circle) that has a diameter approximately that of the needle:<br><br><br><br>(Based on Fig. 3) | The German Sevinc device also includes an inclined wall (dark pink) extending from a first opening (red) that has a diameter approximately that of the needle:<br><br><br><br>(Based on Fig. 1)<br><br>"At the inner end of the bore 8, there is adjoined a channel 9, which, in an advantageous manner, is shaped in its cross section slightly smaller than the bore 8.  This channel 9 at first runs centrally relative to the bore 8 and is then <u>inclined</u> at an angle of approximately 90°, as can be well recognized in Fig. 1 of the drawing. " (Exh. O, p.6, lines 6-9, emphasis added). |

| d | to a second opening, larger than the first opening. | The '982 patent discloses that the inclined extends from a first opening to a second opening (big red circle) that is larger than the first opening: | The German Sevinc device also shows the inclined wall (dark pink) extending from the first opening to a second opening (red) that is larger than the first opening: |
|---|---|---|---|



(Based on Fig. 3)

(Based on Fig. 1)

**The Claims are Invalid over the German Sevinc Application**

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| | 24. The suture-passing forceps of Claim 20 wherein |   (Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (1:1-3). |
| a | the member is a first jaw | The '982 patent discloses a member that is a first jaw (orange):    (lower jaw 14, from Fig. 1)  "Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | The German Sevinc device also includes a member that is a first jaw (orange):    (From Fig. 1)  As shown above, the jaw parts 2, 3 are supported by shaft 6. |

| b | configured to support the suture needle in an inclined position. | The '982 patent discloses that the first jaw 14 has a passage 42 transverse to its length: | The German Sevinc device also includes a first jaw configured to support the needle in an inclined position: |
|---|---|---|---|

The '982 patent discloses that the first jaw 14 has a passage 42 transverse to its length:



(Based on Fig. 3)

"… suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).

"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)

In other words, the suture passage 42 (shown above) is inclined forward so that the needle (shown below) is also inclined forward:



(Based on Fig. 3)

"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49)

The German Sevinc device also includes a first jaw configured to support the needle in an inclined position:



(Based on Fig. 1)

"The bore 8 is used for taking up a surgical needle 10, at the head 11 of which is joined a thread 12…" (6:10-11)



(From Fig. 1)

"In the present case, this bore 8 runs at an angle of approximately 60° relative to the inner surface of the rigid jaw part 2. If it is necessary, the bore 8 may also run at another angle between 45° and 90"…" (6:1-3).

"[T]he needle 10 can be pulled by [thread 12] into the bore 8 and thus into position, which is shown in Fig. 1…" (6:20-21).

| Clause | '982 Claim | '982 Patent | German Sevinc Application - Exhs. "N" & "O" |
|---|---|---|---|
| | 25. The suture-passing forceps of Claim 24 wherein | <br>(Fig. 1) | The German Sevinc Application is directed to a "suturing device", or "surgical forceps," but it does not include an illustration of the overall device. (1:1-3). |
| a | the suturing assembly | <br>(From Fig. 1) | <br>(From Fig. 1) |
| b | further includes a second jaw pivotally attached to the support shaft for movement toward and away from the first jaw. | The '982 patent discloses a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br><br>(From Fig. 1) | The German Sevinc device also includes a second jaw (purple) that is pivotally attached to the support shaft (green) for movement toward and away from the first jaw (orange):<br><br>(From Fig. 1) |