| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| a | 1.  A suture-passing forceps | <br>(Fig. 1) | <br>(Based on Fig. 1) |
| b | for passing **a suture needle, having suture attached thereto**, through tissue at a surgical site, the suture-passing forceps comprising: | In the '982 patent, the suture-passing forceps are used for passing a suture needle (yellow), having suture (blue) attached thereto:<br><br><br><br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | In the Schweizer Patent, the disclosed suture-passing forceps use a needle (yellow) that carries suture (blue) from one jaw to the other:<br><br><br><br>However, <u>just like the ExpresSew® Suture Passer, the needle (yellow) uses a notch to carry the unattached suture out of the lower jaw</u> and the needle is not "attached" to the suture (blue) as required by the claims:<br><br><br><br>**The word "attached" cannot be construed so broadly as to cover the ExpresSew® Suture Passer which uses a needle having a notch to carry unattached suture through the tissue, because this element would then be met by the Schweizer Patent and the claim would be invalid.** |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| c | a support shaft elongated along a longitudinal axis; and | In the '982 patent, the suture-passing forceps include an elongated support shaft (green): (support shaft 18, from Fig. 1) | In the Schweizer Patent, the suture-passing forceps include an elongated support shaft (green): (Based on Fig. 1) |
| d | a suturing assembly disposed at a distal end of the support shaft and including | In the '982 patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green): (From Fig. 1) | In the Schweizer Patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green): (Based on Fig. 1) |

**The Claims Are Invalid over the Schweizer Patent
if "Attached" is Construed to Cover the Accused Device**

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|--------|-----------|-------------|-------------------------------|
| e | a member configured to be immovably supported by the support shaft, | In the '982 patent, the suturing assembly includes a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | In the Schweizer Patent, the suturing assembly includes a member (orange), jaw 26, that is configured to be immovably supported by the support shaft (green):<br><br><br>FIG.-1-<br><br>(Based on Fig. 12) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member | In the '982 patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation inclined relative to the length of the member:<br><br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | As Plaintiff would construe the claim language in order to cover the ExpresSew® Suture Passer, in the Schweizer Patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a angular orientation inclined relative to the length of the member:<br><br><br><br>(Based on Figure 7) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| g | and for supporting the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | In the '982 patent, the suturing assembly's member has a passage transverse to the length of the member … for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position.  Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | As Plaintiff would construe the claim language in order to cover the ExpresSew® Suture Passer, in the Schweizer Patent, the suturing assembly's member has a passage transverse to the length of the member … for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Based on Figure 4) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| a | 19. A surgical apparatus comprising: | (Fig. 1) | (Based on Fig. 1) |
| b | **a suture needle having suture attached thereto;** | In the '982 patent, the suture-passing forceps are used for passing a suture needle (yellow), having suture (blue) attached thereto: *FIG. 2* ("needled suture" 20, from Fig. 2) "Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34."  (3:43-46) | In the Schweizer Patent, the disclosed suture-passing forceps use a needle (yellow) that carries suture (blue) from one jaw to the other: However, just like the ExpresSew® Suture Passer, the needle (yellow) uses a notch to carry the unattached suture out of the lower jaw and the needle is not "attached" to the suture (blue) as required by the claims: **The word "attached" cannot be construed so broadly as to cover the ExpresSew® Suture Passer which uses a needle having a notch to carry unattached suture through the tissue, because this element would then be met by the Schweizer Patent and the claim would be invalid.** |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|--------|-----------|-------------|-------------------------------|
| c | a suture-passing forceps for passing the suture needle through tissue at a surgical site, the suture-passing forceps including: | <br>(Fig. 1) | <br>(Based on Fig. 1) |
| d | a support shaft elongated along a longitudinal axis; and | In the '982 patent, the suture-passing forceps include an elongated support shaft (green):<br><br>(support shaft 18, from Fig. 1) | In the Schweizer Patent, the suture-passing forceps include an elongated support shaft (green):<br><br>(Based on Fig. 1) |
| e | a suturing assembly disposed at a distal end of the support shaft and including | In the '982 patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br>(From Fig. 1) | In the Schweizer Patent, the suture-passing forceps include a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br>(Based on Fig. 1) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| f | first and second jaw members, each supported by the support shaft, | In the '982 patent, the suturing assembly includes first and second jaw members (orange and purple), each supported by the support shaft (green):<br><br><br><br>(From Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | In the Schweizer Patent, the suturing assembly includes first and second jaw members (orange and purple), each supported by the support shaft (green):<br><br><br><br>(Based on Fig. 1) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| g | the first jaw member having a passage transverse to the length of the first jaw member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | In the '982 patent, the first jaw member has a passage (pink) transverse to the length of the first jaw member for supporting the suture needle (yellow) in a suturing position at a selected angular orientation relative to the length of the member:<br><br><br><br>(Based on Fig. 3)<br><br>"…suture passage 42 … extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56).<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | As Plaintiff would construe the claim language in order to cover the ExpresSew® Suture Passer, in the Schweizer Patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member:<br><br><br><br>(Based on Figure 7) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| h | the first jaw member configured to support the suture needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | In the '982 patent, the jaw member is configured to support the suture needle (yellow) in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | As Plaintiff would construe the claim language in order to cover the ExpresSew® Suture Passer, in the Schweizer Patent, the suturing assembly's member has a passage transverse to the length of the member … for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Based on Figure 4) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| a | 20. A suture-passing apparatus | (Fig. 1) | (Based on Fig. 1) |
| b | for passing **a suture needle, having suture attached thereto**, through tissue at a surgical site, the suture-passing apparatus comprising: | The '982 patent discloses a suture needle (yellow) having suture (blue) attached thereto:<br><br>("needled suture" 20, from Fig. 2)<br><br>"Referring to FIG. 2, needled suture 20 includes a needle 30 co-axially aligned with suture thread 32 and attached (e.g., by crimping or clamping) to suture thread 32 at an attachment area 34." (3:43-46) | In the Schweizer Patent, the disclosed suture-passing forceps use a needle (yellow) that carries suture (blue) from one jaw to the other:<br><br>However, <u>just like the ExpresSew® Suture Passer, the needle (yellow) uses a notch to carry the unattached suture out of the lower jaw</u> and the needle is not "attached" to the suture (blue) as required by the claims:<br><br>**The word "attached" cannot be construed so broadly as to cover the ExpresSew® Suture Passer which uses a needle having a notch to carry unattached suture through the tissue, because this element would then be met by the Schweizer Patent and the claim would be invalid.** |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| c | a support shaft elongated along a longitudinal axis; and | The '982 patent discloses an elongated support shaft (green):<br><br><br><br>(support shaft 18, from Fig. 1) | In the Schweizer Patent, the suture-passing apparatus includes an elongated support shaft (green):<br><br><br><br>(Based on Fig. 1) |
| d | a suturing assembly disposed at a distal end of the support shaft and including | The '982 patent discloses a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft:<br><br><br><br>(From Fig. 1) | In the Schweizer Patent, the suture-passing apparatus includes a suturing assembly (circled in red) disposed at a distal end of the elongated support shaft (green):<br><br><br><br>(Based on Fig. 1) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| e | a member configured to be immovably supported by the support shaft, | The '982 patent discloses a member (orange), its lower jaw, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(lower jaw 14, from Fig. 1)<br><br>"Forceps 10 includes a suturing assembly 12 having a lower stationary jaw 14 and an upper moveable jaw 16, both of which are pivotally supported by a support shaft 18." (3:1-4) | In the Schweizer Patent, the suturing assembly includes a member (orange), jaw 26, that is configured to be immovably supported by the support shaft (green):<br><br><br><br>(Based on Fig. 12) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| f | the member having a passage transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member, | The '982 patent discloses a member, a lower jaw, having a passage transverse to its length:<br><br><br><br>(Based on Fig. 3)<br><br>"Needle holding region 40 is defined by a suture passage 42 which extends through the lower jaw 14 from a lower opening 44 to a larger, upper opening 46…" (3:5-56)<br><br>"An axis 43 (Fig. 3) of suture passage 42 is slightly less than transverse (offset approximately 10°) to the plane of face 48 so that needle 30, in its suturing position, is better able to engage the tissue to be sutured." (3:67 to 4:2)<br><br>In other words, the suture passage 42 (shown above) is titled forward so that the needle (shown below) is also tilted forward:<br><br><br><br>(Based on Fig. 3)<br><br>"Continuously pulling suture 32 causes needle 30 to 'snap' in to lower opening 44 alerting the user that needled suture 20 is in the suturing position." (4:46-49) | As Plaintiff would construe the claim language in order to cover the ExpresSew® Suture Passer, in the Schweizer Patent, the suturing assembly's member has a passage (pink) transverse to the length of the member for supporting the suture needle in a suturing position at a selected angular orientation relative to the length of the member:<br><br><br><br>(Based on Figure 7) |

| Clause | '982 Claim | '982 Patent | Schweizer Patent - Exhibit "G" |
|---|---|---|---|
| g | the member configured to support the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position. | The '982 patent discloses that the member supports the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(From Fig. 3)<br><br>"[S]uturing assembly 12 is configured to support needled suture 20 in a stowed, non-suturing position (i.e., not ready to be punched) prior to delivering suture-passing forceps 10 to the surgical site."  (3:36-40).<br><br>"Wall 52 serves to support body portion 36 of needle 30 in its inclined, non-suturing position. Upper opening 46 has a shape resembling an elongated groove …" (3:59-61) | As Plaintiff would construe the claim language in order to cover the ExpresSew® Suture Passer, in the Schweizer Patent, the suturing assembly's member has a passage transverse to the length of the member … for supporting the needle in a stowed position at an angle less than the selected angle of the suture needle in the suturing position:<br><br><br><br>(Based on Figure 4) |