

| | Prior Art Schweizer Device | ExpresSew® Suture Passer |
|---|---|---|
| Both devices use a needle with a notch. |   |   |
| Both devices start with the needle (yellow) and the suture (blue) in one jaw. |   |  |
| Both devices push the needle forward so that it emerges from a passageway with the suture carried within the needle's notch. |   |  |
| Both devices carry the suture within a notch in the needle. |   |  |
| Both devices retract the needle back into the jaw, without passing the needle to the other jaw, thereby leaving a loop of suture on the other side of the tissue after it slips out of the notch. |   |  |