IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>Defendant. | Civil Action No.  03CV 12310 NMG |

**FIRST APPENDIX OF EXHIBITS
ATTACHED TO DECLARATION OF JOSEPH C. ANDRAS
(EXHIBITS A-Z)**

Attached hereto are exhibits relevant to Surgical Solutions' motion for summary judgment.  These exhibits are referenced IN and supported by the accompanying declaration of Joseph C. Andras:

| | |
|---|---|
| Exhibit A | Plaintiff's United States Patent No. 5,947,982 ("the patent-in-suit" or "the '982 patent') |
| Exhibit B | Amended Complaint and Demand for Jury Trial |
| Exhibit C | Defendant's Answer to Amended Complaint |
| Exhibit D | Counterclaim for Declaratory Judgment of Non-Infringement, Invalidity and/or Unenforceability of Patent-in-Suit |
| Exhibit E | **Prior art:** Plaintiff's United States Patent No. 5,730,747 ("the '747 patent") |
| Exhibit F | **Prior art:**  United States Patent No. 3,349,772 dated July 22, 1964 issued to I.H. Rygg ("the Rygg patent") |
| Exhibit G | **Prior art:** United States Patent No. 3,842,840 dated October 22, 1974 issued to Edward E. Schweizer ("the Schweizer '840 patent) |

| | |
|---|---|
| Exhibit H | n/a |
| Exhibit I | **Prior art:** United States Patent No. 5,318,577 dated June 7, 1994 issued to Lehmann K. Li ("the Li patent") |
| Exhibit J | Plaintiff's International Application No. WO 98/43545, The foreign counterpart to the '982 patent. |
| Exhibit K | **Not Prior Art:** European Patent Office ("EPO") Application No. EP 778004 A1 filed by Masatoshi Fukuda et al. and published on November 6, 1997 ("Fukuda's EPO Application") |
| Exhibit L | **Prior art:** United States Patent No. 5,824,009 dated October 20, 1998, filed on December 6, 1996, and issued to Masatoshi Fukuda et al. ("Fukuda's U.S. Patent") |
| Exhibit M | Manual of Patent Examining Procedure ("MPEP"), § 609, entitled "Complying Information Disclosure Statements." |
| Exhibit N | **Prior art:** German Patent Application No. DE 4335601 A1 filed by Dr. Oktay Sevinc and published on April 28, 1994 ("the German Sevinc Application") |
| Exhibit O | **Prior art:** Certified English translation of the German Sevinc Application |
| Exhibit P | Excerpts from the May 7, 2004 deposition of '982 inventor John Duran |
| Exhibit Q | Photographs of the tip of the prior-art "Exhibit 6 - Acufex® Suture Punch" used during the May 7, 2004 deposition of John Duran showing, as demonstrated by Mr. Duran himself, that it is <u>already</u> structured as claimed in the '982 Patent. |
| Exhibit R-X | n/a |
| Exhibit Y | Non-Confidential Excerpts from "Plaintiff Smith & Nephew, Inc.'s Response to Surgical Solutions' First Set of Interrogatories (Nos. 1-7) |
| Exhibit Z | Non-Confidential Excerpts from "Plaintiff Smith & Nephew, Inc.'s First Supplemental Responses to Surgical Solutions' First Set of Interrogatories (Nos. 1-7)" |

- 3 -

                        SURGICAL SOLUTIONS, LLC

Date: August 27, 2004      By:   /S/: Joseph C. Andras
                                          Joseph C. Andras (CA Bar No. 138,181)
                                          Vic Y. Lin (CA Bar No. 192,292)
                                          Myers Dawes Andras & Sherman, LLP
                                          19900 MacArthur Boulevard, 11th Floor
                                          Irvine, CA 92612
                                          Tel: (949) 223-9600
                                          Fax: (949) 223-9610

                                          /S/: Louis M. Ciavarra
                                          Louis M. Ciavarra (546,481)
                                          Bowditch & Dewey, LLP
                                          311 Main Street, P.O. Box 15156
                                          Worcester, MA 01615-0156
                                          Tel:  (508) 926-3408
                                          Fax: (508) 929-3011