# InTransCo, Inc.
INTERNATIONAL TRANSLATION COMPANY

---

TRANSLATIONS FROM AND INTO ALL LANGUAGES PREPARED BY SPECIALISTS

P.O. BOX 239
LYNNFIELD, MA 01940
(781) 334-3123
FAX (781) 334-4445

## CERTIFICATION OF TRANSLATION

Title of Translated Document:   **German Patent DE 4,235,602 A1**

Original Language of Translated Document: **German**

The undersigned declares that:

1. I am a professional translator with English as a native language and German as an acquired language. With over thirty years of full-time translating experience in general, medical, technical, chemical and related fields.

2. To the best of my knowledge and belief, the attached is a true, accurate and complete English translation of the above-referenced German document

Date: *July 22, 2004*   Signature: *A. M. Russell*
A.M. Russell

| | | | |
|---|---|---|---|
| (19) **FEDERAL REPUBLIC OF GERMANY** [Seal] | (12) Offenlegungsschrift [Unexamined] (10) **DE 4,235,602 A1** | (51) | Int. Cl.$^5$: A 61 B 17/04 |
| **GERMAN PATENT OFFICE** | (21) Reference: (22) Date filed: (43) Date laid open: | P 42 35 602.4 October 22, 1992 April 28, 1994 | |

| | | | |
|---|---|---|---|
| (71) | Applicant Sevinc, Oktay, M.D, 56410 Montabaur, DE | (72) | Inventor same as applicant |
| (74) | Representative: Kossobutzki, W., Dipl. Eng. (FH), Patent Attorneys, 56244 Heiferskirchen | | |

(54) Laparoscopic Suturing Device

(57) The invention concerns a device for producing a laparoscopic-surgical suture, which [device] is comprised of a surgical forceps that can be guided to the site of suture through a trocar sleeve or by means of a suture applicator, the forceps having a rigid jaw part and a movable jaw part that can be opened and closed [folded together and unfolded] by means of an external handle piece, a surgical needle with a thread that is joined in one piece to the head of the same and a knot slider that can also be introduced by means of the endoscopic suture applicator.

In order to create such a device, which is designed in a simple manner and which is easy to manipulate, and which makes possible a secure and rapid formation of the suture, including the knotting of the thread, a jaw part (2) is provided, in the vicinity of its free end, with a bore (8) which is converted into a thread channel (9) for the uptake of the head (11) of the needle (10), which can be plugged therein.

2



**The following information is taken from the documents which have been filed by the Applicant.**

Federal Printing Office 3/94

408 017/116  7/38

Description

The invention concerns a device for producing a laparoscopic-surgical suture, comprised of a surgical forceps that can be guided to the site of the suture through a trocar sleeve or by means of a suture applicator, with a rigid jaw part and a movable jaw part that can be opened and closed [folded together and unfolded] by an external handle piece, a surgical needle with a thread which is joined in one piece to the head of same and a knot slider that can also be introduced by means of the endoscopic suture applicator.

It is known how to suture wounds in body cavities by means of a thread that is to be knotted. In particular, sutures of the uterus, ovaries, tubes, and stomach-intestine are included in such sutures. In such a suturing process, a needle, at the head of which a thread has been joined to make up one piece with it, is first introduced into the body cavity by means of a suture applicator. Then a needle holder is also introduced into the body cavity by its working end by means of another suture applicator. In this case, the laparoscopic suture forceps comprises a rigid jaw part and a movable jaw part, which are disposed on a long, tube-shaped shaft. The movable jaw part is actuated by a rod, which is guided through the hollow shaft to the outside and is there joined with a handle piece. The needle that has been introduced is grasped by means of these forceps and a suture is made endoscopically, wherein such a suture normally is made up only of individual stitches that will then be knotted together. In this case, the preparation of the knot is first made outside the body cavity and the formed knot is then moved to the site of the suture by means of a knot slider that can also be introduced by means of

the suture applicator. Then further stitches are made, whereby, optionally, a new needle with thread is used after producing a knotted suture stitch.

The grasping of the needle with the laparoscopic forceps and its piercing into the parts of the human body that are to be joined by the suture as well as the actual formation of the suture are complicated procedures and require a rather high expenditure of patience and time. The prior-art device also requires a certain routine for the movement of the needle and for the formation of the suture. The knot slider utilized for the displacement of the knot and thus for closing the suture is comprised of a rod, in the lateral surface of which is incorporated an axially running slot. The thread is now pulled through this slot and simultaneously the knot formed outside the body cavity is moved toward the inside of the cavity via the front surface of the rod. It cannot be excluded by this [arrangement] that the thread slips out of the slot and the knot is no longer applied to the front surface of the knot slider. This then leads to an undesired load of the site of suture or joining site.

The object of the invention is thus to create a device for producing a surgical suture, which is simple in its design and easy to manipulate, and which makes possible a secure and rapid formation of the suture including the knotting of the thread.

For the solution of this object, according to the invention, starting from a device of the type described initially, it is proposed to provide a jaw part with a bore in the vicinity of its free end, which [bore] is converted into a thread channel, so that the head of the needle can be plugged into this.

By means of a device formed in this way, the needle can be easily and securely moved in the body cavity and can be guided for the formation of the suture stitches, without the use of an additional forceps. The tissue parts that are to be sutured together can be easily grasped and such grasping does not require a special routine.

Additional features and configurations or embodiments of a device according to the invention are disclosed in claim 2 through claim 10.

The invention will be explained in further detail in the following on the basis of an example of embodiment that is portrayed in a drawing. Here:

Fig. 1 shows a partially cut-away representation of a forceps of the device according to the invention and

Fig. 2 shows a section through the end of a knot slider.

In Fig. 1 of the drawing, only the head of a forceps 1, which is comprised of a rigid jaw part 2 and a movable or rotatable jaw part 3, is shown from a device for preparing a surgical suture. In this case, the rigid jaw part 2 is found in a plane, which runs parallel next to the axis of the forceps 1. The movable jaw part 3 is mounted on a stationary shaft 4 and can be moved from its depicted open position in the direction of arrow 5 and back again. For this purpose, a system of rods, which is known in and of itself and is not shown, is provided in the hollow shaft 6 of the forceps 1, and this rod system grips a lever arm of the jaw part 3 and can be actuated by a handle part found on the other end of the forceps 1.

The rigid jaw part 2 is provided, on its free end, and on the side turned toward the movable jaw part 3, with a knob-like piece 7, in which a bore 8 is

incorporated. In the present case, this bore 8 runs at an angle of approximately 60° relative to the inner surface of the rigid jaw part 2. If it is necessary, the bore 8 may also run at another angle between 45°and 90°, whereby, however, an angle of 60° offers considerable advantages, and these will be gone into in further detail below.

At the inner end of the bore 8, there is adjoined a channel 9, which, in an advantageous manner, is shaped in its cross section slightly smaller than the bore 8. This channel 9 at first runs centrally relative to the bore 8 and is then inclined at an angle of approximately 90°, as can be well recognized in Fig. 1 of the drawing.

The bore 8 is used for taking up a surgical needle 10, at the head 11 of which is joined a thread 12, which is made of a suitable material, in a way which is known in and of itself. The needle 10, as it is shown here, has a straight configuration. Due to the oblique position of the bore 8, the tip 13 of the needle 10 points in the direction of the free end of the movable jaw part 3. The diameter of the bore 8 in the knob-like piece 7 is now selected in such a way that the head 11 of the needle 10 fits into it in a lock-and-key manner and thus is free of play to a great extent and can be taken up and guided by the bore 8. For inserting the needle 10 into the bore 8, it is necessary that the free end of the thread 12 is inserted first through the bore 8 and then through the bent channel 9. As soon as the thread 12 projects out from the channel 9, the needle 10 can be pulled by it into the bore 8 and thus into the position, which is shown in Fig. 1, and, in addition, it can also be held here. For this purpose, it is only necessary that a slight pulling force is exercised on the thread 12.

The knob-like piece 7 is disposed approximately centrally on the rigid jaw part 2 and, in a plane perpendicular to the drawing, possesses a width, which well corresponds to one-third of the width of the jaw part 2. The movable jaw part 3 is provided on its free end with a recess that is disposed centrally, the width of which is slightly larger than the width of the knob-like piece 7. Due to this recess, the movable jaw part 3 possesses an end 14 which is formed in a fork shape and which surrounds the knob-like piece 7 when it is in its folded-together or closed state. In addition, still more projecting pieces 15 are provided on the fork-shaped end 14, and these projections are formed like hooks or possess a surface equipped with teeth. In order to take up these projecting pieces 15, the rigid jaw part 2 has correspondingly shaped recesses, but these are not shown in the drawing. The projecting pieces 15 make it easier to grasp the tissue parts that are to be sutured by the needle 10.

The device which is described above is configured in such a way that the head of the forceps 1, which is represented, is introduced into the body cavity by means of a suture applicator and can be guided therein up to the site of suture. In this case, the needle 10, however, does not assume the position that is depicted in Fig. 1. In the rigid jaw part 2, in the side which is turned toward the movable jaw part 3, a groove-like hollow part 16 is incorporated, the length and cross section of which are selected in such a way that they can take up the needle 10, whereby the thread 12 has already been passed through the bore 8 and the channel 9, so that the other end of the thread 12 projects out of the endoscope tube. The needle 10 is secured in its position in the hollow part 16 by means of the closed or folded-

together jaw part 3. If necessary, the hollow part 16, on its end which is turned toward the shaft 4, may possess a hollowed-out part 17, into which the tip 13 of the needle 10 projects when the forceps 1 is in the closed state. This secures the position of the needle 10 in a still better way in the hollow part 16 and excludes the possibility that the needle 10 can be removed from the hollow part 16 in an unintentional manner.

As soon as the head of the forceps 1 is found in the body cavity, first the movable jaw part 3 is opened in the direction opposite to that of arrow 5 and thus is brought into its position according to Fig. 1. The thread 12 is now pulled from the outside. This leads to the fact that the head 11 of the needle 10 slides into bore 8 and provides the needle 10 with a secure hold therein. As has already been mentioned, the needle 10 maintains its stable position in the bore 8 by a slight pulling on the thread 12, and in this way it can be easily used for the grasping and then for the piercing of the tissue that is to be sutured or that is to be joined. Due to the oblique position of the needle 10, the tissue parts that are to be joined can be pulled together, whereby this pulling together can be supported also by the movable jaw part 3, if this is necessary.

After the tissue has been pierced, a pull is no longer exercised on the needle 10 by means of the thread 12, so that the needle can now be released from its position in the bore 8. The forceps 1 is now folded together again and pulled out of the suture applicator. At the same time, the needle 10 is also pulled through. Now a knot is formed between the two ends of the thread 12 found on the outside. This knot is configured in such a way that it can be displaced on a portion of the

thread inwardly into the body cavity, but a movement in the other direction will be excluded. In order to displace the knot, the device possesses a knot slider 18, as it is represented in Fig. 2. This knot slider 18 is comprised of a rod with a circular-shaped cross section, in the lateral surface of which an axially running slot 19 is incorporated. The front surface 20 of the knot slider 18, which slides the knot, is now shaped in a concave manner. From the deepest-lying site of this front surface 20, an obliquely running channel 21 now leads to the slot 19. The portion of the thread, onto which the formed knot is displaced, is now guided through the channel 21 and then through the slot 19. This results in the great advantage that the formed knot will maintain its position on the front surface 20 of the knot slider 18 and can never leave it. This [arrangement] makes certain that the knot can be moved without adversely affecting thereby the tissue that is held together by means of the thread 12, up until it reaches the site of suture. After the knot has reached its position, which has been established beforehand, the thread that still remains will be separated in a way that is known in and of itself, and, if it is necessary, a new suture or a new suture stitch will be produced in the manner described.

Patent claims

1. A device for producing a laparoscopic-surgical suture, which is comprised of a surgical forceps that can be guided to the site of suture through a trocar sleeve or by means of a suture applicator, with a rigid jaw part and a movable jaw part that can be opened and closed [folded together and unfolded] by means of an external handle piece, a surgical needle with a thread that is joined in one piece to the head of the same and a knot slider that can also be introduced through the endoscopic suture applicator, **is hereby characterized in that** one jaw part (2) is provided, in the vicinity of its free end, with a bore (8) which is converted into a thread channel (9) for the uptake of the head (11) of the needle (10) which can be plugged therein.

2. The device according to claim 1, further characterized in that the bore (8) is arranged at an angle of approximately 30° up to 90° relative to the jaw part (2).

3. The device according to claim 1, further characterized in that the bore (8) is arranged at an angle of 60° relative to the jaw part (2).

4. The device according to at least one of claims 1 to 3, further characterized in that the bore (8) is configured in the rigid jaw part (2).

5. The device according to at least one of claims 1 to 4, further characterized in that one jaw part (2) is equipped with a groove-like hollow part (16) for the uptake of the needle (10).

6. The device according to claim 5, further characterized in that the hollow part (16) is disposed in the jaw part (2) which has the bore (8).

7. The device according to claim 5 or 6, further characterized in that the hollow part (16) has a hollowed-out part (17) at its end that takes up the tip (13) of the needle (10).

8. The device according to at least one of claims 1 to 7, further characterized in that the jaw part (3) that lies opposite the bore (8) is shaped like a fork at its free end.

9. The device according to claim 8, further characterized in that hook-shaped projections (15) are formed at the free ends of the fork-shaped jaw part (3).

10. The device according to at least one of claims 1 to 9, with a rod-type knot slider, which has an axially running slot in its lateral surface, is hereby characterized in that the front surface (20) of the knot slider (18) is formed in a concave manner and a channel (21) leads from the deepest-lying site of the front surface (20) to the slot (19).

---

One page of drawings is attached hereto.

12

--Blank page—

Drawing page 1

Number: **DE 4,235, 602 A1**
Int. Cl.$^5$: **A 61 B 17/04**
Date laid open: **April 28, 1994**



Fig.1



Fig.2