**Without the "Needled Suture"**



Plaintiff's Prior Art Acufex® Suture Punch
Closed



Plaintiff's Prior Art Acufex® Suture Punch
Open

**With the "Needled Suture"**



Needle Tilted Back in the "Stowed Position"
as Demonstrated by John Duran



Needle Pulled into the "Suturing Position"
as Demonstrated by John Duran

This device was produced by Plaintiff under Bates No. SNE 14794 and was marked at the May 7, 2004 Deposition of '982 Inventor John Duran as Exhibit 6 (Exhibit 6 - Box with Contents; Exhibit 6A - Instructions; Exhibit 6B - Acufex® Suture Punch)

# Photographs of the tip of the Plaintiff's
# Prior Art Acufex® Suture Punch
# Showing that it is Structured as Claimed in the '982 Patent

Exhibit Q
Page 1 of 1