IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>　　　　Defendant. | Civil Action No.  03CV 12310 NMG |

**SECOND APPENDIX OF EXHIBITS
ATTACHED TO DECLARATION OF JOSEPH C. ANDRAS
(EXHIBITS 1-3, PROSECUTION HISTORIES)**

　　　　Attached hereto are prosecution history exhibits relevant to Surgical Solutions' motion for summary judgment.   These exhibits are referenced in and supported by the accompanying declaration of Joseph C. Andras:

<u>Prior Art '747 Patent</u>

　　　Exhibit 1　　**'747 Parent Application History** - Prosecution history of Plaintiff's U.S. Patent Application No. 479,514 filed on January 7, 1995, abandoned..

　　　Exhibit 2　　**'747 Child Application History** - Prosecution history of Plaintiff's U.S. Patent Application No. 603,859 filed on February 22, 1996, and issued as Plaintiff's U.S. Patent No. 5,730,747

<u>'982 Patent, the Patent-in-Sut</u>

　　　Exhibit 3　　**'982 Application History** - Prosecution history of Plaintiff's U.S. Patent Application No. 08/832,061 filed on April 2, 1997, and issued as Plaintiff's U.S. Patent No. 5,947,982

- 2 -

                                  SURGICAL SOLUTIONS, LLC

Date: Aug 27, 2004        By:    /S/: Joseph C. Andras
                                            Joseph C. Andras (CA Bar No. 138,181)
                                            Vic Y. Lin (CA Bar No. 192,292)
                                            Myers Dawes Andras & Sherman, LLP
                                            19900 MacArthur Boulevard, 11th Floor
                                            Irvine, CA 92612
                                            Tel: (949) 223-9600
                                            Fax: (949) 223-9610

                                            /S/: Louis M. Ciavarra
                                            Louis M. Ciavarra (546,481)
                                            Bowditch & Dewey, LLP
                                            311 Main Street, P.O. Box 15156
                                            Worcester, MA 01615-0156
                                            Tel:  (508) 926-3408
                                            Fax: (508) 929-3011