IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.  03CV 12310 NMG |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

**Exhibit(s) to the Declaration of Tom Weisel**

    Exhibit A    Surgical Solutions' United States patent application publication no. US 2003/0065337 A1

**Exhibits Referenced in the First Appendix to the Declaration of Joseph C. Andras**

| | |
|---|---|
| Exhibit A | Plaintiff's United States Patent No. 5,947,982 ("the patent-in-suit" or "the '982 patent') |
| Exhibit B | Amended Complaint and Demand for Jury Trial |
| Exhibit C | Defendant's Answer to Amended Complaint |
| Exhibit D | Counterclaim for Declaratory Judgment of Non-Infringement, Invalidity and/or Unenforceability of Patent-in-Suit |
| Exhibit E | **Prior art:** Plaintiff's United States Patent No. 5,730,747 ("the '747 patent") |
| Exhibit G | **Prior art:** United States Patent No. 3,842,840 dated October 22, 1974 issued to Edward E. Schweizer ("the Schweizer '840 patent) |
| Exhibit I | **Prior art:** United States Patent No. 5,318,577 dated June 7, 1994 issued to Lehmann K. Li ("the Li patent") |
| Exhibit J | Plaintiff's International Application No. WO 98/43545, The foreign counterpart to the '982 patent. |
| Exhibit K | **Not Prior Art:** European Patent Office ("EPO") Application No. EP 778004 A1 filed by Masatoshi Fukuda et al. and published on November 6, 1997 ("Fukuda's EPO Application") |
| Exhibit L | **Prior art:** United States Patent No. 5,824,009 dated October 20, 1998, filed on December 6, 1996, and issued to Masatoshi Fukuda et al. ("Fukuda's U.S. Patent") |
| Exhibit N | **Prior art:** German Patent Application No. DE 4335601 A1 filed by Dr. Oktay Sevinc and published on April 28, 1994 ("the German Sevinc Application") |
| Exhibit P | Excerpts from the May 7, 2004 deposition of '982 inventor John Duran |
| Exhibit Y | Non-Confidential Excerpts from "Plaintiff Smith & Nephew, Inc.'s Response to Surgical Solutions' First Set of Interrogatories (Nos. 1-7) |
| Exhibit Z | Non-Confidential Excerpts from "Plaintiff Smith & Nephew, Inc.'s First Supplemental Responses to Surgical Solutions' First Set of Interrogatories (Nos. 1-7)" |

**Exhibits Referenced in the First Appendix to the Declaration of Joseph C. Andras**

<u>Prior Art '747 Patent</u>

    Exhibit 1    **'747 Parent Application History** - Prosecution history of Plaintiff's U.S. Patent Application No. 479,514 filed on January 7, 1995, abandoned..

    Exhibit 2    **'747 Child Application History** - Prosecution history of Plaintiff's U.S. Patent Application No. 603,859 filed on February 22, 1996, and issued as Plaintiff's U.S. Patent No. 5,730,747

<u>'982 Patent, the Patent-in-Sut</u>

    Exhibit 3    **'982 Application History** - Prosecution history of Plaintiff's U.S. Patent Application No. 08/832,061 filed on April 2, 1997, and issued as Plaintiff's U.S. Patent No. 5,947,982

The original documents are maintained in the case file in the Clerk's Office.

SURGICAL SOLUTIONS, LLC

Date: August 27, 2004    By:    /S/: Joseph C. Andras
Joseph C. Andras (CA Bar No. 138,181)
Vic Y. Lin (CA Bar No. 192,292)
Myers Dawes Andras & Sherman, LLP
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
Tel: (949) 223-9600
Fax: (949) 223-9610

/S/: Louis M. Ciavarra
Louis M. Ciavarra (546,481)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel:  (508) 926-3408
Fax: (508) 929-3011