IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | Civil Action No.  03CV 12310 NMG |
| Plaintiff, | |
| v. | |
| SURGICAL SOLUTIONS, LLC, | |
| Defendant. | |

---

**NOTICE OF LODGING OF EXPRESSEW® SUTURE PASSER**

---

Please take notice that defendant Surgical Solutions, LLC ("Surgical Solutions") will lodge the following physical exhibit with the Court in connection with its Motion for Summary Judgment of Non-Infringement and/or Invalidity:

> a box containing a physical sample of Surgical
>
> Solutions' ExpresSew® Suture Passer, some needles
>
> and unattached suture for use therewith, and written
>
> instructions.

- 2 -

It is believed that the sample device will assist the Court in deciding

Surgical Solutions' Motion for Summary Judgment

SURGICAL SOLUTIONS, LLC

Date: August 27, 2004            By:    /S/: Joseph C. Andras
                                        Joseph C. Andras (CA Bar No. 138,181)
                                        Vic Y. Lin (CA Bar No. 192,292)
                                        Myers Dawes Andras & Sherman, LLP
                                        19900 MacArthur Boulevard, 11th Floor
                                        Irvine, CA 92612
                                        Tel: (949) 223-9600
                                        Fax: (949) 223-9610

                                        /S/: Louis M. Ciavarra
                                        Louis M. Ciavarra (546,481)
                                        Bowditch & Dewey, LLP
                                        311 Main Street, P.O. Box 15156
                                        Worcester, MA 01615-0156
                                        Tel:  (508) 926-3408
                                        Fax: (508) 929-3011