# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

BY HAND

August 27, 2004

Mr. Tony Anastas, Clerk
United States District Court
    for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02110

Re:  Smith & Nephew, Inc. v. Surgical Solutions, LLC
     Civil Action No. 03 CV 12310 NMG

Dear Mr. Anastas:

It has come to our attention that Exhibit A that was attached to Plaintiff Smith & Nephew, Inc.'s Memorandum in Support of its Motion for Leave to File Second Amended Complaint (Filed Under Seal), which we filed yesterday in this action, may have been missing a page. The page in question is page 4 of the attachment to the 1/20/04 Declaration of Brett Bannerman, which was included as Exhibit A to the Memorandum. Accordingly, we are herewith enclosing a replacement copy of the entirety of Exhibit A. Please note that this particular exhibit is not confidential and is not being filed under seal.

I apologize for any confusion or inconvenience.

Very truly yours,

Mark J. Hebert
BBO No. 546,712

Enclosures

cc/enc. (by Federal Express and mail):    Louis M. Ciavarra, Esq.
                                          Joseph C. Andras, Esq.
                                          Counsel for Surgical Solutions, LLC

20928961.doc