```
 1 │ Joseph C. Andras, CBN 138181
   │ Vic Y. Lin, CBN 192292
 2 │ Myers, Dawes & Andras
   │ 650 Town Center Drive, Suite 650
 3 │ Costa Mesa, CA  92626
   │ Tel: (714) 444-1199
 4 │ Fax: (714) 444-1198
 5 │
   │ Attorneys for Defendant
 6 │ Surgical Solutions, LLC
 7 │
```

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., a Delaware Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>SURGICAL SOLUTIONS, LLC., a California limited liability company,<br><br>   Defendant | Case No. 03 CV 12310 PBS<br><br>**DECLARATION OF BRETT BANNERMAN IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. 1404(a)** |

DECLARATION OF BRETT BANNERMAN

I, BRETT BANNERMAN, hereby declare the following:

1. I am the President of Surgical Solutions, LLC, the defendant in the case entitled <u>Smith & Nephew, Inc. vs. Surgical Solutions, LLC.</u>, filed in the United States District Court for the District of Massachusetts as case no. 03 CV 12310 PBS.

2. The Plaintiff's Amended Complaint and Demand for Jury Trial alleges that we are infringing on U.S. Patent No. 5,947,982 for a "Suture-Passing Forceps."

3. The Complaint does not clearly say so, but it appears that the accused product is our so-called "ExpressSew Suture Passer":



4. I am a California resident residing in Canyon Country, California. I founded and am now responsible for overseeing the day-to-day business of Surgical Solutions, LLC.

5. Surgical Solutions is a limited liability company formed under the laws of the State of California on or about October 14, 1999.

6. Surgical Solutions does not have any administrative offices or manufacturing facilities in Massachusetts.

7. Surgical Solutions does not own any real property or other assetts in Massachusetts.

8. Surgical Solutions does not maintain any phone lines in Massachusetts.

9. Surgical Solutions does not have any in-house sales personnel in Massachusetts.

10. Surgical Solution is not registered to do business in Massachusetts.

11. Surgical Solutions does not have any employees in Massachusetts.

12. The ExpresSew℠ Suture Passer was designed in California and is manufactured in California. The majority of its components are manufactured by Classic Wire Cut Company, Inc., in California.

13. All of Surgical Solutions' employees with information relevant to this matter, as well as almost all other potential non-employee witnesses for Surgical Solutions reside in California.

14. A list of such witnesses who are known by me to have knowledge of facts or circumstances likely to be relevant to the issues involved in this matter is attached as Exhibit A. The four designers of the ExpresSew℠ Suture Passer are named as inventors in a pending patent application. The ExpresSew℠

Suture Passer is the subject of a pending Patent Application that was filed in the United States Patent and Trademark Office on September 25, 2002. The application was assigned serial No. 10/255,523 and was published on April 3, 2003 as Pub. No. US 2003/0065337 A1. Each of the four inventors in the ExpresSew™ Patent Application is a resident of California.

15. All of the documents related to the design and production of the allegedly infringing product as well as all of the documents related to Surgical Solutions' sales are located in California.

16. On September 11, 2003, an attorney named Mr. Peter J. Daylin Inc. wrote to our VP of Sales, Brad Fricke, and accused our ExpresSew™ Suture Passer of infringing on the claims of Smith & Nephew's patent. We subsequently obtained a written opinion of counsel from Mr. Richard L. Myers, a California attorney with offices in Irvine, California. Mr. Myers provided us with a written opinion of non-infringement and, on November 3, 2003, Mr. Myers wrote to Mr. Daylin and informed him of his conclusion that the ExpresSew™ Suture Passer does not infringe any valid claim of the Smith & Nephew patent.

17. Surgical Solutions only has seven (7) employees, five (5) full-time employees and two (2) part-time employees. All of Surgical Solutions' employees reside in California.

18. Surgical Solutions total revenues for 2003 were less than 2.4 million dollars.

19. In its entire existence, Surgical Solution has only delivered eleven (11) units of its ExpresSew™ Suture Passer to customers in Massachusetts.

20. Plaintiff Smith & Nephew is a very large company relative to Surgical Solutions. As evidenced by the printout from the Smith & Nephew website attached hereto as Exhibit B, Plaintiff Smith & Nephew is part of a United Kingdom conglomerate that has been operating for nearly one hundred fifty years (since 1856), operates worldwide in 32 countries, and employs over 7,500 people. As shown by the printout from Hoovers Online, a business data service, Smith & Nephew PLC had 2002 revenues of about two billion dollars ($1.78 billion), and it currently trades on both the New York and London stock exchanges.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20th, 2004

Brett Bannerman

**Prospective Witness List of Defendant Surgical Solutions, LLC**

**A. Witnesses Who are Officers or Employees of Surgical Solutions**

| Name & Address | Subjects of Information |
|---|---|
| 1) Brett Bannerman, President<br>Surgical Solutions<br>25048 Anza Dr.<br>Valencia, CA 91355 | Officer of Surgical Solutions, LLC.<br><br>An inventor of the invention disclosed in US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1).<br><br>Knowledgeable re the formation and day-to-day operation of Surgical Solutions, LLC.<br><br>Knowledgeable re the design, manufacture, operation and marketing of the ExpresSew™ Suture Passer.<br><br>Knowledgeable re the preparation, filing and prosecution of various patents including, but not limited to, US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1) which relates to the Express Sew product. |

| | |
|---|---|
| 2) **Tom Weisel, VP Engineering** Surgical Solutions 25048 Anza Dr. Valencia, CA   91355 | Officer of Surgical Solutions, LLC.<br><br>An inventor of the invention disclosed in US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1) which relates to the Express Sew product.<br><br>Knowledgeable re the design, manufacture, operation and marketing of the ExpresSew™ Suture Passer.<br><br>Knowledgeable re the preparation, filing and prosecution of various patents including, but not limited to, US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1) which relates to the Express Sew product.<br><br>Knowledgeable re the interactions with Surgical Solutions' patent attorney regarding the alleged infringement.<br><br>Knowledgeable re the preparation and printing of the written instructions for the ExpresSew™ Suture Passer. |

| | |
|---|---|
| 3) **Marty Padget, Project Engineer**<br>Surgical Solutions<br>25048 Anza Dr.<br>Valencia, CA  91355 | Employee of Surgical Solutions.<br><br>Came on in April of 2003 and has been involved, off and on, with ongoing improvements to the ExpresSew™ Suture Passer. |
| 4) **Dave Jenson, R&D Prototype Machinist**<br>Surgical Solutions<br>25048 Anza Dr.<br>Valencia, CA  91355 | Employee of Surgical Solutions.<br><br>Knowledgeable re the prototyping for the ExpresSew™ Suture Passer.  He provided input on proposed designs and materials. |
| 5) **Brad Fricke, VP of Sales**<br>Surgical Solutions<br>25048 Anza Dr.<br>Valencia, CA  91355 | Employee of Surgical Solutions.<br><br>He had input on the design by providing extensive help with clinical trials during the development stage. Interacted with doctors and distributors as to feedback on the design. |
| 6) **Barbara White, Customer Service**<br>Surgical Solutions<br>25048 Anza Dr.<br>Valencia, CA  91355 | Employee of Surgical Solutions.<br><br>Interactions with customers regarding the ExpresSew™ Suture Passer. |

**B. Witnesses Who are Not Officers or Employees of Surgical Solutions**

| Name & Address | Subjects of Information |
|---|---|
| 1) **Brad Topper**<br>22711 Pear Court<br>Saugus, CA 91390 | Manager of Business Development for Classic Wire Cut Company, Inc., a company that makes certain components for the ExpresSew™ Suture Passer.<br><br>An inventor of the invention disclosed in US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1) which relates to the Express Sew product.<br><br>Classic Wire Cut Company manufactures components for numerous other companies involved in arthroscopy. |
| 2) **J. Terry Benson**<br>22130 Victory Blvd., #A209<br>Woodland Hills, CA   91367 | An inventor of the invention disclosed in US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1) which relates to the Express Sew product. |
| 3) **Ms. Marle Thompson, Controller**<br>Classic Wire Cut Company, Inc.<br>25014 Anza Dr.<br>Valencia, CA   91355 | Works part time at Surgical Solutions.<br><br>Knowledgeable as to the sales and accounting records of Surgical Solutions. |

| | | |
|---|---|---|
| 1 | 4) **Richard L. Myers, Esq.**<br>Myers Dawes Andras & Sherman LLP<br>19900 MacArthur Blvd., Suite 1150<br>Irvine, CA  92612<br>(949) 223-9600 | Outside patent counsel who assisted Surgical Solutions file and prosecute several patent and trademark applications including, but not limited to, US Patent Application No. 10/255,523, filed on September 25, 2002. and published on April 3, 2003 (Pub. No. US 2003/0065337 A1) which relates to the Express Sew product.<br><br>Provided Surgical Solutions with an opinion of counsel with respect to Smith & Nephew's allegation that the ExpresSew™ Suture Passer infringes U.S. Patent No. 5,947,982. |
| 2 | 5) **Scott Fischer, MD**<br>280 S. Main Street, Suite 200<br>Orange, CA  92868<br>(714) 937-2169 | Orthopedic surgeon that regularly uses the ExpresSew™ Suture Passer in surgical procedures and is intimately familiar with its development, construction and functionality.<br><br>Has been a technical advisor to Surgical Solutions since September of 2001.<br><br>Knowledgeable as to the development of the ExpresSew™ Suture Passer.  Knowledgeable regarding arthroscopic surgical procedures that could make use of the Smith & Nephew product, the ExpresSew™ Suture Passer product, and other competitive products. |

| | |
|---|---|
| 6) **Ron Karzel, MD**<br>6815 Noble Ave.<br>Van Nuys, CA 91405<br>(818) 901-6600 | Orthopedic surgeon that regularly uses the ExpresSew™ Suture Passer in surgical procedures and is intimately familiar with its development, construction and functionality.<br><br>Has been a technical advisor to Surgical Solutions since September of 2001.<br><br>Knowledgeable as to the development of the ExpresSew™ Suture Passer. Knowledgeable regarding arthroscopic surgical procedures that could make use of the Smith & Nephew product, the ExpresSew™ Suture Passer product, and other competitive products. |
| 7) **Ron Kvitne, MD**<br>6801 Park Terrace<br>Los Angeles, CA 90045<br>(310) 665-7216 | Orthopedic surgeon that regularly uses the ExpresSew™ Suture Passer in surgical procedures and is intimately familiar with its development, construction and functionality.<br><br>Has been a technical advisor to Surgical Solutions since September of 2001.<br><br>Knowledgeable as to the development of the ExpresSew™ Suture Passer. Knowledgeable regarding arthroscopic surgical procedures that could make use of the Smith & Nephew product, the ExpresSew™ Suture Passer product, and other competitive products. |