**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                Plaintiff(s)

        V.                                                                CIVIL ACTION

                                                                          NO. _____
_____
                Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE _____

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On _____ I held the following ADR proceeding:

        SCREENING CONFERENCE            EARLY NEUTRAL EVALUATION
        MEDIATION                       SUMMARY BENCH / JURY TRIAL
        MINI-TRIAL                      SETTLEMENT CONFERENCE

        All parties were represented by counsel  [except _____]
        The parties were     /were not      present in person or by authorized corporate officer [except
        _____].
        The case was:

[ ]   Settled.  Your clerk should enter a _____ day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless
      the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This
      case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:


_____                                    _____
        DATE                                                        ADR Provider


(ADRReportforpdf.wpd  - 4/12/2000)