IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>　　Defendant. | Civil Action No.  03CV 12310 NMG |

**NOTICE OF LODGING OF VIDEOTAPE OF JOHN DURAN DEPOSITION**

　　Please take notice that defendant Surgical Solutions, LLC ("Surgical Solutions") will lodge the following physical exhibit with the Court in connection with its Motion for Summary Judgment of Non-Infringement and/or Invalidity:

　　a videotape excerpt from the may 7, 2004 deposition of John Duran, with inventor John Duran demonstrating for the camera that the claims of the '982 patent cover the Plaintiff's <u>old</u> Acufex® Suture Punch and are, therefore, invalid.

　　(*See* Memorandum in Support of Defendant's Motion for Summary Judgment of Invalidity, pages 8-15)

- 1 -

It is believed that the videotape will assist the Court in deciding Surgical Solutions' Motion for Summary Judgment

                                       SURGICAL SOLUTIONS, LLC

Date: September 1, 2004      By:    /S/: Joseph C. Andras
                                            Joseph C. Andras (CA Bar No. 138,181)
                                            Vic Y. Lin (CA Bar No. 192,292)
                                            Myers Dawes Andras & Sherman, LLP
                                            19900 MacArthur Boulevard, 11th Floor
                                            Irvine, CA 92612
                                            Tel: (949) 223-9600
                                            Fax: (949) 223-9610

                                            /S/: Louis M. Ciavarra
                                            Louis M. Ciavarra (546,481)
                                            Bowditch & Dewey, LLP
                                            311 Main Street, P.O. Box 15156
                                            Worcester, MA 01615-0156
                                            Tel: (508) 926-3408
                                            Fax: (508) 929-3011