UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 NMG |

**JOINT STIPULATION REGARDING BRIEFING SCHEDULE AND DISCOVERY;**
**AND [PROPOSED] ORDER THEREON**

The parties hereto, Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") and Defendant Surgical Solutions, LLC ("Surgical Solutions"), having met and conferred regarding the motions for summary judgment filed by Surgical Solutions in advance of the March 15, 2005 deadline set for such motions in the Scheduling Order issued by this Court on March 18, 2004, and having agreed to a briefing schedule for such motions, and having further agreed that it would be in the best interest of the parties and the Court to hold discovery and other matters in this action in abeyance until there is a ruling on such motions, hereby agree to entry of an order regarding the following matters and dates, subject to the approval of Court:

    1.    Defendant Surgical Solutions' Motion For Leave To Exceed Page Limits For Its Motions For Summary Judgment, seeking leave to file two briefs that total 60 pages in length, filed on August 27, 2004, is hereby GRANTED.

    2.    Smith & Nephew's oppositions to Surgical Solutions' pending motions for summary judgment, if any, shall be due to be filed and served no later than Friday, October 15, 2004. Smith & Nephew shall be allowed to file two responsive briefs that total up to 60 pages in length.

      3.      Surgical Solutions' reply briefs, if any, shall be due to be filed and served no later than Monday, November 15, 2004.  Surgical Solutions shall be allowed to file two reply briefs of up to 20 pages each in length.

      4.      Smith & Nephew's surreply briefs, if any, shall be due to be filed and served no later than Wednesday, December 1, 2004.  Smith & Nephew shall be allowed to file two surreply briefs of up to 10 pages each in length.

      5.      The hearing on Surgical Solutions' pending motions for summary judgment shall take place on _____ , _____ at ____ am/pm [to be scheduled at the convenience of the Court].

      6.      All further discovery in this action is hereby STAYED until after a decision on the pending summary judgment motions.

      7.      Within two weeks following a decision on the summary judgment motions, the parties will submit a Joint Report (setting forth each of their positions separately if agreement cannot be reached) as to the impact of such decision on further proceedings in this case.  If further proceedings remain in this case, other than those that are already set forth in the Scheduling Order of March 18, 2004, the parties will submit their proposed schedules for such proceedings.  The parties further stipulate and agree that if both pending motions are denied, the fact discovery deadline should be extended to twelve (12) weeks from the date of the Joint Report, and all other deadlines in the Scheduling Order of March 18, 2004 should also be extended accordingly.

Dated:  September 28, 2004

By:  /s/ Joseph C. Andras
    Joseph C. Andras
    Vic Y. Lin
    Myers Dawes Andras & Sherman, LLP
    19900 MacArthur Boulevard, 11th Floor
    Irvine, CA 92612
    Telephone: (949) 223-9600
    Facsimile: (949) 223-9610

    Louis M. Ciavarra (BBO 546,481)
    Bowditch & Dewey LLP
    311 Main Street
    Worcester, MA 01615-0156
    Telephone: (508) 926-3408
    Facsimile: (508) 929-3011

Attorneys for SURGICAL SOLUTIONS, LLC

By:  /s/ Mark. J. Hebert
    Mark J. Hebert (BBO No. 546,712)
    Thomas M. Johnston (BBO No. 546,712)
    FISH & RICHARDSON P.C.
    225 Franklin Street
    Boston, MA 02110-2804
    Telephone: (617) 542-5070
    Facsimile: (617) 542-8906

    Ruffin B. Cordell
    Ahmed J. Davis
    FISH & RICHARDSON P.C.
    1425 K Street, NW, 11th Floor
    Washington, DC 20005
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

Attorneys for SMITH & NEPHEW, INC.

SO ORDERED this _____ day of _____, 2004.

    _____
    United States District Judge