UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 OCT 15 P 6: 04

SMITH & NEPHEW, INC.,

Plaintiff,

v.                                           Civ. Act. No. 03 CV 12310 NMG

SURGICAL SOLUTIONS, LLC,

Defendant.

## PLAINTIFF SMITH & NEPHEW, INC.'S ASSENTED-TO MOTION TO IMPOUND

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves, with the assent of Defendant Surgical Solutions, LLC ("Surgical Solutions"), to file the following document under seal:

- Smith & Nephew's *Markman* Brief In Support of Its Motion for Construction of the Disputed Claim Terms of the '982 Patent (Filed Under Seal)

- Smith & Nephew's Combined Memorandum In Opposition to Surgical Solutions' Motion for Summary Judgment of Non-Infringement and In Support of Smith & Nephew's Cross-Motion for Summary Judgment of Infringement (Filed Under Seal)

- Smith & Nephew's Combined Memorandum In Opposition to Surgical Solutions' Motion for Summary Judgment of Invalidity and In Support of Smith & Nephew's Cross-Motion for Partial Summary Judgment That the '982 Patent Is Not Invalid As Anticipated by the Cited References (Filed Under Seal)

- Smith & Nephew's Combined Response to Surgical Solutions' Statement of Material Facts In Support of Defendant's Motion for Summary Judgment of Noninfringement and Local Rule 56.1 Concise Statement of Undisputed Material Facts in Support of Smith & Nephew's Cross-Motion for Summary Judgment of Infringement (Filed Under Seal)

- Smith & Nephew's Omnibus Appendix relating to Smith & Nephew's Motions for Summary Judgment and Claim Construction filed October 15, 2004 (Filed Under Seal)

These papers are being filed under seal because they contain information designated by Defendant Surgical Solutions as "Highly Confidential - Attorneys Eyes Only" under the Stipulated Protective Order that has been entered in this case.

In accordance with Local Rule 7.2, Smith & Nephew proposes that this material should be impounded until the Court has rendered a decision on the subject motions for summary judgment and claim construction, at which time it would be retrieved by Smith & Nephew.

Respectfully submitted,

Dated: October 15, 2004        By: _____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred in a telephone conference on October 15, 2004 regarding the subject of this motion. As a result of this conferences, Joe Andras, Esq., counsel for Surgical Solutions, has advised that Surgical Solutions assents to this motion.

_____
Thomas M. Johnston

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on October 15, 2004.

_____

20957380.doc