UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>    Defendant. | Civ. Act. No. 03 CV 12310 NMG |

## PLAINTIFF SMITH & NEPHEW, INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby cross-moves this Court, pursuant to Federal Rule of Civil Procedure 56, for entry of summary judgment that Defendant Surgical Solutions' ExpresSew product infringes at least claims 1, 19 and 20 of United States Patent No. 5,947,982 ("the '982 patent"). Claim 1, 19 and 20 of the '982 patent literally read on the ExpresSew product, and thus that product infringes those claims. Further, even if this Court agrees with Surgical Solutions claim construction, claims 1, 19 and 20 of the '982 patent read on the ExpresSew product under the doctrine of equivalents, and thus that product still infringes those claims.

WHEREFORE, for the reasons stated above and in the accompanying Smith & Nephew's Combined Memorandum in Opposition to Surgical Solutions' Motion for Summary Judgment of Non-Infringement and In Support of Smith & Nephew's Cross-Motion for Summary Judgment of Infringement, Smith & Nephew respectfully requests that this Court enter judgment in favor of Smith & Nephew by denying Surgical Solutions' Motion for Non-Infringement and granting Smith & Nephew's Cross-Motion for Summary Judgment of Infringement.

## REQUEST FOR ORAL ARGUMENT

In accordance with this Court's original scheduling order, in which oral arguments pertaining to summary judgment motions was contemplated, Smith & Nephew hereby requests oral argument on the matters set forth in this motion.

Respectfully submitted,

Dated: October 15, 2004       By: _____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred in a telephone conference on October 15, 2004, regarding the subject of this motion. As a result of this conference, Joe Andras, Esq., counsel for Surgical Solutions, has advised that Surgical Solutions would not consent to this motion.

_____
Thomas M. Johnston

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on October 15, 2004.

_____

20957735.doc

2