IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.  03CV 12310 NMG |

**DEFENDANT SURGICAL SOLUTIONS, LLC'S COMBINED MEMORANDUM
IN REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT AND
IN OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR
SUMMARY JUDGMENT OF INFRINGEMENT**

**The enclosed document is being filed under seal in accordance with
Defendant's Motion to Impound, filed on November 17, 2004**