IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No.  03CV 12310 NMG |

### SURGICAL SOLUTIONS, LLC'S ASSENTED-TO MOTION TO IMPOUND

Defendant Surgical Solutions, LLC ("Surgical Solutions") hereby moves, with the assent of plaintiff Smith & Nephew, Inc. ("Plaintiff"), to file the following documents under seal:

- Defendant Surgical Solutions, LLC's Combined Memorandum in Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment of Non-Infringement and in Opposition to Plaintiff's Cross-Motion for Summary Judgment of Infringement

- Defendant Surgical Solutions, LLC's Motion to Compel Plaintiff Smith & Nephew, Inc.'s Supplemental Production of Documents; Supporting Memorandum

- Notice Of Lodging of CD-ROM Containing Plaintiff Smith & Nephew, Inc.'s Powerpoint Presentation in Which it Admits That the Suture is Not "Attached" to the Needle in Plaintiff's Copy of the Defendant's ExpresSew Suture Passer

These papers are being filed under seal because they contain information that Plaintiff has indicated is confidential.

In accordance with Local Rule 7.2, Surgical Solutions proposed that this material should be impounded until the Court has rendered a decision on the subject motion to compel and motions for summary judgment, at which time ti would be retrieved by Surgical Solutions.

SURGICAL SOLUTIONS, LLC

Date: November 17, 2004    By:    /S/: Joseph C. Andras
Joseph C. Andras (CA Bar No. 138,181)
Vic Y. Lin (CA Bar No. 192,292)
Myers Dawes Andras & Sherman, LLP
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
Tel: (949) 223-9600
Fax: (949) 223-9610

/S/: Louis M. Ciavarra
Louis M. Ciavarra (546,481)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel: (508) 926-3408
Fax: (508) 929-3011