IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>　　Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>　　Defendant. | Civil Action No.  03CV 12310 NMG |

**DEFENDANT SURGICAL SOLUTIONS, LLC'S MOTION TO COMPEL PLAINTIFF SMITH & NEPHEW, INC.'S SUPPLEMENTAL PRODUCTION OF DOCUMENTS; SUPPORTING MEMORANDUM**

**The enclosed document is being filed under seal in accordance with Defendant's Motion to Impound, filed on November 17, 2004.**