IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No.  03CV 12310 NMG |

**NOTICE OF LODGING OF CD-ROM CONTAINING PLAINTIFF SMITH & NEPHEW, INC.'S POWERPOINT PRESENTATION IN WHICH THE PLAINTIFF ADMITS THAT THE SUTURE IS NOT "ATTACHED" TO THE NEEDLE IN PLAINTIFF'S COPY OF THE DEFENDANT'S EXPRESSEW SUTURE PASSER**

**The enclosed document is being filed under seal in accordance with Defendant's Motion to Impound, filed on November 17, 2004**