UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 NMG |

### PLAINTIFF SMITH & NEPHEW, INC.'S ASSENTED-TO MOTION TO RE-SET BRIEFING SCHEDULE

Plaintiff, Smith & Nephew, Inc. ("Smith & Nephew"), hereby moves, with the assent of Defendant Surgical Solutions, LLC ("Surgical Solutions"), to re-set some of the dates set forth in the Joint Stipulation Regarding Briefing Schedule and Discovery; and [Proposed] Order Thereon filed by the parties on September 28, 2004.

In accordance with paragraphs 3 and 4 of that stipulation, Surgical Solutions' reply briefs in connection with its summary judgment motions were due on November 15, 2004, and Smith & Nephew's surreply briefs were due on December 1, 2004. Thereafter, Surgical Solutions requested a two-day extension, which Smith & Nephew consented to. (Exhibit A). However, Surgical Solutions took an additional two days to complete the filing of its papers until November 19, 2004. Accordingly, by this assented-to motion, Smith & Nephew seeks to re-set the date for filing its surreply briefs from December 1, 2004 to December 7, 2004, which preserves the original scheduling sequence.

WHEREFORE, Smith & Nephew respectfully requests, with the assent of Surgical Solutions, that the date for its surreply briefs in opposition to Surgical Solutions' motions for summary judgment be re-set from December 1, 2004 to December 7, 2004.

                                      Respectfully submitted,

Dated: December 1st, 2004        By: _____

                                      Mark J. Hebert (BBO No. 546,712)
                                      Thomas M. Johnston (BBO No 644,689)
                                      FISH & RICHARDSON P.C.
                                      225 Franklin Street
                                      Boston, MA 02110-2804
                                      Telephone: (617) 542-5070
                                      Facsimile: (617) 542-8906

                                      Ruffin B. Cordell
                                      Ahmed J. Davis
                                      FISH & RICHARDSON P.C.
                                      1425 K Street N.W.
                                      Washington, DC 20005
                                      Telephone: (202) 783-5070
                                      Facsimile: (202) 783-2331

                              Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel for Smith & Nephew hereby certifies that he has conferred with counsel for Surgical Solutions regarding the subject-matter of this motion. Counsel for Surgical Solutions has advised that it assents to the relief requested by this motion.

_____
Mark J. Hebert

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on December 1, 2004.

_____

20985133.doc

2

# Mark Hebert

| | |
|---|---|
| **From:** | Ahmed Davis |
| **Sent:** | Friday, November 12, 2004 2:14 PM |
| **To:** | Joe Andras (E-mail) |
| **Cc:** | Mark Hebert |
| **Subject:** | Brief extension |

Joe:

This email confirms our conversation of this morning wherein we agreed to grant you a two-day extension, until Wednesday, November 17, for your reply/opposition briefs. You have, in turn, granted us a two-day extension for our reply briefs, until Friday, December 3. If your understanding of our agreement differs, please contact me immediately on Monday when you return to your office.

Regards,
Ahmed J. Davis, Esq.
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
(202) 626-6379 (direct)
(202) 783-2331 (fax)
www.fr.com

EXHIBIT A

1