IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civil Action No.  03CV 12310 NMG |

**DEFENDANT SURGICAL SOLUTIONS, LLC'S MOTION
FOR TELEPHONIC STATUS CONFERENCE RE
PLAINTIFF'S IMPROPER SUBMISSION TO THE COURT**

Defendant Surgical Solutions, LLC ("Surgical Solutions") hereby moves for a telephonic status conference on Wednesday, December 15, 2004, or Thursday, December 16, 2004 to discuss Defendant Surgical Solutions' Motion to Require Plaintiff to Withdraw *In-Camera* Declaration ("Motion to Require Withdrawal") filed concurrently herewith and, in particular:

(1) to discuss Defendant's accompanying "Motion to Require Plaintiff to Withdraw Improper *In-Camera* Declaration" necessitated by Plaintiff Smith & Nephew, Inc.'s Motion for Leave to Submit Declaration for *In-Camera* Review and Plaintiff's improper and premature submission of the Hatch declaration;

(2) to request that the Court NOT review the *in-camera* declaration of Laird Hatch that Plaintiff improperly submitted to the Court for purposes unknown to Defendant

- 1 -

unless Plaintiff agrees to provide a copy to Defendant or until after considering Defendant Surgical Solutions, LLC's Motion to Require Plaintiff to Withdraw In-Camera Declaration;

(3) to reset the date by which Defendant must file its Opposition to Plaintiff's "Motion to Strike Improperly Obtained Confidential Documents, and For Sanctions" that is allegedly supported by the Hatch declaration to a reasonable date after the issues surrounding the *in-camera* Hatch declaration are resolved (Defendant's opposition is currently due on Thursday, December 16, 2004).; and

(4) to set a hearing date, in advance of a date for hearing the parties motions and cross-motions for summary judgment and for claim construction, with respect to Defendant's "Motion to Compel Plaintiff's Supplemental Production of Documents", and Plaintiff's "Motion to Strike Improperly Obtained Confidential Documents, and For Sanctions".

Counsel for Defendant Surgical Solutions, LLC conferred with counsel for Plaintiff and confirmed that Plaintiff's counsel is available to hold this conference on Wednesday, December 15, 2004, and on Thursday, December 16, 2004 except between 2:30pm to 4pm (EST).

                                        SURGICAL SOLUTIONS, LLC

Date: December 10, 2004       By:    /S/: Vic Y. Lin
                                                  Joseph C. Andras (CA Bar No. 138,181)
                                                  Vic Y. Lin (CA Bar No. 192,292)
                                                  Myers Dawes Andras & Sherman, LLP
                                                  19900 MacArthur Boulevard, 11th Floor
                                                  Irvine, CA 92612
                                                  Tel: (949) 223-9600
                                                  Fax: (949) 223-9610

- 3 -

/S/: Louis M. Ciavarra
Louis M. Ciavarra (546,481)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Tel:  (508) 926-3408
Fax: (508) 929-3011

- 3 -

- 4 -

**Certification Pursuant to Local Rule 7.1(a)(2)**

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred in a good fait effort to resolve or narrow the issues in this motion.

_____
/s/ Vic Y. Lin

I hereby certify that a true copy of the foregoing document was served on counsel for the opposing party by ECF, by email, and via a courtesy copy to be sent via Federal Express.

_____
/s/ Louis Ciaverra