UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 NMG |

**ASSENTED-TO MOTION FOR LEAVE TO FILE PLAINTIFF SMITH & NEPHEW, INC.'S REPLY *MARKMAN* BRIEF IN SUPPORT OF ITS MOTION FOR CONSTRUCTION OF THE DISPUTED CLAIM TERMS OF THE '982 PATENT**

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves for leave to file the accompanying Reply *Markman* Brief in Support of its Motion for Constuction of the Disputed Claim Terms of the '982 Patent. Surgical Solutions has assented to this Motion for Leave.

This Reply is necessary in order to respond to the misstatements of law and mischaracterizations of fact in Plaintiff Smith & Nephew, Inc.'s Reply *Markman* Brief in Support of its Motion for Construction of the Disputed Claim Terms of the '982 Patent.

WHEREFORE, Smith & Nephew respectfully requests that it be given leave to file the accompanying Reply *Markman* Brief in Support of its Motion for Constuction of the Disputed Claim Terms of the '982 Patent.

Dated: December 7, 2004

Respectfully submitted,

By: _____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

and

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff SMITH & NEPHEW, INC.

**Certificate of Compliance with Local Rule 7.1(A)(2)**

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred regarding the subject of this motion. As a result, Joseph C. Andras, Esq., counsel for Surgical Solutions, has advised that Surgical Solutions assents to this motion.

_____
Mark D. Hebert

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on December 7, 2004.

_____

20987824.doc

2