# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

BY HAND

December 9, 2004

Mr. Tony Anastas, Clerk
United States District Court
　for the District of Massachusetts
One Courthouse Way, Suite 2300
Boston, MA  02110

Re:　Smith & Nephew, Inc. v. Surgical Solutions, LLC
　　　Civil Action No. 03 CV 12310 NMG

Dear Mr. Anastas:

Enclosed for filing in the above-captioned action are the following:

- Original signature page for the Dickenson Declaration that was filed on December 2, 2004, with a faxed signature page; and

- Original signature page for the May Declaration that was filed on December 2, 2004, with a faxed signature page.

Please date stamp the enclosed copies of these documents for our files, and return them to our waiting messenger.  Thank you.

Very truly yours,

Mark J. Hebert
BBO No. 546,712

Enclosures
cc/enc. (by Federal Express and mail):　　Louis M. Ciavarra, Esq.
　　　　　　　　　　　　　　　　　　　　　Joseph C. Andras, Esq.
　　　　　　　　　　　　　　　　　　　　　Counsel for Surgical Solutions, LLC

20988058.doc