2

specifications, procedures and techniques which are not in the public domain or generally known in the industry and such other information and material as S&N may designate as confidential shall be deemed confidential for the purposes of this Agreement. Sales Representative shall not, during and after the termination of this Agreement, copy or disclose to any other person, or use for any purpose other than as contemplated by this Agreement, any of the confidential information or trade secrets.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 1, 2004

*[signature]*
Pamela S. Dickenson

20984735.doc

I declare under penalty of perjury that the foregoing is true and correct.

_____12/01/2004_____  							_____[signature]_____
Date																Thomas C. May

20983714.doc

3