- 1 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., | Civil Action No.  03CV 12310 NMG |
| Plaintiff, | |
| v. | |
| SURGICAL SOLUTIONS, LLC, | |
| Defendant. | |

## DEFENDANT SURGICAL SOLUTIONS, LLC'S ASSENTED-TO MOTION TO IMPOUND

Defendant Surgical Solutions, LLC ("Surgical Solutions") hereby moves, with the assent of Plaintiff Smith & Nephew, Inc.  ("Plaintiff"), to file the following documents under seal, in accordance with the protective order in this case:

1.    Defendant Surgical Solutions, LLC's Opposition to Plaintiff Smith & Nephew, Inc.'s Motion to Strike Improperly Obtained Confidential Documents, and for Sanctions; and

2.    Declaration of Brad Fricke.

These papers are being filed under seal because they contain references to documents asserted as confidential by Plaintiff.

SURGICAL SOLUTIONS, LLC

Date: December 16, 2004        By:    /S/: Joseph C. Andras
                                      Joseph C. Andras (CA Bar No. 138,181)
                                      Vic Y. Lin (CA Bar No. 192,292)
                                      Myers Dawes Andras & Sherman, LLP
                                      19900 MacArthur Boulevard, 11th Floor
                                      Irvine, CA 92612
                                      Tel: (949) 223-9600
                                      Fax: (949) 223-9610

                                      /S/: Louis M. Ciavarra
                                      Louis M. Ciavarra (546,481)
                                      Bowditch & Dewey, LLP
                                      311 Main Street, P.O. Box 15156
                                      Worcester, MA 01615-0156
                                      Tel:  (508) 926-3408
                                      Fax: (508) 929-3011

### Certificate of Compliance with Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for the parties have conferred regarding the subject of this motion.  As a result, Mark J. Hebert, Esq., counsel for Plaintiff, has advised that Plaintiff assents to this motion.

_____

/S/: Vic Lin

I hereby certify that a true copy of the foregoing document was served on counsel for the opposing party by ECF, by email, and via a courtesy copy to be sent via Federal Express.

_____

/S/ Joseph C. Andras

- 2 -