IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>    Defendant. | Civil Action No.  03CV 12310 NMG |

**DEFENDANT SURGICAL SOLUTIONS, LLC'S OPPOSITION TO PLAINTIFF SMITH & NEPHEW, INC.'S MOTION TO STRIKE IMPROPERLY OBTAINED CONFIDENTIAL DOCUMENTS, AND FOR SANCTIONS**

**The enclosed document is being filed under seal in accordance with Defendant's Motion to Impound filed on December 16, 2004**

.