- 1 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>SURGICAL SOLUTIONS, LLC,<br><br>　　　Defendant. | Civil Action No.  03CV 12310 NMG |

## DECLARATION OF BRAD FRICKE

**The enclosed document is being filed under seal in accordance with Defendant's Motion to Impound filed on December 16, 2004**

- 1 -