# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

SMITH & NEPHEW, INC.,

    Plaintiff,

v.

SURGICAL SOLUTIONS, LLC,

    Defendant.

2005 JAN -4 P 5: 20

Civ. Act. No. 03 CV 12310 NMG

---

### MOTION FOR LEAVE TO FILE PLAINTIFF SMITH & NEPHEW, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE IMPROPERLY OBTAINED CONFIDENTIAL DOCUMENTS, AND FOR SANCTIONS

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves for leave to file the accompanying Reply Memorandum In Support Of Its Motion To Strike Improperly Obtained Confidential Documents, And For Sanctions. Surgical Solutions has not responded as to whether it assents to this Motion for Leave.

This Reply is necessary in order to respond to the misstatements of law and confusing, ambiguous and inaccurate statements of facts in Surgical Solutions, LLC's ("Surgical Solutions'") Opposition to Smith & Nephew's Motion To Strike Improperly Obtained Confidential Documents, And For Sanctions.

WHEREFORE, Smith & Nephew respectfully requests that it be given leave to file the accompanying Reply Memorandum In Support Of Its Motion To Strike Improperly Obtained Confidential Documents, And For Sanctions.

Respectfully submitted,

Dated: January 4, 2005         By: _____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

and

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certificate of Compliance with Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for Smith & Nephew has attempted to confer with opposing counsel regarding the subject of this motion. Specifically, on December 21, 2004, the undersigned counsel attempted to contact Joseph C. Andras, Esq., counsel for Surgical Solutions, to discuss this motion, and left a message on Mr. Andras' voicemail requesting a meet and confer regarding this motion. Undersigned counsel also attempted to contact both Joseph C. Andras, Esq. and Vic Lin, Esq. on January 4, 2005 to discuss

this motion, and left messages on both Mr. Andras' and Mr. Lin's voicemail. To date, neither Mr. Andras nor Mr. Lin has responded to those messages.

                                                                              _____
                                                                              Thomas M. Johnston

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on January 4, 2005.

                                                                              _____

21003754.doc