UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | 2005 JAN -4  P 5: 20 <br><br> Civ. Act. No. 03 CV 12310 NMG <br><br> FILED <br> CLERK'S OFFICE |

## PLAINTIFF SMITH & NEPHEW, INC.'S MOTION TO IMPOUND

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves to file the following documents under seal, in accordance with the protective order in this case:

- Plaintiff Smith & Nephew, Inc.'s Reply Memorandum in Support of its Motion to Strike Improperly Obtained Confidential Documents, and for Sanctions (Filed Under Seal)

This paper is being filed under seal because it contains references to documents that are the trade secrets of Smith & Nephew, and/or protected by the attorney-client privilege, and/or have been file under seal by Surgical Solutions in accordance with the Stipulated Protective Order that has been entered in this case.

In accordance with Local Rule 7.2, Smith & Nephew proposes that this material should be impounded until the Court has rendered a decision on the subject motion (namely, Plaintiff

Smith & Nephew, Inc.'s Motion to Strike Improperly Obtained Confidential Documents, and for Sanctions), at which time it would be retrieved by Smith & Nephew.

Respectfully submitted,

Dated: January 4, 2005

By: _____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

and

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certificate of Compliance with Local Rule 7.1(A)(2)

Undersigned counsel certifies that before filing this Motion, counsel for Smith & Nephew has attempted to confer with opposing counsel regarding the subject of this motion. Specifically, on January 4, 2005, the undersigned counsel attempted to contact Joseph C. Andras, Esq. and Vin Lin, Esq., counsel for Surgical Solutions, to discuss this motion, and left messages on both Mr. Andras' and Mr. Lin's voicemail. Neither Mr. Andras nor Mr. Lin has responded to those messages.

_____
Thomas M. Johnston

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on January 4, 2005.

_____

21003816.doc