UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br><br> Defendant. | Civ. Act. No. 03 CV 12310 NMG |

**SUPPLEMENTAL LOCAL RULE 7.1(A)(2) CERTIFICATE TO NOTIFY THE COURT THAT SURGICAL SOLUTIONS HAS NOW ASSENTED TO SMITH & NEPHEW'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO STRIKE IMPROPERLY OBTAINED CONFIDENTIAL DOCUMENTS, AND FOR SANCTIONS**

On January 4, 2005, Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") filed its Motion for Leave to File Plaintiff Smith & Nephew's Reply Memorandum In Support Of Its Motion To Strike Improperly Obtained Confidential Documents, And For Sanctions. As of the time that Smith & Nephew filed its Motion for Leave, Defendant Surgical Solutions, LLC ("Surgical Solutions") had not responded to Smith & Nephew's requests for assent to the motion for leave. Surgical Solutions has now responded that it assents to the Motion for Leave. Specifically, on January 10, 2005, Vic Lin, Esq., counsel for Surgical Solutions, has advised that Surgical Solutions assents to Smith & Nephew's Motion for Leave.

Accordingly, Smith & Nephew hereby supplements its prior L.R. 7.1(A)(2) Certificate to notify the Court that Surgical Solutions has now assented to Smith & Nephew's Motion for Leave to File Plaintiff Smith & Nephew's Reply Memorandum In Support Of Its Motion To Strike Improperly Obtained Confidential Documents, And For Sanctions, filed on January 4, 2005.

Respectfully submitted,

Dated: January 12, 2005        By:    /s/ Thomas M. Johnston
                                      Mark J. Hebert (BBO No. 546,712)
                                      Thomas M. Johnston (BBO No 644,689)
                                      FISH & RICHARDSON P.C.
                                      225 Franklin Street
                                      Boston, MA 02110-2804
                                      Telephone: (617) 542-5070
                                      Facsimile: (617) 542-8906

                                      and

                                      Ruffin B. Cordell
                                      Ahmed J. Davis
                                      FISH & RICHARDSON P.C.
                                      1425 K Street N.W.
                                      Washington, DC 20005
                                      Telephone: (202) 783-5070
                                      Facsimile: (202) 783-2331

Attorneys for Plaintiff SMITH & NEPHEW, INC.

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on January 12, 2005.

_____

21009266.doc