AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC and <br> CLASSIC WIRE CUT COMPANY, INC., <br><br> Defendants. | **SECOND AMENDED SUMMONS IN A CIVIL CASE** <br><br> Case Number: 03 CV 12310 NMG |

TO: Classic Wire Cut Company, Inc.
c/o Vic Lin, Esq.
Myers Dawes Andras & Sherman LLP
19900 MacArthur Blvd., 11th Floor
Irvine, CA 92612

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark J. Hebert, Esq.
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  _____
Clerk                      Date

_____
(By) Deputy Clerk

21014205.doc

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 1/20/05 |
| NAME OF SERVER (PRINT) Thomas M. Johnston | TITLE: Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted:

☒ Other *(specify)*: Pursuant to an agreement with counsel for Classic Wire on January 10, 2005, by which opposing counsel, Vic Lin, Esq., agreed to accept service on behalf of Classic Wire, plaintiff's attorney, Thomas M. Johnston, Esq., served the complaint on Vic Lin, Myers Dawes Andras & Sherman LLP, 19900 MacArthur Blvd., 11th Floor, Irvine, CA 92612, by Federal Express on January 20, 2005.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: _____
            Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.