UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED IN CLERKS OFFICE*

*2005 FEB -9 P 3: 11*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

| | |
|---|---|
| SMITH & NEPHEW, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. Act. No. 03 CV 12310 PBS |
| SURGICAL SOLUTIONS, LLC | ) NOTICE OF APPEARANCE |
| Defendant | ) |

**PLEASE TAKE NOTICE** that Willkie Farr & Gallagher LLP hereby enters its appearance in this action on behalf of defendants Surgical Solutions, LLC, and requests copies of all papers in this action be served upon the undersigned.

Dated: February 8, 2005

Respectfully submitted,

**WILLKIE FARR & GALLAGHER LLP**

By: _____
John M. DiMatteo, Esq.

787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

2768039.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2005, a copy of the foregoing **NOTICE OF APPEARANCE** was served upon the following parties via Federal Express.

**Ahmed J. Davis**
**Rufin B. Cordell**
Fish & Richardson , P.C.
1425 K Street N.W.
Suite 1100
Washington, DC 20005

**Mark J. Hebert**
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804

**Joseph C. Andras**
**Kenneth L. Sherman**
**Vic Y. Lin**
Myers, Dawes, Andras, & Sherman, LLP
Suite 1150
19900 MacArthur Blvd
Irvine, CA 92612

**Louis M. Ciavarra**
Bowditch & Dewey, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156

**Monica Grewal**
**Thomas O. Hoover**
Bowditch & Dewey, LLP
161 Worcester Road
Framingham, MA 01701

_/s/ Diane Ragosa_
Diane C. Ragosa
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
(212) 728-8111
dragosa@willkie.com

- 2 -