UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC and CLASSIC WIRE CUT COMPANY, INC. <br><br> Defendants. | Civ. Act. No. 03 CV 12310 NMG |

### PLAINTIFF SMITH & NEPHEW, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") hereby moves, pursuant to Fed. R. Civ. P. 15 and 20, for leave to file a Third Amended Complaint naming DePuy Mitek, Inc. ("DePuy Mitek") as an additional defendant.[1] As set forth below, the current defendants, Surgical Solutions, LLC ("Surgical Solutions") and Classic Wire Cut Company, Inc. ("Classic Wire") both have assented to this motion. Pursuant to Local Rule 15.1(B), Smith & Nephew served a copy of this motion upon DePuy Mitek at least 10 days in advance of filing the present motion.

This action was initially based upon Smith & Nephew's allegation that Surgical Solutions' marketing and sale of its ExpresSew Suture Passer surgical instrument ("ExpresSew") infringes Smith & Nephew's United States Patent No. 5,947,982. Smith & Nephew has also alleged that Classic Wire Company, Inc. ("Classic Wire") is at least liable for contributory infringement because it manufactures all, or substantially all, components that make up the ExpresSew, and Smith & Nephew has recently added Classic Wire as a defendant in this case. On information and belief, DePuy Mitek has recently acquired, or is in the process of acquiring, the rights to the ExpresSew instrument from Surgical Solutions, and is now marketing and

---

[1] Attached as Exhibit A hereto is a clean version of the proposed Third Amended Complaint. Attached as Exhibit B hereto is a blacklined version of such amended complaint, showing all changes and alterations made by the Third Amended Complaint.

selling the ExpresSew throughout the United States.  This information just came to light recently, *i.e.*, as of early February 2005.  In view of its marketing and sales of the ExpresSew instrument, Smith & Nephew alleges that DePuy Mitek is also liable for infringement of the '982 patent.  Accordingly, Smith & Nephew is seeking leave to add DePuy Mitek as an additional defendant.

    WHEREFORE, for the reasons stated above and in its accompanying Memorandum in Support of this Motion, Smith & Nephew respectfully requests that it be given leave to file the attached Third Amended Complaint to add DePuy Mitek as an additional defendant in this action.

Respectfully submitted,

Dated: February 25, 2005　　　　By:　　/s/ Mark J. Hebert_____
　　　　　　　　　　　　　　　　　　　　Mark J. Hebert (BBO No. 546,712)
　　　　　　　　　　　　　　　　　　　　Thomas M. Johnston (BBO No 644,689)
　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　225 Franklin Street
　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-2804
　　　　　　　　　　　　　　　　　　　　Telephone: (617) 542-5070
　　　　　　　　　　　　　　　　　　　　Facsimile:  (617) 542-8906

　　　　　　　　　　　　　　　　　　　　Ruffin B. Cordell
　　　　　　　　　　　　　　　　　　　　Ahmed J. Davis
　　　　　　　　　　　　　　　　　　　　FISH & RICHARDSON P.C.
　　　　　　　　　　　　　　　　　　　　1425 K Street N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　Telephone: (202) 783-5070
　　　　　　　　　　　　　　　　　　　　Facsimile:  (202) 783-2331
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff SMITH & NEPHEW, INC.

### Certification Pursuant to Local Rule 7.1(A)(2)

    Undersigned counsel hereby certifies that on February 16, 2005, counsel for Surgical Solutions and Classic Wire, Joseph C. Andras, Esq., sent the undersigned counsel an e-mail in which he stated "Surgical Solutions and Classic Wire hereby assent to Smith & Nephew's

Motions for Leave to File Third Amended Complaint that adds DePuy Mitek as an additional defendant.

          /s/  Mark J. Hebert_____
          Mark J. Hebert

### Certification Pursuant to Local Rule 15.1(B)

Undersigned counsel certifies that on February 10, 2005 a copy of this motion (in draft form) was served upon DePuy Mitek together with a Notice Pursuant to Local Rule 15.1(B) (attached as Exhibit C), advising that Smith & Nephew would be filing this motion to add DePuy Mitek as a defendant.  A copy of the Affidavit of Service from the process server is attached as Exhibit D.

          /s/  Mark J. Hebert_____
          Mark J. Hebert

I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on February 25, 2005.
          /s/  Thomas M. Johnston

21024928.doc