# EXHIBIT A

Case 1:03-cv-12310-NG    Document 124-2    Filed 02/25/2005    Page 1 of 16

## Surgical Solutions

HOME | ABOUT US | PRODUCTS | CALENDAR OF EVENTS | RESOURCES | **ANNOUNCEMENTS** | CONTACT US

EXPRESSEW™
LATTE™

### News / Articles

**Announcement**

### What's Next?
Posted: 01/31/2005

Surgical Solutions, with continued innovation in soft tissue repair, will soon be introducing a revolutionary new line of products. So stay in touch.

**Announcement**

### DePuy Mitek, Inc. acquires EXPRESSEW™ and LATTE™ Suture Passing Systems
Posted: 01/31/2005

Surgical Solutions is pleased to announce that DePuy Mitek, Inc. has acquired the EXPRESSEW™ and LATTE™ Suture Passing Systems. For additional EXPRESSEW or LATTE product information, please contact your local DePuy Mitek Representative at 1-800-551-0864 or DePuy Mitek Customer Service at 1-800-382-4682. Additional company information is available at http://www.mitek.com/.

# EXHIBIT B



Media Contact:    Sarah Colamarino
                  DePuy Mitek
                  732-524-6259

**FOR IMMEDIATE RELEASE**

# DEPUY MITEK ACQUIRES ARTHROSCOPIC SHOULDER REPAIR INSTRUMENTS FROM SURGICAL SOLUTIONS

### Company Expands Range of Products for Arthroscopic Shoulder Repair

**NORWOOD, MA – February 1, 2005** -- DePuy Mitek, Inc., a Johnson & Johnson company and a leading manufacturer of surgical sports medicine devices, announced today that it has entered into an agreement with Surgical Solutions, LLC to acquire its EXPRESSEW™ and LATTE™ Suture Passing Systems. Terms of the transaction were not disclosed. DePuy Mitek had distributed the EXPRESSEW in all markets outside the U.S. since early 2004.

The two systems are designed to make arthroscopic shoulder repairs easier to perform and will supplement DePuy Mitek's anchor and fixation devices.

"DePuy Mitek is committed to offering surgeons every major tool or instrument needed to perform arthroscopic shoulder repair," said Michel Paul, Worldwide President, DePuy Mitek. "We are focused on providing complete procedural solutions to enhance sports medicine procedures for our surgeons and improve the experience for their patients."

The EXPRESSEW Flexible Suture Passer is the one-pass, one portal suture passer under 5mm designed for rotator cuff repairs, with a 4.5mm profile. The system allows for greater efficiency and precision through a smaller incision site and provides mobility and function in tight anatomy. The needle is retractable and can be deployed precisely when the surgeon is ready to pass the suture. The system can be used in both arthroscopic and mini-open procedures. Approximately 300,000 rotator cuff surgeries are performed in the U.S. each year.

The EXPRESSEW Flexible Suture Passer, when used with DePuy Mitek's SPIRALOK™ and BIOKNOTLESS™ RC anchors, simplifies recreating the anatomic footprint of the rotator cuff arthroscopically rather than through a large open incision.

-more-

249 Vanderbilt Avenue, Norwood, MA 02062, USA • Tel: +1 (781) 251-2700 • Toll-Free: +1 (800) 356-4835 • Fax: +1 (781) 278-9578



-2-

"Arthroscopic rotator cuff repair is increasingly becoming the procedure of choice and this combination of instruments will further help adoption of the technique," said Sumant "Butch" Krishnan, MD, Shoulder Surgeon at the WB Carrell Clinic and Baylor University Medical Center in Dallas and team physician for professional sports teams.

DePuy Mitek developed the world's first conventional suture anchor for reattaching soft tissue to bone and the world's first knotless anchors, which simplify surgical procedures.

The LATTE Suture Passer is an instrument indicated for use in soft tissue repairs including Bankart, SLAP, Plications and Side-to-Side Rotator Cuff procedures. The system provides the ability to retrieve and deliver any suture in a single step. DePuy Mitek will market this system under the PATHSEEKER™ brand name.

Active people, including athletes, are susceptible to rotator cuff problems, particularly as they get older. Doctors perform surgery to reattach the rotator cuff to the humerus, the bone in the shoulder, to relieve pain and increase strength and mobility.

For more information contact DePuy Mitek Customer Service at 800-382-4682.

**About DePuy Mitek, Inc.**
DePuy Mitek, Inc., a Johnson & Johnson company, is the leading developer and manufacturer of innovative surgical sports medicine and soft tissue repair devices. The company offers a vast array of surgical solutions to assist in addressing the challenges of soft tissue repair in the shoulder and knee. Through the on-going process of improving upon and creating new, technologically advanced materials, instruments and techniques, DePuy Mitek looks for continued growth in developing the means to advance procedural solutions in the field of sports medicine. For more information, visit www.mitek.com.

# # #

249 Vanderbilt Avenue, Norwood, MA 02062, USA  •  Tel: +1 (781) 251-2700  •  Toll-Free: +1 (800) 356-4835  •  Fax: +1 (781) 278-9578

# EXHIBIT C

ExpresSew™

Surgical Solutions

HOME | ABOUT US | PRODUCTS | CALENDAR OF EVENTS | RESOURCES | ANNOUNCEMENTS | CONTACT US

EXPRESSEW™
LATTE™
PAPERS
ORDERING INFORMATION
MINI-OPENS

# ExpresSew™
## Suture Passing System
*The 5mm solution for tissue repair*

The ExpresSew Suture Passer is the first one-pass, one portal Suture Passer under 5mm.

Primarily used for Rotator Cuff Repair, the ExpresSew Suture Passer, with its 4.5mm profile, enables greater efficiency through a smaller portal. The unique jaw configuration, with a retractable needle, provides the versatility and utility to optimize suture location in both arthroscopic and mini-open procedures.

Press Release, February 1, 2005
DePuy Mitek, Inc. acquires EXPRESSEW™ and LATTE™ Suture Passing Systems



## 5mm Cannula Compatible
- Lowest profile, 4.5 mm; 5mm cannula compatible
- Freedom to choose any portal
- Designed for mobility and function in tight anatomy

## Designed for Versatility
- Compatible with most sutures, #2 to 2-0, monofilament or braided (no shuttling required)
- Significant jaw opening. Access tissue up to 14mm deep and 10mm thick (for deep reach, thick tissue, even retracted cuffs)
- Dual function system with independent grasper and needle activation capabilities; retractable needle
- Partial or full-thickness tears; side-to-side too. You choose the method, the port, the stitch. The options are yours.

## Easy to Use, "Single Pass" Device
- Can provide substantial time savings in the O.R.
- Easy to operate with consistent performance
- Reusable handle and disposable single-procedure needle (only one/case)





## Ordering Information

The EXPRESSEW is now commercially available worldwide through DePuy Mitek, Inc. For information or to place an order, contact your local DePuy Mitek Representative at 1-800-551-0864 or DePuy Mitek Customer Service at 1-800-382-4682.

**DePuy Mitek** *New Catalog Numbers!*

| Model | Description |
|---|---|
| 214000 | EXPRESSEW Flexible Suture Passer |
| 214001 | EXPRESSEW Suture Needle (box/5) |

**Surgical Solutions**

| Model | Description |
|---|---|
| SP1001 | ExpresSew Suture Passer |
| N2001-SP | ExpresSew Suture Needle (box of 5) |

© Copywrite 2004. Surgical Solutions, Inc. All Rights Reserved.

# EXHIBIT D



More Information
Mitek Worldwide, a division of Ethicon, Inc.

**References / Educational Library**
- Mitek Reference Library

**Related Websites**
- ETHICON eCatalog

**Company Home Page**
- Mitek Worldwide, a division of Ethicon, Inc.

**Company Information**
- About Mitek
- Contact Mitek
- Mitek Employment Opportunities

**Related Product Information**
- Elbow
- Foot and Ankle
- Hand and Wrist
- Knee
- Plastic/Reconstructive
- PRODUCTS BY CATEGORY
- Shoulder





## Main Address and Contact Information

**Mitek Worldwide**
249 Vanderbilt Avenue
Norwood, MA 02062

Toll Free **800-356-4835**
Fax **781-461-9156**

For **Customer Service**
Please call

Toll Free **800-382-468**

### More Information

Contact Forms

International Ordering Information

Directions To Westwood

Directions To Norwood

Return to Mitek Homepage

©Mitek Worldwide, A Division of ETHICON, Inc., 2000-2002.

All contents copyright © Johnson & Johnson Gateway, LLC 2000-2005 unless otherwise noted. This site was written for U.S. h professionals only. Click here for our Privacy Policy and Legal Notice. If you have chosen this country and/or language view in return to the main menu click here. Capitalized product names are trademarks of Johnson & Johnson or its affiliated companie products or in vitro diagnostics only unless otherwise noted in our non-prescription product list.

# EXHIBIT E



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**DEPUY MITEK, INC. Summary Screen**

Help with this form

[Request a Certificate]

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | DEPUY MITEK, INC. |
| The name was changed from: | INNOVASIVE DEVICES, INC. on 12/29/03 |
| The name was changed from: | MINVASIVE DEVICES, INC. on 10/8/92 |
| Mergered with: | INNOVASIVE CORP. on 12/31/98 |
| Mergered with: | RAPTOR ACQUISITION CORP. on 2/11/00 |

| | | |
|---|---|---|
| Entity Type: | Domestic Profit Corporation | Status: Active |
| Identification Number: | 043132641 | |
| Old Federal Employer Identification Number (Old FEIN): | 000373668 | |
| Date of Organization in Massachusetts: | 09/30/1991 | |
| Current Fiscal Month / Day: 12 / 31 | | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office in Massachusetts:**
No. and Street: 734 FOREST ST.
City or Town: MARLBOROUGH   State: MA   Zip: 01752   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

**The name and address of the Registered Agent:**
Name: CT CORPORATION SYSTEM
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name | Address (no PO Box) | Expiration |
|---|---|---|---|

| | First, Middle, Last, Suffix | Address, City or Town, State, Zip Code | of Term |
|---|---|---|---|
| PRESIDENT | CLIFF HOLLAND | 18 WILLOWBROOK LANE, ANNANDALE, NJ 08801 USA | |
| TREASURER | DAVE KURLANDER | 17 FRANCIS DR., BELLE MEAD, NJ 08502 USA | |
| SECRETARY | S. M. ROSENBERG | 316 LAWRENCE AVE. WESTFIELD, NJ 07050 USA | NONE |
| DIRECTOR | DAVE KURLANDER | 17 FRANCIS DR., BELLE MEAD, NJ 08502 USA | |
| DIRECTOR | R. BIANCHI | VIA CESARE BIZZURN 81 ROME, ITALY, FF 00128 ITA | NONE |

**business entity stock is publicly traded:**  X

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CWP | $0.01000 | 100 | $1.00 | 0 |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report
__ Partnership    __ Resident Agent    __ For Profit    __ Merger Allowed

Select a type of filing from below to view this business entity filings:
ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[View Filings]    [New Search]

Comments



© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

Help