## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC and CLASSIC WIRE CUT COMPANY, INC. <br><br> Defendants. | Civ. Act. No. 03 CV 12310 NMG |

### SMITH & NEPHEW, INC'S RESPONSE TO THE NOTICE OF APPEARANCE FILED BY THE LAW FIRM OF WILLKIE FARR & GALLAGHER LLP

On February 9, 2005, counsel for plaintiff Smith & Nephew, Inc. ("Smith & Nephew") received a copy of a purported Notice of Appearance on behalf of defendant Surgical Solutions, LLC ("Surgical Solutions") filed by the law firm of Willkie Farr & Gallagher LLP of New York, NY. Smith & Nephew notes that this Notice of Appearance fails to comply with Local Rules 83.5.2(d) (which prohibits appearances by law firms without the appearance of an attorney) and 83.5.3(b) (which requires a motion for admission of an out-of-state attorney).

Subsequent to receiving such Notice of Appearance, Mr. Joseph Andras has confirmed that he is still counsel for Surgical Solutions, as well as for co-defendant Classic Wire Cut Company, Inc. In addition, Smith & Nephew has asked Mr. Andras to clarify the role of the firm of Willkie Farr & Gallagher LLP in this case, but Mr. Andras has not yet responded to that request.

Accordingly, until there is clarification by the Court and/or Surgical Solutions' counsel, Smith & Nephew does not believe it is required by Fed. R. Civ. P. 5 or Local Rule 5.2 to serve any papers on the law firm of Willkie Farr & Gallagher LLP, and also understands that service of any papers that include confidential information would violate the Stipulated Protective Order in

this case. Thus, Smith & Nephew will continue to serve Mr. Andras and Mr. Ciavarra in accordance with the agreement previously reached between counsel regarding service of papers.

                                    Respectfully submitted,

Dated: February 25, 2005           By:    /s/ Mark J. Hebert_____
                                               Mark J. Hebert (BBO No. 546,712)
                                               Thomas M. Johnston (BBO No 644,689)
                                               FISH & RICHARDSON P.C.
                                               225 Franklin Street
                                               Boston, MA 02110-2804
                                               Telephone: (617) 542-5070
                                               Facsimile: (617) 542-8906

                                               Ruffin B. Cordell
                                               Ahmed J. Davis
                                               FISH & RICHARDSON P.C.
                                               1425 K Street N.W.
                                               Washington, DC 20005
                                               Telephone: (202) 783-5070
                                               Facsimile: (202) 783-2331
                                               Attorneys for Plaintiff SMITH & NEPHEW, INC.

     I hereby certify that a true copy of the foregoing document was served on counsel for each other party (Mr. Andras and Mr. Ciavarra) by mail and Federal Express on February 25, 2005. In addition, a courtesy copy of this document was also mailed to Mr. DiMatteo of the firm of Willkie Farr & Gallagher LLP of New York, NY, on the same date.

                                               /s/ Thomas M. Johnston

21035801.doc