IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 03CV 12310 PBS |
| ) | |
| SURGICAL SOLUTIONS, LLC, and ) | |
| CLASSIC WIRE CUT COMPANY, INC. ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Vincent F. O'Rourke of Bowditch & Dewey, LLP on behalf of Defendants, Surgical Solutions, LLC and Classic Wire Cut Company, Inc.

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By: _____
Vincent F. O'Rourke (BBO # 380335)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

{J:\CLIENTS\lit\303669\0002\00519552.DOC;1}