UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC and CLASSIC WIRE CUT CO., INC., <br><br> Defendants. | Civ. Act. No. 03 CV 12310 NMG |

### ASSENTED-TO MOTION TO RESET LIMITED MARKMAN HEARING AND [PROPOSED] ORDER THEREON

Defendant Surgical Solutions, LLC ("Surgical Solutions"), and Defendant Classic Wire Cut Co., Inc. ("Classic Wire"), hereby move the Court to reset the limited Markman hearing from Wednesday April 6, 2005, to a date that is on or after May 11, 2005. The Defendants Surgical Solutions and Classic Wire request this extension in view of the following events:

- In its Memorandum and Order dated December 28, 2004, the Court scheduled a status conference for Wednesday, February 23, 2005, and set a limited Markman hearing for a date approximately six weeks later, i.e. Wednesday, April 6, 2005;

- On or about December 28, 2005, per Plaintiff's counsel Mark Hebert, Mr. Hebert contacted the Court to arrange for an alternative date for the status conference because he was unavailable on February 23, 2005;

- On or about January 26, 2005, Mr. Hebert contacted Surgical Solutions' counsel, Joe Andras, regarding some alternative dates for the status conference; and

- On February 18, 2005, after being advised that the alternative dates were not open for Mr. Andras and hearing from all concerned as to a mutually convenient date, the Court issued an Order canceling the status conference set for February 23, 2005, and scheduling a status conference to March 22, 2005 at 10:30 a.m.

In light of this extension, it is appropriate to similarly extend the date for the Markman hearing. Originally, there were about six weeks between the status conference of February 23, 2005, and the ensuing Markman hearing of April 6, 2005. In light of the status conference being reset to March 22, 2005, the parties hereby jointly request that the court vacate the limited Markman Hearing scheduled for April 6, 2005, and reset it to a date that is convenient for the Court, on or after **May 11, 2005**.

As to the appropriate date, Defendants Surgical Solutions and Classic Wire also note that on February 10, 2005, Smith & Nephew filed a motion entitled "PLAINTIFF SMITH & NEPHEW'S ASSENTED-TO MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT" in which it seeks to add DePuy Mitek, Inc. ("Mitek") as an additional defendant because "DePuy Mitek has recently acquired, or is in the process of acquiring, the rights to the ExpresSew instrument from Surgical Solutions, and is now marketing and selling the ExpresSew throughout the United States." Defendants Surgical Solutions and Classic Wire have both assented to Plaintiff's motion.

The Defendants note that an even later Markman date may be appropriate in view of Mitek's pending appearance in this case as an additional defendant. As to the date, the Defendants understand that the attorneys for Mitek will attend the March 22, 2005 status conference.

WHEREFORE, for the reasons stated above, Defendants Surgical Solutions and Classic Wire respectfully request an order regarding the following matters and date, subject to the approval of Court:

## [PROPOSED] ORDER

1. The limited Markman hearing set for April 6, 2005 at 3:00 p.m. is canceled; and

2. The limited Markman hearing is reset for _____ [Wednesday, May 11, 2005] at _____ [3:00 p.m.] at the John Joseph Moakley Courthouse, Courtroom #4.


Dated: March 16, 2005

        By: /s/ Joseph C. Andras
            Joseph C. Andras
            Vic Y. Lin
            Myers Dawes Andras & Sherman, LLP
            19900 MacArthur Boulevard, 11th Floor
            Irvine, CA 92612
            Telephone: (949) 223-9600
            Facsimile: (949) 223-9610

            Louis M. Ciavarra (BBO 546,481)
            Bowditch & Dewey LLP
            311 Main Street
            Worcester, MA 01615-0156
            Telephone: (508) 926-3408
            Facsimile: (508) 929-3011

        Attorneys for SURGICAL SOLUTIONS, LLC
        and CLASSIC WIRE CUT CO., INC.

### Certification Pursuant to Local Rule 7.1(A)(2)

Undersigned counsel hereby certifies that on March 15, 2005, counsel for Smith & Nephew, Inc., Mark Hebert, Esq., sent the undersigned an email in which he assented to this motion.

            /s/ Joseph C. Andras
            Joseph C. Andras

## [PROPOSED] ORDER

1. The limited Markman hearing set for April 6, 2005 at 3:00 p.m. is canceled; and

2. The limited Markman hearing is reset for _____ [Wednesday, May 11, 2005] at _____ [3:00 p.m.] at the John Joseph Moakley Courthouse, Courtroom #4.

SO ORDERED this _____ day of _____, 2005.

                                                                  _____
                                                                  United States District Judge