UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
SMITH & NEPHEW, INC.,                 )
                                      )
    Plaintiff,                        )
                                      )
v.                                    )   Docket No. 03-CV-12310 NMG
                                      )
SURGICAL SOLUTIONS, LLC               )
CLASSIC WIRE CUT COMPANY, INC.        )
and DEPUY MITEK, INC.,                )
                                      )
    Defendants.                       )
_____)

**NOTICE OF APPEARANCE**

Pursuant to D. Mass. L.R. 83.5.2, please enter the appearance of Jacob A. Labovitz on behalf of defendant DePuy Mitek, Inc.

/s/ Jacob A. Labovitz_____
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated:  March 21, 2005

222623.1