## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                )
SMITH & NEPHEW, INC.,              )
                                                )
    Plaintiff,                     )
                                                )
v.                                               )    Docket No. 03-CV-12310 NMG
                                                )
SURGICAL SOLUTIONS, LLC      )
CLASSIC WIRE CUT COMPANY, INC.  )
and DEPUY MITEK, INC.,          )
                                                )
    Defendants.                 )
_____)

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEYS JOHN M. DIMATTEO, DIANE C. RAGOSA, DAVID D. LEE FOR DEFENDANTS SURGICAL SOLUTIONS, LLC AND DEPUY MITEK, INC. AND RULE 7.1(a)(2) CERTIFICATION**

      Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned counsel for defendant Depuy Mitek, Inc., hereby move that John M. DiMatteo, Diane C. Ragosa and David D. Lee be admitted *pro hac vice* as co-counsel for defendants Surgical Solutions, LLC and DePuy Mitek, Inc. in this case.

      In support of this motion, the undersigned counsel states as follows:

      1.     Attorneys DiMatteo, Ragosa and Lee are members of the bar in good standing in every jurisdiction where they have been admitted to practice.

      2.     There are no disciplinary proceedings pending against attorneys DiMatteo, Ragosa and Lee as members of the bar in any jurisdiction.

      3.     Attorneys DiMatteo, Ragosa and Lee are familiar with the Local Rules of the United States District Court for the District of Massachusetts and will coordinate all of their activities in this case through the undersigned counsel.

4.   The undersigned counsel has filed an appearance for defendant DePuy Mitek, Inc, in this case.

WHEREFORE, the signed counsel for defendant DePuy Mitek, Inc. respectfully request that an order be entered permitting attorneys DiMatteo, Ragosa and Lee to appear *pro hac vice* on behalf of defendants DePuy Mitek and Surgical Solutions, LLC in this action.

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated March 21, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on March 21, 2005, he conferred telephonically with counsel for plaintiff concerning this motion.  During that conference, counsel stated that he had no opposition to it.

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200