UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 03-CV-12310 NMG |
| ) | |
| SURGICAL SOLUTIONS, LLC ) | |
| CLASSIC WIRE CUT COMPANY, INC. ) | |
| and DEPUY MITEK, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF JOHN M. DIMATTEO PURSUANT TO LOCAL RULE 83.5.3(b)**

I, John M. DiMatteo, declare and state as follows:

1. I am a partner in the firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019. I am counsel for defendant DePuy Mitek, Inc. ("Mitek") and defendant Surgical Solutions, LLC ("Surgical Solutions"). I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Mitek in the above-captioned action.

2. I am a member of the Bars of New York, New Jersey, Washington D.C., Eastern District of Michigan, Eastern District of Wisconsin, District of Connecticut, and the United States Court of Appeals for the Federal Circuit.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

- 2 -

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I designate Thomas E. Peisch, Esq. of the law firm Conn Kavanaugh Rosenthal Peisch & Ford, LLP, having offices at Ten Post Office Square, Boston, Massachusetts 02109, telephone number (617) 482-8200, who is a member of the Bar of this Court and who maintains his office in this District for the practice of law, as attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 21, 2005            /s/ John M. DiMatteo_____
                                 John M. DiMatteo
                                 Willkie Farr & Gallagher LLP
                                 787 Seventh Avenue
                                 New York, NY  10019-6099
                                 212-728-8000