UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                               )
SMITH & NEPHEW, INC.,                          )
                                               )
    Plaintiff,                              )
                                               )
v.                                             )   Docket No. 03-CV-12310 NMG
                                               )
SURGICAL SOLUTIONS, LLC                        )
CLASSIC WIRE CUT COMPANY, INC.                 )
and DEPUY MITEK, INC.,                         )
                                               )
    Defendants.                             )
_____)

**DECLARATION OF DAVID D. LEE PURSUANT TO LOCAL RULE 83.5.3(b)**

I, David D. Lee, declare and state as follows:

1     I am an associate in the firm of Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019. I am counsel for defendant DePuy Mitek, Inc. ("Mitek") and defendant Surgical Solutions, LLC ("Surgical Solutions"). I submit this certificate pursuant to Local Rule 83.5.3(b) in support of a motion that I be permitted to appear on behalf of Mitek in the above-captioned action.

2     I am a member of the Bar of New York.

3     I am a member in good standing in the jurisdiction where I have been admitted to practice.

4     There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

- 2 -

5 I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6 I designate Thomas E. Peisch, Esq. of the law firm Conn Kavanaugh Rosenthal Peisch & Ford, LLP, having offices at Ten Post Office Square, Boston, Massachusetts 02109, telephone number (617) 482-8200, who is a member of the Bar of this Court and who maintains his office in this District for the practice of law, as attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

7 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 21, 2005

/s/ David D. Lee_____
David D. Lee
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
212-728-8000