AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
IN CLERKS OFFICE

2005 MAR 21  P 3: 18

**SUMMONS IN A CIVIL CASE**

U.S. DISTRICT COURT
DISTRICT OF MASS.

SMITH & NEPHEW, INC.,

     Plaintiff,

    v.

SURGICAL SOLUTIONS, LLC,
CLASSIC WIRE CUT COMPANY, INC., and
DEPUY MITEK, INC.

     Defendants.

Case Number: 03 CV 12310 NMG

TO: DePuy Mitek, Inc.
   249 Vanderbilt Ave.
   Norwood, MA 02062

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

  Mark J. Hebert
  Fish & Richardson P.C.
  225 Franklin Street
  Boston, MA 02110-2804

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON         MAR 16 2005

Clerk                   Date

(By) Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 3/17/05 |
| NAME OF SERVER (PRINT) ROBERT S. WINTHROP | TITLE: CONSTABLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 349 Vanderbill Ave Norwood
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with who the summons and complaint were left:

☐ Return unexecuted: X Accepted by Mgr Tag as person authorized to accept

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL: | SERVICES: | TOTAL: $60 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service of Service Fees is true and correct.

Executed on: 3/17/05
Date

Signature of Server

Address of Server: Robert S. Winthrop, Cons...
P.O. Box 255
East Walpole, MA 02032

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedures.