## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SMITH & NEPHEW, INC., | ) |
|     Plaintiff, | ) |
| v. | ) Docket No. 03-CV-12310 NMG |
| SURGICAL SOLUTIONS, LLC, CLASSIC WIRE CUT COMPANY, INC. and DEPUY MITEK, INC., | ) |
|     Defendants. | ) |

**DEFENDANT DEPUY MITEK, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, DePuy Mitek, Inc. ("Mitek") states that its parent corporation, Johnson & Johnson, is a publicly held company that holds 10% or more of Mitek's stock.

Dated: March 28, 2005

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Jacob A. Labovitz_____
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

223191