UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br> CLASSIC WIRE CUT COMPANY, INC., and <br> DEPUY MITEK, INC., <br><br> Defendants. | Civil Action No.: 03 CV 12310 NMG <br><br> JURY TRIAL DEMANDED |

**PLAINTIFF SMITH & NEPHEW, INC.'S REPLY TO DEFENDANT DEPUY MITEK, INC.'S COUNTERCLAIM FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY CONTAINED IN ITS ANSWER TO THIRD AMENDED COMPLAINT**

Plaintiff and Counterclaim Defendant Smith & Nephew, Inc. ("Smith & Nephew"), by and through the undersigned attorneys, hereby files this Reply to the Counterclaims of Defendant DePuy Mitek, Inc. ("Mitek" or "Defendant"). The headings and numbered paragraphs below correlate to those in Mitek's counterclaims.

## FACTUAL BACKGROUND

1. Smith & Nephew incorporates herein by reference all allegations and averments of its Third Amended Complaint. Further answering, Smith & Nephew denies all of the allegations of Defendant's affirmative defenses.

2. Smith & Nephew admits that this action arises under the patent laws of the United States, Title 35 United States Code, but denies that there is any basis for Defendant's declaratory judgment counterclaim.

3. Smith & Nephew admits that it is the present owner of all right, title, and interest in and to U.S. Patent No. 5,947,982, including the right to sue and recover damages for infringement.

4. Admitted.

## JURISDICTION AND VENUE

5. Admitted.

6. Admitted.

## FIRST CLAIM FOR RELIEF
## DECLARATORY JUDGMENT OF NON-INFRINGEMENT

7. Smith & Nephew incorporates herein by reference all of the foregoing and the averments of its Third Amended Complaint.

8. Admitted. (Smith & Nephew understands that Defendant intended to use the word "justiciable".)

9. Denied.

10. Smith & Nephew admits that it has demanded a jury trial on the issue of infringement and damages.

## SECOND CLAIM FOR RELIEF
## DECLARATORY JUDGMENT OF INVALIDITY

11. Smith & Nephew incorporates herein by reference all of the foregoing and the averments of its Third Amended Complaint.

12. Admitted. (Smith & Nephew understands that Defendant intended to use the word "justiciable".)

13. Denied.

14. Smith & Nephew admits that the filing of an invalidity counterclaim in response to Smith & Nephew's complaint for patent infringement will require a jury determination of validity.

WHEREFORE, Smith & Nephew denies that Mitek is entitled to any relief sought, requested or otherwise, and prays that this Court enter judgment ordering the same.

By its attorneys,

Dated:  April 12, 2005

_____/s/  Mark J. Hebert_____
Mark J. Hebert (BBO No. 546,712)
Thomas M. Johnston (BBO No. 644,689)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Of Counsel:

Ruffin B. Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street N.W.
Washington, DC 20005
Tel:  (202) 783-5070
Fax:  (202) 783-2331

Attorneys for Smith & Nephew, Inc.

21064668.doc