UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Smith & Nephew, Inc.
    Plaintiff,

v.

CIVIL ACTION
NO. 03-12310-NMG

Surgical Solutions, Inc., et al.,
    Defendant(s),

ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton has just become aware that the recently-added, third-party defendant, DePuy Mitek, Inc., is a wholly-owned subsidiary of Johnson & Johnson, a New Jersey corporation, of which he owns a number of shares of stock, he hereby recuses himself from this case. The case will be redrawn to another district judge in the Eastern Division.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: 4/7/05