UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RE:   Civil No. 03-12310
      Title: Smith & Nephew v Surgical Solutions

**NOTICE**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge GORTON has been reassigned to Judge LASKER for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials MEL.

Thank you for your cooperation in this matter.

                                    SARAH A. THORNTON
                                    CLERK OF COURT

                            By:     Elaine Flaherty
                                    Deputy Clerk

Date: 4/13/05

(Notice of LR40.1 Reassign.wpd - 3/7/2005)