**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SMITH & NEPHEW, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SURGICAL SOLUTIONS, LLC, )<br>CLASSIC WIRE CUT COMPANY, INC. )<br>and DEPUY MITEK, INC., )<br>)<br>Defendants. )<br> | Docket No. 03-CV-12310 MEL |

### DEFENDANT DEPUY MITEK, INC.'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO FILE *MARKMAN* BRIEFS

Defendant DePuy Mitek ("Mitek") hereby moves for an extension of time to file *Markman* briefs. Plaintiff Smith & Nephew, Inc. and Defendants Surgical Solutions, LLC and Classic Wire Cut Company, Inc. have assented to this motion.

In accordance with the March 22, 2005 Status Conference before Judge Gorton, Mitek's *Markman* brief is due on April 29, 2005, responsive briefs are due on May 20, 2005, and a *Markman* hearing is scheduled for June 9, 2005. Mitek hereby requests a one-week extension to May 6, 2005 to file its *Markman* brief, and a one-week extension to May 27, 2005, for responsive *Markman* briefs.

These extensions will not affect the June 9, 2005 *Markman* hearing date. However, in view of the reassignment of the case to Judge Lasker, the parties hereby request a telephone scheduling conference with the Court to confirm the scheduled *Markman* hearing.

WHEREFORE, for the reasons stated above, Mitek respectfully requests an order regarding the following matters and dates, subject to the approval of the Court:

2841728.1

(PROPOSED) ORDER

1. DePuy Mitek, Inc.'s *Markman* brief is due on May 6, 2005.

2. Responsive *Markman* briefs are due on May 27, 2005.

3. A telephone scheduling conference with the Court is set for _____ at _____.

Dated: April 20, 2005

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

**Certification Pursuant To Local Rule 7.1(a)(2)**

Undersigned counsel hereby certifies that before filing this Motion, counsel for the parties conferred, and on April 19, 2005, Counsel for Defendant Smith & Nephew, Inc., Mark J. Hebert, Esq., assented to this motion via e-mail, and on April 15, 2005, Counsel for Surgical Solutions, LLC and Classic Wire Cut Company, Inc., Joseph C. Andras, Esq., assented to this motion via telephone.

/s/ Diane C. Ragosa
Diane C. Ragosa