UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Smith & Nephew, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 03-12310-MEL |
| v. | ) | |
| Surgical Solutions, Inc., et al | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF RECUSAL

LASKER, S.D.J.

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. sec. 455 (b)(4).

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE

By the Court,

Dated: May 3, 2005　　　　　　　　　　　　/s/ George H. Howarth
Boston, Massachusetts　　　　　　　　　　　　Deputy Clerk