# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:   Civil No.   03-12310

Title:  Smith & Nephew, Inc. V. Surgical Solutions, Inc.,et al

## **N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge MORRIS E. LASKER has been transferred to Judge NANCY GERTNER for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials NG.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ George H. Howarth
Deputy Clerk

Date: May 3, 2005

_____   Please NOTE that the above case has been transferred to the Western Section in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Section in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 12/98)                                                                                 [ntccsasgn.]