UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
SMITH & NEPHEW, INC.,                       )
                                            )
    Plaintiff,                             )
                                            )
v.                                          )   Docket No. 03-CV-12310 NG
                                            )
SURGICAL SOLUTIONS, LLC,                    )
CLASSIC WIRE CUT COMPANY, INC.              )
and DEPUY MITEK, INC.,                      )
                                            )
    Defendants.                            )
_____)

**DEFENDANT DEPUY MITEK, INC.'S OPPOSED MOTION**
**FOR AN EXTENSION OF TIME TO FILE *MARKMAN* BRIEFS**

Defendant DePuy Mitek ("Mitek") hereby moves for an extension of time to file its *Markman* brief, and Defendants Surgical Solutions, LLC ("Surgical Solutions") and Classic Wire Cut Company, Inc. ("Classic Wire") hereby move for an extension of time to file their consolidated *Markman* brief. Plaintiff Smith & Nephew, Inc. ("Smith & Nephew") opposes this motion.

In accordance with Judge Gorton's March 22, 2005 Status Conference, (a) Mitek's *Markman* brief was due on April 29, 2005, (b) Surgical Solutions and Classic Wire's consolidated *Markman* brief was due on April 29, 2005, (c) Smith & Nephew's responsive brief was due on May 20, 2005, and (d) a *Markman* hearing was scheduled for June 9, 2005. Judge Gorton's Order of Recusal was then entered on April 13, 2005, and Judge Lasker was assigned to the case.

On April 20, 2005, Mitek moved for a one-week extension to May 6, 2005 to file its *Markman* brief, and a one-week extension to May 27, 2005 for Smith & Nephew to file its responsive *Markman* brief. Smith & Nephew assented. On April 20, 2005, Smith & Nephew

2856523.1

and Surgical Solutions agreed that if the motion was granted, Surgical Solutions' consolidated *Markman* brief would also be due on May 6, 2005. Judge Lasker granted the motion for a one-week extension on April 26, 2005.

At Mitek's request, Judge Lasker scheduled a conference with the parties for May 2, 2005 to confirm the June 9, 2005 scheduled *Markman* hearing. That conference was cancelled by the court, and Judge Lasker's Order of Recusal was entered on May 3, 2005. Judge Gertner was assigned to the case on May 3, 2005.

In view of the reassignment of the case, and the potential for a delay in the scheduled June 9, 2005 *Markman* hearing, Mitek, Surgical Solutions and Classic Wire hereby move for an extension of time to file their respective *Markman* briefs. Mitek, Surgical Solutions and Classic Wire further request a scheduling conference with the Court (a) to set a *Markman* briefing schedule, and (b) to determine when the *Markman* issues will be heard.

WHEREFORE, for the reasons stated above, Mitek, Surgical Solutions and Classic Wire respectfully request an order regarding the following matters and dates, subject to the approval of the Court:

(PROPOSED) ORDER

1. DePuy Mitek, Inc.'s, Surgical Solutions' and Classic Wire's opposed motion for an extension of time is GRANTED.

2. A scheduling conference with the Court is set for _____ at _____.

2856523.1

Dated: May 3, 2005

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, & SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
Monica Grewal
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475

2856523.1

## Certification Pursuant To Local Rule 7.1(a)(2)

      Undersigned counsel hereby certifies that before filing this Motion, counsel for the parties conferred, and on May 3, 2005, Counsel for Defendant Smith & Nephew, Inc., Mark J. Hebert, Esq., opposed this motion via e-mail.

                                            /s/ Diane C. Ragosa
                                            Diane C. Ragosa