

FILED
CLERKS OFFICE

2005 MAY 16 P 2: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

Direct telephone: (508)926-3408
Direct facsimile: (508)929-3011
Email: lciavarra@bowditch.com

May 13, 2005

Clerk of Court
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way – Suite 2300
Boston, MA 02210

Re:   **Smith & Nephew, Inc. v. Surgical Solutions, LLC**
      **Civil Action No. 03 CV 12310 PBS**

Dear Sir/Madam:

I am in receipt of a recent notice from the Court that was forwarded to me but addressed to Monica Grewal, Bowditch & Dewey LLP, 161 Worcester Road, Framingham. Please be advised, Ms. Grewal is no longer with the law firm Bowditch & Dewey and is no longer associated with the above referenced case.

Also, please note that I filed a Notice of Appearance on behalf of Defendant Surgical Solutions, LLC Pursuant to D. Mass. L.R. 83.5.2 on March 8, 2004. Therefore, please remove Monica Grewal from your distribution list and please continue to send notice to me at the above address.

Thank you for your attention to the above.

Very truly yours,

Louis M. Ciavarra

LMC/gcr
Enclosure

{J:\CLIENTS\lit\303669\0001\00542697.DOC;1}
BOWDITCH & DEWEY, LLP  311 MAIN STREET  PO BOX 15156  WORCESTER, MA 01615-0156
T 508 791 3511  F 508 756 7636  www.bowditch.com                    Boston Framingham Worcester