**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|   |   |   |
|---|---|---|
| SMITH & NEPHEW, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 03-CV-12310 NG |
| SURGICAL SOLUTIONS, LLC, CLASSIC WIRE CUT COMPANY, INC. and DEPUY MITEK, INC., | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to the May 18, 2005 status conference, Plaintiff Smith & Nephew, Inc. and Defendants Surgical Solutions, LLC, Classic Wire Cut Company, Inc. and DePuy Mitek (collectively the "Parties") were scheduled to submit a proposed joint schedule to the Court on May 31, 2005. The Parties have conferred and are nearing agreement, but have been unable to finalize their proposal due to scheduling conflicts.

The Parties contacted the Court by telephone on May 31 requesting an extension of time until June 2, and were advised to file a motion for extension of time. Accordingly, the Parties respectfully request an extension of time until June 2, 2005 to complete the proposed joint schedule and submit it to the Court.

WHEREFORE, the Parties respectfully request that this motion be granted.

Dated: June 1, 2005

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, & SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475