UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SMITH & NEPHEW, INC.,               )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Docket No. 03-CV-12310 NG
                                    )
SURGICAL SOLUTIONS, LLC,            )
CLASSIC WIRE CUT COMPANY, INC.      )
and DEPUY MITEK, INC.,              )
                                    )
    Defendants.                     )
_____)

## PROPOSED JOINT SCHEDULE

Plaintiff Smith & Nephew, Inc. and Defendants Surgical Solutions, LLC, Classic Wire Cut Company, Inc. and DePuy Mitek (collectively the "Parties") hereby submit the following proposed joint schedule, pursuant to the May 18, 2005 status conference, and the Parties' June 1, 2005 motion for extension of time:

| June 3, 2005 | Discovery reopened |
|---|---|
| June 10, 2005 | Deadline for (1) Classic Wire Cut and DePuy Mitek to serve Rule 26 Initial Disclosures, and (2) Parties to serve initial discovery requests |
| October 7, 2005 | Fact discovery to be completed |
| October 21, 2005 | Deadline for burden expert reports (excluding damages)[1] |
| November 18, 2005 | Deadline for rebuttal expert reports (excluding damages) |
| December 16, 2005 | Expert discovery to be completed (excluding damages) |

---

[1] The Parties intend to defer expert discovery on the issue of damages until after the hearing on Summary Judgment and *Markman* motions.

2881383.1

| January 13, 2006 | Summary Judgment and *Markman* motion filing deadline |
| February 3, 2006 | Opposition to Summary Judgment and *Markman* motion deadline |
| February 17, 2006 | Summary Judgment and *Markman* motion Reply deadline |
| March 3, 2006 | Summary Judgment and *Markman* motion Sur-Reply deadline |
| March 2006 | Hearing on Summary Judgment and *Markman* motions |

WHEREFORE, the Parties respectfully request an order regarding the aforementioned matters and dates, subject to the approval of the Court.

Dated:  June 2, 2005

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

2881383.1

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, & SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475


SMITH & NEPHEW, INC.

By its attorneys,

/s/ Mark J. Hebert
Mark J. Hebert
Rufin B. Cordell
Ahmed J. Davis
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

227929.1