IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC.,        ) | |
| ) | |
|     Plaintiff,        ) | |
| ) | Civil Action No.  03CV 12310 NG |
| v.        ) | |
| ) | |
| SURGICAL SOLUTIONS, LLC, CLASSIC        ) | |
| WIRE CUT COMPANY, INC. and DEPUY        ) | |
| MITEK, INC.        ) | |
| ) | |
|     Defendants.        ) | |
| ) | |

**STATEMENT OF DEFENDANT CLASSIC WIRE CUT COMPANY, INC.
PURSUANT TO LOCAL RULE 7.3**

In compliance with Local Rule 7.3, Classic Wire Cut Company, Inc. identifies the following entities as a parent corporation or publicly held company that owns 10% or more of the stock of Classic Wire Cut Company, Inc.:

    - None -

Date: June 10, 2005        By:     /S/: Joseph C. Andras
    Joseph C. Andras (CA Bar No. 138,181)
    Vic Y. Lin (CA Bar No. 192,292)
    Myers Dawes Andras & Sherman, LLP
    19900 MacArthur Boulevard, 11th Floor
    Irvine, CA 92612
    Tel: (949) 223-9600
    Fax: (949) 223-9610

    /S/: Louis M. Ciavarra
    Louis M. Ciavarra (546,481)
    Bowditch & Dewey, LLP
    311 Main Street, P.O. Box 15156
    Worcester, MA 01615-0156
    Tel:  (508) 926-3408
    Fax: (508) 929-3011