## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                            )
SMITH & NEPHEW, INC.,                       )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )        Docket No. 03-CV-12310 NG
                                            )
SURGICAL SOLUTIONS, LLC,                    )
CLASSIC WIRE CUT COMPANY, INC.              )
and DEPUY MITEK, INC.,                      )
                                            )
        Defendants.                         )
_____)

### JOINT MOTION TO STAY DISCOVERY

Defendants Surgical Solutions, LLC, Classic Wire Cut Company, Inc. and DePuy Mitek and Plaintiff Smith & Nephew, Inc. (collectively the "Parties") hereby move the Court to stay discovery until one week after the Parties meet to discuss settlement.

In support of this motion, the Parties represent to the Court that:

1.      On June 2, 2005, the Parties submitted a Proposed Joint Schedule for fact and expert discovery, which was adopted by the Court on June 6, 2005.

2.      On August 3, 2005, the Parties agreed to conduct a settlement meeting during the month of September 2005, and to stay discovery until one week after the conclusion of the settlement meeting.

3.      The Parties agreed to then submit proposed revisions to the Joint Schedule, if settlement is not reached or is not likely to be reached.

WHEREFORE, the Parties respectfully request an order regarding the aforementioned matter, subject to the approval of the Court.

Dated:  August 8, 2005

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Thomas E. Peisch
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL**
**PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000


SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, &**
**SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475

- 3 -

SMITH & NEPHEW, INC.

By its attorneys,

/s/ Mark J. Hebert
Mark J. Hebert
Rufin B. Cordell
Ahmed J. Davis
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

233164.1