# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br> CLASSIC WIRE CUT COMPANY, INC., and <br> DEPUY MITEK, INC., <br><br> Defendants. | Civil Action No.: 03 CV 12310 NG <br><br> **MOTION OF THOMAS M. JOHNSTON TO WITHDRAW AS COUNSEL OF RECORD** |

    Thomas M. Johnston hereby moves pursuant to Local Rule 83.5.2 to withdraw as counsel of record for plaintiff Smith & Nephew, Inc. The plaintiff is still represented by the remaining counsel of record, and therefore will not be prejudiced by the withdrawal. It is believed that no motions are currently pending, and therefore consent of opposing counsel is not required.

Dated: January 23, 2006
          /s/ Thomas M. Johnston
          Thomas M. Johnston (BBO No. 644,689)
          Holland & Knight LLP
          10 St. James Avenue
          Boston, MA  02116
          Telephone: (617) 523-2700

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on January 23, 2006.

          /s/ Thomas M. Johnston