# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, <br> CLASSIC WIRE CUT COMPANY, INC. <br> and DEPUY MITEK, INC., <br><br> Defendants. | Docket No. 03-CV-12310 NG |
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY MITEK, INC., <br><br> Defendants. | Docket No. 06-CV-10064 NMG |

## JOINT PROPOSED SCHEDULE

Defendants DePuy Mitek, Surgical Solutions and Classic Wire and Plaintiff Smith & Nephew, Inc. (collectively the "Parties") ask this Court to consolidate Case Nos. 03-CV-12310 and 06-CV-10064. The Parties jointly propose the following case schedule for the Court's consideration at the May 2 status conference:

| | |
|---|---|
| Close of Fact Discovery | 11-3-06 (6 months) |
| Burden Expert Reports | 12-8-06 |
| Rebuttal Expert Reports | 1-19-07 |
| Close of Expert Testimony | 3-2-07 |
| Summary Jt. & Markman Opening Briefs (simultaneous) | 4-6-07 |

| | |
|---|---|
| Summary Jt. & Markman Responsive Briefs | 5-4-07 |
| Summary Jt. Replies (not Markman) | 5-18-07 |
| Summary Jt. & Markman Hearing | June '07 |
| Pretrial and Trial | To be set by the Court |

WHEREFORE, the Parties respectfully request an order regarding the aforementioned matter, subject to the approval of the Court.

Dated:  April 28, 2006

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Jacob A. Labovitz_____
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, &
SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475

SMITH & NEPHEW, INC.

By its attorneys,

/s/ Mark J. Hebert
Mark J. Hebert
Rufin B. Cordell
Ahmed J. Davis
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on this date unless otherwise agreed between the parties.

/s/ Jacob A. Labovitz
_____
Jacob A. Labovitz

252832.1