## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

———————————————————— )
SMITH & NEPHEW, INC.,                         )
                                              )
          Plaintiff,                          )
                                              )
v.                                            )          Docket No. 03-CV-12310 NG
                                              )
SURGICAL SOLUTIONS, LLC,                      )          **(LEAD CASE)**
CLASSIC WIRE CUT COMPANY, INC.                )
and DEPUY MITEK, INC.,                        )
                                              )
          Defendants.                         )
————————————————————)


———————————————————— )
SMITH & NEPHEW, INC.,                         )
                                              )
          Plaintiff,                          )
                                              )
v.                                            )          Docket No. 06-CV-10064 NMG
                                              )
DEPUY MITEK, INC.,                            )
                                              )
          Defendants.                         )
————————————————————)

### JOINT PROPOSED SCHEDULE

In accordance with the Status Conference held in this matter on May 2, 2006, in the event

that these consolidated cases do not settle during the period of the current stay, Defendants

DePuy Mitek, Surgical Solutions and Classic Wire and Plaintiff Smith & Nephew, Inc.

(collectively the "Parties") jointly propose the following case schedule for the Court's

consideration:

|  |  |
|---|---|
| Stay to be Lifted and Fact Discovery to Resume | 10-17-06 |
| Plaintiff's Responsive Pleading to DePuy Mitek's Counterclaim in Case No. 06-CV-10064 NMG | 11-6-06 |

| | |
|---|---|
| Close of Fact Discovery | 4-27-07 (6 months) |
| Burden Expert Reports | 6-1-07 |
| Rebuttal Expert Reports | 7-13-07 |
| Close of Expert Discovery | 9-14-07 |
| Summary Jt. & Markman Opening Briefs (simultaneous) | 10-12-07 |
| Summary Jt. & Markman Responsive Briefs | 11-9-07 |
| Summary Jt. Replies (not Markman) | 11-30-07 |
| Summary Jt. & Markman Hearing | Jan '08 |
| Pretrial and Trial | To be set by the Court |

WHEREFORE, the Parties respectfully request an order regarding the aforementioned

matter, subject to the approval of the Court.

Dated:  May 9, 2006                               Respectfully submitted,

                                                  DEPUY MITEK, INC.

                                                  By its attorneys,

                                                  /s/ Jacob A. Labovitz
                                                  Thomas E. Peisch (BBO# 393260)
                                                  Jacob A. Labovitz (BBO# 646967)
                                                  **CONN KAVANAUGH ROSENTHAL
                                                  PEISCH & FORD, LLP**
                                                  Ten Post Office Square
                                                  Boston, MA  02109
                                                  (617) 482-8200

                                                  John M. DiMatteo
                                                  Diane C. Ragosa
                                                  David D. Lee
                                                  **WILLKIE FARR & GALLAGHER LLP**
                                                  787 Seventh Avenue
                                                  New York, New York 10019-6099
                                                  (212) 728-8000

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, &**
**SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475

SMITH & NEPHEW, INC.

By its attorneys,

/s/ Mark J. Hebert
Mark J. Hebert
Rufin B. Cordell
Ahmed J. Davis
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

21324299.doc

253545.1