**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                                    )
SMITH & NEPHEW, INC.,                )
                                                    )
    Plaintiff,                             )
                                                    )
v.                                                 )   Docket No. 03-CV-12310 NG
                                                    )   **LEAD CIVIL ACTION**
SURGICAL SOLUTIONS, LLC,      )
CLASSIC WIRE CUT COMPANY, INC.   )
and DEPUY MITEK, INC.,             )
                                                    )
    Defendants.                         )
_____)


_____
SMITH & NEPHEW, INC.,                )
                                                    )
    Plaintiff,                             )
                                                    )
v.                                                 )   Docket No. 06-CV-10064 NMG
                                                    )
DEPUY MITEK, INC.,                     )
                                                    )
    Defendants.                         )
_____)

**JOINT MOTION TO EXTEND STAY OF DISCOVERY**

On September 27, 2006, the court extended the stay of discovery in this matter to November 20, 2006. In an effort to settle the case, the parties have scheduled a mediation for November 29-30, 2006 with mediator David Plant. Accordingly, the parties ask the court to extend the current stay of discovery until January 31, 2007, and to strike the Status Conference set for November 20, 2006.

Dated:  October 3, 2006

Respectfully submitted,
DEPUY MITEK, INC.

By its attorneys,

/s/ Jacob A. Labovitz
Thomas E. Peisch (BBO# 393260)
Jacob A. Labovitz (BBO# 646967)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

SURGICAL SOLUTIONS, LLC and
CLASSIC WIRE CUT COMPANY, INC.

By its attorneys,

/s/ Joseph C. Andras
Joseph C. Andras
Vic Lin
**MYERS, DAWES. ANDRAS, & SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475

- 3 -

                            SMITH & NEPHEW, INC.

                            By its attorneys,

                            /s/ Mark J. Hebert_____
                            Mark J. Hebert
                            Rufin B. Cordell
                            Ahmed J. Davis
                            **FISH & RICHARDSON, P.C.**
                            225 Franklin Street
                            Boston, MA 02110-2804
                            (617) 542-5070

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system on October 3, 2006, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                            /s/ Jacob A. Labovitz
                            _____
                            Jacob A. Labovitz

264979.1