UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> SURGICAL SOLUTIONS, LLC, CLASSIC WIRE CUT COMPANY, INC. and DEPUY MITEK, INC., <br><br> Defendants. | Docket No. 03-CV-12310 NG <br><br> **(LEAD CASE)** |
| SMITH & NEPHEW, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPUY MITEK, INC., <br><br> Defendant. | Docket No. 06-CV-10064 NG |

**STIPULATION OF DISMISSAL AND ORDER**

Having settled their disputes as to all issues in the above-captioned actions in the form of a confidential Settlement and License Agreement effective as of November 28, 2006, and based upon the obligations and considerations thereof, the parties hereto, Smith & Nephew, Inc. ("Smith & Nephew"), DePuy Mitek, Inc. ("DePuy Mitek"), Surgical Solutions, LLC ("Surgical Solutions"), and Classic Wire Cut Company, Inc. ("Classic Wire") by and through their respective counsel, hereby consent and stipulate, as follows:

1. The parties hereby stipulate to the dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), of all pending claims and counterclaims in both Civil Action No. 03-CV-12310 NG and Civil Action No. 06-CV-10064 NG;

2. Each party shall bear its own costs and attorneys' fees; and

3.      Subject to the approval of this Court, the parties also stipulate and agree that this Court shall retain jurisdiction over the enforcement and interpretation of the Settlement and License Agreement effective as of November 28, 2006 entered into among Smith & Nephew, DePuy Mitek, Surgical Solutions and Classic Wire for purposes of dismissing these actions.

Respectfully submitted,

Dated: December 28, 2006

___/s/ Mark J. Hebert___
Mark J. Hebert (BBO# 546712)
**FISH & RICHARDSON, P.C.**
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

Ruffin B. Cordell
Ahmed J. Davis
**FISH & RICHARDSON, P.C.**
1425 K Street, N.W.
11th Floor
Washington, D.C. 20005-3500

Attorneys for Plaintiff Smith & Nephew, Inc.

Dated: December 28, 2006

___/s/ Jacob A. Labovitz___
Jacob A. Labovitz (BBO# 646967)
Thomas E. Peisch (BBO# 393260)
**CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP**
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

John M. DiMatteo
Diane C. Ragosa
David D. Lee
**WILLKIE FARR & GALLAGHER LLP**
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000

Attorneys for Defendant DePuy Mitek, Inc.

Dated: December 28, 2006

/s/ Louis M. Ciavarra
Louis M. Ciavarra (BBO No. 546,481)
**BOWDITCH & DEWEY LLP**
161 Worcester Road
Framingham, MA 01701-9320
(508) 416-2475

Joseph C. Andras
Vic Lin
**MYERS, DAWES, ANDRAS, & SHERMAN, LLP**
19900 MacArthur Boulevard, 11th Floor
Irvine, CA 92612
(949) 223-9600

Attorneys for Defendants Surgical Solutions, LLC and Classic Wire Cut Company, Inc.

IT IS SO ORDERED:
Dated: December Jan 17th, 2006 2007

_____
Hon. Nancy Gertner, U.S.D.J.

21514932.doc